B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Gulfstream International Group, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**   _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Gulfstream Funding II LLC** c/o Mr. Douglas E. Hailey 861 Maggies Way Waterbury Center, VT 05677 | **Douglas E. Hailey/Robert Schroeder Gulfstream Funding II LLC** 861 Maggies Way Waterbury Center, VT 05677 631 757-1500 | **Unsecured Loan** | | 1,646,238.00 |
| **Shelter Island Opportunity Fund, LLC** One East 52nd Street, Sixth Floor New York, NY 10022 | Michael E. Fein Shelter Island Opportunity Fund, LLC One East 52nd Street, Sixth Floor New York, NY 10022 212 888-2224 | **Put Warrant** | **Contingent** | 1,050,000.00 |
| **Glenn Richard Hicks Roth DCG & T** 21 Tanfield Road Tiburon, CA 94920 | Glenn Richard Hicks Roth DCG & T 21 Tanfield Road Tiburon, CA 94920 415 435-3000 | Dividends payable and liquidated damages owed to preferred shareholder | | 36,314.00 |
| **Bahama Investments Family** 190 Sykes Loop Drive Merritt Island, FL 32953 | Ralph Eckler Bahama Investments Family 190 Sykes Loop Drive Merritt Island, FL 32953 321 604-7055 | Dividends payable and liquidated damages owed to preferred shareholder | | 30,012.00 |
| Macnab, Craig 1860 Summerland Avenue Winter Park, FL 32789 | Macnab, Craig 1860 Summerland Avenue Winter Park, FL 32789 407 650-1210 | Dividends payable and liquidated damages owed to preferred shareholder | | 30,012.00 |
| The Richard S. Friedman 2008 Rev. Trust 730 Intracoastal Drive Fort Lauderdale, FL 33304 | The Richard S. Friedman 2008 Rev. Trust 730 Intracoastal Drive Fort Lauderdale, FL 33304 954 568-1890 | Dividends payable and liquidated damages owed to preferred shareholder | | 15,456.00 |
| Ruben & Ann B. Kueffner Trust 2270 Mcewan Street Saginaw, MI 48602 | Ann B. Kueffner, Trustee Ruben & Ann B. Kueffner Trust 2270 Mcewan Street Saginaw, MI 48602 989 792-0995 | Dividends payable and liquidated damages owed to preferred shareholder | | 11,254.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Gulfstream International Group, Inc.**
_____
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Macathel LP**<br>**946 Pelton Drive**<br>**Menlo Park, CA 94025** | **James Boettener**<br>**Macathel LP**<br>**946 Pelton Drive**<br>**Menlo Park, CA 94025**<br>**650 724-4074** | Dividends payable and liquidated damages owed to preferred shareholder | | 9,003.00 |
| **Spivak, Kenin**<br>**702 North Hillcrest Road**<br>**Beverly Hills, CA 90210** | **Spivak, Kenin**<br>**702 North Hillcrest Road**<br>**Beverly Hills, CA 90210**<br>**310 691-5811** | Dividends payable and liquidated damages owed to preferred shareholder | | 7,503.00 |
| **Wolfe Axelrod Weinberger Assoc.**<br>**317 Madison Avenue, Suite 515**<br>**New York, NY 10017** | **Stephen D. Axelrod**<br>**Wolfe Axelrod Weinberger Assoc.**<br>**317 Madison Avenue, Suite 515**<br>**New York, NY 10017**<br>**212 370-4500** | Dividends payable and liquidated damages owed to preferred shareholder | | 7,503.00 |
| **Margaret B. Heglund Liv. Trust**<br>**104 Brooksby Village Drive, #315**<br>**Peabody, MA 01960** | **Margaret B. Heglund, Trustee**<br>**Margaret B. Heglund Liv. Trust**<br>**104 Brooksby Village Drive, #315**<br>**Peabody, MA 01960**<br>**978 535-1595** | Dividends payable and liquidated damages owed to preferred shareholder | | 7,503.00 |
| **Regina C. Lemmer Revoc. Trust**<br>**107 Clubhouse Lane, #193**<br>**Naples, FL 34105** | **Regina C. Lemmer, Trustee**<br>**Regina C. Lemmer Revoc. Trust**<br>**107 Clubhouse Lane, #193**<br>**Naples, FL 34105**<br>**239 261-7080** | Dividends payable and liquidated damages owed to preferred shareholder | | 7,503.00 |
| **James Tiampo Money Purchase Plan**<br>**435 Martin Street, Suite 3090**<br>**Blaine, WA 98230** | **James J. Tiampo**<br>**James Tiampo Money Purchase Plan**<br>**435 Martin Street, Suite 3090**<br>**Blaine, WA 98230**<br>**720 352-0800** | Dividends payable and liquidated damages owed to preferred shareholder | | 7,503.00 |
| **Tara Arnold IRA DCG&T**<br>**4740 Murcott Avenue**<br>**Merritt Island, FL 32953** | **Tara Arnold IRA DCG&T**<br>**4740 Murcott Avenue**<br>**Merritt Island, FL 32953**<br>**321 986-9948** | Dividends payable and liquidated damages owed to preferred shareholder | | 4,502.00 |
| **Gregory McDaniel SEP IRA**<br>**85 Howes Road**<br>**Montville, ME 04941** | **Gregory McDaniel SEP IRA**<br>**85 Howes Road**<br>**Montville, ME 04941**<br>**207 342-5426** | Dividends payable and liquidated damages owed to preferred shareholder | | 4,202.00 |
| **Kurtzman, Chana & Zvi Kurtzman**<br>**Cipora Lavut**<br>**419 Oakmont Pl., N.W.**<br>**Atlanta, GA 30327** | **Kurtzman, Chana & Zvi Kurtzman**<br>**Cipora Lavut**<br>**419 Oakmont Pl., N.W.**<br>**Atlanta, GA 30327**<br>**404 255-9862** | Dividends payable and liquidated damages owed to preferred shareholder | | 3,751.00 |

B4 (Official Form 4) (12/07) - Cont,
In re   **Gulfstream International Group, Inc.**

Debtor(s)

Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc,)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Auerbach Family Trust**<br>**1040 Cove Way**<br>**Beverly Hills, CA 90210** | **Larry Auerbach, Trustee**<br>**Auerbach Family Trust**<br>**1040 Cove Way**<br>**Beverly Hills, CA 90210**<br>**310 271-6153** | Dividends payable and liquidated damages owed to preferred shareholder | | 3,751.00 |
| **Brier, Andrea Lynn R/O DCG**<br>**&T**<br>**1364 Union Street, #B**<br>**San Francisco, CA 94109** | **Brier, Andrea Lynn R/O DCG &T**<br>**1364 Union Street, #B**<br>**San Francisco, CA 94109**<br>**415 885-7188** | Dividends payable and liquidated damages owed to preferred shareholder | | 3,751.00 |
| **Heglund, Norman C.**<br>**Chemin du Moulin Delay 6**<br>**1473 Glabais, Belgium** | **Heglund, Norman C.**<br>**Chemin du Moulin Delay 6**<br>**1473 Glabais, Belgium**<br>**32 67 791-087** | Dividends payable and liquidated damages owed to preferred shareholder | | 3,751.00 |
| **McNamara, Larry and Betty**<br>**111 Baylor Drive**<br>**Oak Ridge, TN 37830** | **McNamara, Larry and Betty**<br>**111 Baylor Drive**<br>**Oak Ridge, TN 37830**<br>**865 481-4887** | Dividends payable and liquidated damages owed to preferred shareholder | | 3,751.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer and President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   11/4/10                    Signature _____

David F. Hackett
Chief Executive Officer and President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.