UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                          Chapter 11 Cases

GULFSTREAM INTERNATIONAL                        Case No. 10-44131-JKO
GROUP, INC., *et al.,*[1]                       Jointly Administered

        Debtors.
_____/

**DEBTORS' NOTICE OF FILING CORRECTED EXHIBIT "E" (BUDGET) TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING (A) SECURED POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3) AND (d); (B) GRANTING SECURITY INTERESTS, SUPERPRIORITY LIENS AND CLAIMS AND ADEQUATE PROTECTION; AND (C) USE OF CASH COLLATERAL AND (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(C)**

      Gulfstream International Group, Inc., Gulfstream International Airlines, Inc., Gulfstream Training Academy, Inc., GIA Holdings Corp., Inc., and Gulfstream Connection, Inc., (each, a "Debtor," and, collectively, the "Debtors"), by and through undersigned counsel, hereby file a corrected Exhibit "E" (Budget) to the *Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3) and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C)* (D.E. 8).

      **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to

---

[1] The address of each of the Debtors is 3201 Griffin Road, 4th Floor, Fort Lauderdale, FL 33312; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis: (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

3215549-1

practice in this court set forth in Local Rule 2090-1(A).

| | |
|---|---|
| Dated:  November 5, 2010 | BERGER SINGERMAN, P.A.<br>*Proposed Counsel for Debtors in Possession*<br>350 East Las Olas Boulevard, Suite 1000<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 525-9900<br>Facsimile:  (954) 523-2782<br><br>By:    /s/  Brian K. Gart<br>          Brian K. Gart<br>          Florida Bar No.  381152<br>          bgart@bergersingerman.com<br>          Douglas A. Bates<br>          Florida Bar No.  791431<br>          dbates@bergersingerman.com |

**EXHIBIT "E"**

**(Budget)**

# GULFSTREAM INTERNATIONAL AIRLINES
## November

| | Actual Thru 1-Nov | 2-Nov | 3-Nov | 4-Nov | 5-Nov | WEEK TOTAL 5-Nov | 8-Nov | 9-Nov | 10-Nov | 11-Nov | 12-Nov | WEEK TOTAL 12-Nov | 15-Nov | 16-Nov | 17-Nov | 18-Nov | 19-Nov | WEEK TOTAL 19-Nov | 22-Nov | 23-Nov | 24-Nov | 25-Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING REVENUE** | | | | | | | | | | | | | | | | | | | | | | |
| **BEGINNING BALANCE** | 461 | 438 | 162 | 202 | 635 | 461 | 726 | 604 | 318 | 141 | 645 | $ 1,005 726 | 57 | 53 | 371 | 465 | 1,072 | $ 1,034 57 | 583 | 1,471 | 1,407 | 1,431 |
| **SOURCES-OPERATING** | | | | | | | | | | | | | | | | | | | | | | |
| Continental Weekly Revenue Advance | | | | | | - | | | | | | - | | | | | | - | | | | |
| Airline Clearing House - Revenue | | 540 | | | | 540 | | | | 545 | | 545 | | | | 540 | | 540 | | | 540 | |
| Airline Clearing House - Expense | | | | | | - | | | | | | - | | 1,759 | | | | 1,759 | | | | |
| Essential Air Service - DOT | | | | | | - | | | | | | - | | (1,200) | | | | (1,200) | | | | |
| Airline Clearing House - IATA | | | | | | - | | | | | | - | | | | 664 | | 664 | | | | |
| Cuba Charter | | | | | | - | | | | | 200 | 200 | | | 100 | 35 | | 35 | | | | |
| Charter | | | | | | - | | | | | | - | | | | | | 100 | | | 100 | |
| Surpac & Other | 3 | 7 | 14 | | | 24 | | | (100) | | | (100) | 4 | 4 | 4 | - | | 20 | 4 | 4 | 5 | |
| Ministry of Tourism - Bahamas | | | | | | - | | | | | | - | 4 | 4 | 4 | 4 | 4 | 4 | | | | |
| Autec Contract | | | 42 | | | 42 | | | | | | - | | | | | | - | | | | |
| Other | | | | | | - | | | | | | - | | | | | | - | | | | |
| DIP Financing | | | | | 1,500 | 1,500 | | | | | | - | | | | | | - | | 1,000 | | |
| **TOTAL RECEIPTS** | 3 | 7 | 56 | 540 | 1,500 | 2,106 | - | (100) | 200 | 545 | - | 645 | 4 | 563 | 104 | 1,243 | 4 | 1,918 | 4 | 1,004 | 645 | - |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | |
| **Payroll** | | | | | | | | | | | | | | | | | | | | | | |
| Net | | | | | 400 | 400 | | | | | 196 | 196 | | | | 400 | | 400 | | | | |
| Taxes | | | | | 124 | 124 | | | | | 80 | 80 | | | | 124 | | 124 | | | | |
| Headcount Reductions | | | | | | - | | | | | | - | | | | | | - | | | | |
| Salary Reductions | | | | | | - | | | | | | - | | | | | | - | | | | |
| Union Contract Savings | | | | | | - | | | | | | - | | | | | | - | | | | |
| **Flight Operations** | | | | | | | | | | | | | | | | | | | | | | |
| Fuel & Oil | 23 | 39 | | | 50 | 112 | | 50 | | | 50 | 100 | | 50 | | 50 | 60 | 160 | | | | |
| Food & Lodging | | | | | | - | | | | | | - | | | | | | - | | 60 | | |
| Aircraft Rental | | | | | 441 | 441 | | | | | | - | | | | | | - | | | | |
| All Other ( Flight Safety incl.) | | 10 | | | | 10 | 5 | | | | | 5 | 5 | | | | | 5 | 5 | | 25 | |
| **Aircraft Maintenance** | | | | | | | | | | | | | | | | | | | | | | |
| Vendor O'hauls | | | | | 40 | 40 | | | | | 40 | 40 | | | | | 40 | 40 | | | | |
| Rotable Parts-1900 | | | | | 20 | 20 | | | | | 20 | 20 | | | | | 20 | 20 | | | | |
| Consumable Parts-1900 | | | | | 50 | 50 | | | | | | 50 | | 50 | | | 50 | 100 | | | 150 | |
| Engine Reserve | | | | | 150 | 150 | | | | | 150 | 150 | | | | | 150 | 150 | | | | |
| All Other | | | 1 | | 10 | 11 | | 8 | | 17 | 30 | 41 | | 5 | 8 | | 30 | 43 | | 5 | 8 | |
| Critical Vendor Payments | | | | | | - | | 50 | | 9 | 50 | 50 | | 25 | | | 50 | 75 | | | 25 | |
| **Stations** | | | | | | | | | | | | | | | | | | | | | | |
| Landing Fees | | | | | | - | | | | | | - | | - | | | | - | | | 85 | |
| Other Airport Fees | | | | | | - | | | | | | - | | - | | | | - | | | 175 | |
| Ground Handling | | | | | | - | | | | | | - | | | | | | - | | | 52 | |
| All Other (TSA incl.) | | | | | | - | | | | | | - | | | | 25 | 62 | 87 | | | 25 | |
| **Sales and Reservations** | | | | | | | | | | | | | | | | | | | | | | |
| All Other | | 2 | | | | 2 | | | | | | - | | | 2 | | 3 | 5 | | | | |
| **General & Administrative / Other** | | | | | | | | | | | | | | | | | | | | | | |
| Insurance (Hull & Pax Liab) | | | | | 16 | 16 | 108 | 8 | | | | 116 | | | | | | - | | | | |
| Insurance – Other(W/C,Health,etc…) | | | | | 22 | 22 | 9 | | 360 | | 22 | 369 | | | | | 22 | 22 | | | | |
| ACH / IATA | | | | | | - | | | | | | 22 | | | | | | - | | | | |
| Excise taxes | | | | | 72 | 72 | | 70 | | | | 87 | | 11 | | 16 | 11 | 11 | | | 70 | |
| Other | 3 | 8 | | | | 3 | | 8 | 4 | 17 | | 13 | 3 | | 3 | | | 25 | | 3 | | |
| Legal & Acctg | | 8 | | | | 8 | | | 10 | 9 | | 10 | | | | | 6 | 43 | | | | |
| Critical Vendors | | | | | | - | | | | | | - | | | | | | - | | | | |
| Utilities, Rent & Other | | | | | | - | | 50 | | | | - | | 29 | | | | 35 | 86 | | 6 | |
| DIP Payments | | | | | 86 | 86 | | | | | | - | | | | 6 | | 6 | | | | |
| Payments to Professionals | | | | | | - | | | | 15 | | 15 | | 75 | | 15 | | 90 | | | | |
| **TOTAL DISBURSEMENTS** | 26 | 283 | 15 | 107 | 1,409 | 1,841 | 122 | 186 | 377 | 41 | 588 | 1,314 | 8 | 245 | 10 | 636 | 493 | 1,392 | 116 | 68 | 621 | - |
| **CONSOLIDATED CASH** | 438 | 162 | 202 | 635 | 726 | 274 | 604 | 318 | 141 | 645 | 57 | 57 | 53 | 371 | 465 | 1,072 | 583 | 583 | 1,471 | 1,407 | 1,431 | 1,431 |

# GULFSTREAM INTERNATIONAL AIRLINES

## November

| | 26-Nov | WEEK TOTAL 26-Nov $ | 29-Nov | 30-Nov | 1-Dec | 2-Dec | 3-Dec | WEEK TOTAL 3-Dec $ | MONTH TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| OPERATING REVENUE | | 953 | | | | | | 973 | |
| BEGINNING BALANCE | 1,431 | 583 | 1,422 | 1,185 | 1,017 | 1,094 | 1,110 | 1,422 | 461 |
| **SOURCES-OPERATING** | | | | | | | | | |
| Continental Weekly Revenue Advance | | 540 | | | | 583 | | 583 | 2,165 |
| Airline Clearing House - Revenue | | | | | | | | | 1,759 |
| Airline Clearing House - Expense | | | | | | | | | (1,200) |
| Essential Air Service - DOT | | | | | | | | | 664 |
| Airline Clearing House - IATA | | | | | | | | | 35 |
| Cuba Charter | | 100 | | | 100 | | | 100 | 400 |
| Charter | | | | | | | | | - |
| Surpac & Other | 5 | 18 | 5 | 5 | 5 | 5 | 5 | 25 | (28) |
| Ministry of Tourism - Bahamas | | | | | | | | | 240 |
| Autec Contract | 240 | 240 | | | | | | | 240 |
| Other | | | | | | | | | 42 |
| DIP Financing | - | 1,000 | | | | | | | 2,500 |
| **TOTAL RECEIPTS** | 245 | 1,898 | 5 | 5 | 105 | 588 | 5 | 708 | 7,777 |
| **OPERATING DISBURSEMENTS** | | | | | | | | | |
| **Payroll** | | | | | | | | | |
| Net | | | 159 | | | 400 | | 559 | 1,155 |
| Taxes | | | 47 | | | 124 | | 171 | 375 |
| Headcount Reductions | | | | | | | | | |
| Salary Reductions | | | | | | | | | |
| Union Contract Savings | | | | | | | | | |
| **Flight Operations** | | | | | | | | | |
| Fuel & Oil | 60 | 120 | | 60 | | | 60 | 120 | 552 |
| Food & Lodging | | 20 | | | | | | | 20 |
| Aircraft Rental | | | | | | | | | 441 |
| All Other (Flight Safety incl.) | | 30 | | | | | | | 50 |
| **Aircraft Maintenance** | | | | | | | | | |
| Vendor O'hauls | 40 | 40 | | | | 40 | 40 | 40 | 160 |
| Rotable Parts-1900 | 20 | 20 | | | | 20 | 20 | 20 | 80 |
| Consumable Parts-1900 | 50 | 50 | | | | 50 | 50 | 50 | 200 |
| Engine Reserve | | 150 | | | | | | | 600 |
| All Other | 30 | 43 | | | 22 | 8 | 30 | 65 | 143 |
| Critical Vendor Payments | | 25 | | | | | | | 150 |
| **Stations** | | | | | | | | | |
| Landing Fees | | 85 | | | | | | | 85 |
| Other Airport Fees | | 175 | | | | | | | 175 |
| Ground Handling | | 52 | | | | | | | 52 |
| All Other (TSA incl.) | | 25 | | | | 25 | | 25 | 112 |
| **Sales and Reservations** | | | | | | | | | |
| All Other | | | | | | | | | 7 |
| **General & Administrative / Other** | | | | | | | | | |
| Insurance (Hull & Pax Liab) | | | | 108 | | | | 108 | 224 |
| Insurance - Other(W/C,Health,etc...) | 7 | 7 | | | | 7 | | 7 | 414 |
| ACH / IATA | | | | | | | 22 | 22 | 44 |
| Excise taxes | | | | | | | | | 240 |
| Other | 6 | 9 | 3 | | | | 6 | 9 | 53 |
| Legal & Acctg | | | | | | | | | 18 |
| Critical Vendors | | | | | | | | | - |
| Utilities, Rent & Other | 21 | 27 | | | 6 | | | | 14 | 70 |
| DIP Payments | | 86 | 8 | | | | | | 172 |
| Payments to Professionals | | 25 | 25 | | | 15 | | 40 | 429 |
| **TOTAL DISBURSEMENTS** | 254 | 1,059 | 242 | 173 | 28 | 572 | 235 | 1,250 | 7,221 |
| **CONSOLIDATED CASH** | 1,422 | 1,422 | 1,185 | 1,017 | 1,094 | 1,110 | 880 | 880 | 1,017 |

# GULFSTREAM INTERNATIONAL AIRLINES

## December

| | | Actual Thru 29-Nov | 30-Nov | 1-Dec | 2-Dec | 3-Dec | WEEK TOTAL 3-Dec | 6-Dec | 7-Dec | 8-Dec | 9-Dec | 10-Dec | WEEK TOTAL 10-Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BEGINNING BALANCE** | | 1,422 | 1,185 | 1,017 | 1,160 | 1,171 | 1,422 | 941 | 598 | 541 | 461 | 979 | 941 |
| **SOURCES-OPERATING** | | | | | | | | | | | | | |
| | Continental Weekly Revenue Advance | - | - | - | 568 | - | 568 | - | - | - | 560 | - | 560 |
| | Airline Clearing House - Revenue | - | - | - | - | - | - | - | - | - | - | - | - |
| | Airline Clearing House - Expense | - | - | - | - | - | - | - | - | - | - | - | - |
| | Essential Air Service - DOT | - | - | - | - | - | - | - | - | - | - | - | - |
| | Airline Clearing House - IATA | - | - | - | - | - | - | - | - | - | - | - | - |
| | Cuba Charter | - | - | 100 | - | - | 100 | 100 | - | - | - | - | 100 |
| | Charter | - | - | - | - | - | - | - | - | - | - | - | - |
| | Sunpac & Other | 5 | 5 | 5 | 5 | 5 | 25 | 5 | 5 | 5 | 5 | 5 | 25 |
| | Ministry of Tourism - Bahamas | - | - | - | - | - | - | - | - | - | - | - | - |
| | Autec Contract | 0 | 0 | - | - | - | - | - | - | - | - | - | - |
| | Other | - | - | - | - | - | - | - | 10 | - | - | - | 10 |
| | Other | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | | 5 | 5 | 105 | 573 | 5 | 693 | 105 | 15 | 5 | 565 | 5 | 695 |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | |
| **Payroll** | | | | | | | | | | | | | |
| | Net | 159 | - | - | 400 | - | 559 | - | 60 | - | - | 60 | 120 |
| | Taxes | 47 | - | - | 124 | - | 171 | - | - | - | - | - | - |
| | Headcount Reductions | | - | (35) | (5) | - | | - | - | - | - | - | - |
| | Salary Reductions | | - | (35) | (5) | - | | - | - | - | - | - | - |
| | Union Contract Savings | | | | | | | | | | | | |
| **Flight Operations** | | | | | | | | | | | | | |
| | Fuel & Oil | - | 60 | - | - | 60 | 120 | - | 60 | - | - | 60 | 120 |
| | Food & Lodging | - | - | - | - | - | - | 441 | - | - | - | - | 441 |
| | Aircraft Rental | - | - | - | - | - | - | 5 | - | - | - | - | 5 |
| | All Other (Flight Safety incl.) | - | - | - | - | - | - | - | - | - | - | - | - |
| **Aircraft Maintenance** | | | | | | | | | | | | | |
| | Vendor O'hauls | - | - | - | - | 40 | 40 | - | - | - | - | 40 | 40 |
| | Rotable Parts-1900 | - | - | - | - | 20 | 20 | - | - | - | - | 20 | 20 |
| | Consumable Parts-1900 | - | - | - | - | 50 | 50 | - | - | - | - | 50 | 50 |
| | Engine Reserve | - | - | - | - | - | - | - | - | - | - | - | - |
| | All Other | - | 5 | - | 22 | 8 | 30 | 65 | 5 | 8 | - | 40 | 53 |
| **Stations** | | | | | | | | | | | | | |
| | Landing Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| | Other Airport Fees | - | - | - | - | - | - | 2 | 4 | - | 6 | - | 12 |
| | Ground Handling | - | - | - | 25 | - | 25 | - | - | 25 | - | - | 25 |
| | All Other (TSA incl.) | - | - | - | - | - | - | - | - | - | - | - | - |
| **Sales and Reservations** | | | | | | | | | | | | | |
| | All Other | - | - | - | - | 7 | 7 | 22 | - | 46 | - | - | 46 |
| **General & Administrative / Other** | | | | | | | | | | | | | |
| | Insurance (Hull & Pax Liab) | - | 108 | - | - | - | 108 | - | - | - | - | - | - |
| | Insurance - Other(W/C,Health,etc...) | - | - | - | - | 22 | 22 | - | - | - | - | - | - |
| | ACH / IATA | - | - | - | - | - | - | - | - | - | 17 | 70 | 87 |
| | Excise taxes | 3 | - | - | - | 6 | 9 | - | 3 | - | 9 | 6 | 18 |
| | Other | - | - | - | - | - | - | - | - | - | - | - | - |
| | Legal & Acctg | - | - | - | - | - | - | - | - | - | - | - | - |
| | Critical Vendors | - | - | - | - | - | - | - | - | - | - | - | - |
| | Utilities, Rent & Other | 8 | - | 10 | - | - | 18 | - | - | 6 | - | - | 6 |
| | DIP Payments | - | - | - | - | - | - | - | - | - | - | - | - |
| | Payments to Professionals | 25 | - | - | 15 | - | 40 | - | - | - | 15 | 25 | 40 |
| **TOTAL DISBURSEMENTS** | | 242 | 173 | (38) | 562 | 235 | 1,254 | 448 | 72 | 85 | 47 | 311 | 963 |
| **CONSOLIDATED CASH** | | 1,185 | 1,017 | 1,160 | 1,171 | 941 | 941 | 598 | 541 | 461 | 979 | 673 | 673 |

# GULFSTREAM INTERNATIONAL AIRLINES

| December | 13-Dec | 14-Dec | 15-Dec | 16-Dec | 17-Dec | WEEK TOTAL 17-Dec |
|---|---:|---:|---:|---:|---:|---:|
| **BEGINNING BALANCE** | 673 | 581 | 1,037 | 653 | 1,572 | 673 |
| **SOURCES-OPERATING** | | | | | | |
| Continental Weekly Revenue Advance | | | | 600 | | 600 |
| Airline Clearing House - Revenue | | 1,792 | | | | 1,792 |
| Airline Clearing House - Expense | | (1,200) | | | | (1,200) |
| Essential Air Service - DOT | | | | 664 | | 664 |
| Airline Clearing House - IATA | | | | 35 | | 35 |
| Cuba Charter | 100 | | | | | 100 |
| Charter | - | - | - | - | | - |
| Sunpac & Other | 5 | 5 | 5 | 5 | 5 | 25 |
| Ministry of Tourism - Bahamas | | | | | | - |
| Autec Contract | | | | | | - |
| Other | | | | | | - |
| Other | | | | | | - |
| **TOTAL RECEIPTS** | 105 | 597 | 5 | 1,304 | 5 | 2,016 |
| **OPERATING DISBURSEMENTS** | | | | | | |
| **Payroll** | | | | | | |
| Net | 196 | | 360 | 40 | | 596 |
| Taxes | | 80 | | 124 | | 204 |
| Headcount Reductions | | | (35) | | | - |
| Salary Reductions | | | | (5) | | - |
| Union Contract Savings | (19) | (4) | | | | - |
| **Aircraft Maintenance** | | | | | | |
| All Other ( Flight Safety incl.) | 5 | | | | | 5 |
| Aircraft Rental | | | | | | - |
| Food & Lodging | | 60 | | | 60 | 120 |
| Fuel & Oil | | | | | | - |
| **Flight Operations** | | | | | | |
| All Other | | 5 | 8 | | 40 | 53 |
| Engine Reserve | | | | - | | - |
| Consumable Parts-1900 | | | | 50 | | 50 |
| Rotable Parts-1900 | | | | 20 | | 20 |
| Vendor O'hauls | | | | 40 | | 40 |
| **Stations** | | | | | | |
| Landing Fees | | | | | | - |
| Other Airport Fees | | | | | | - |
| Ground Handling | | | | | | - |
| All Other (TSA incl.) | | | 25 | | 62 | 87 |
| **Sales and Reservations** | | | | | | |
| All Other | | | 2 | | 3 | 5 |
| **General & Administrative / Other** | | | | | | |
| Insurance (Hull & Pax Liab) | | | | | | - |
| Insurance - Other(W/C,Health,etc…) | | | | 176 | 22 | 198 |
| ACH / IATA | | | | 22 | | 22 |
| Excise taxes | 11 | | 20 | | | 31 |
| Other | 4 | | 3 | 6 | 16 | 29 |
| Legal & Acctg | | | | | | - |
| Critical Vendors | | | | | | - |
| Utilities, Rent & Other | | | | 29 | | 29 |
| DIP Payments | | | 6 | | | 6 |
| Payments to Professionals | | | | 15 | 25 | 40 |
| **TOTAL DISBURSEMENTS** | 197 | 141 | 389 | 385 | 360 | 1,535 |
| **CONSOLIDATED CASH** | 581 | 1,037 | 653 | 1,572 | 1,217 | 1,217 |