UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                        Chapter 11 Cases

GULFSTREAM INTERNATIONAL                       Case No. 10-44131-BKC-JKO
GROUP, INC., *et al.*[1]

      Debtors.                              (Jointly Administered)

_____/

## CERTIFICATE OF SERVICE OF THE GARDEN CITY GROUP, INC.

I, Jessica L. Wasserstrom, certify as follows:

1.      I am an Assistant Director with The Garden City Group, Inc., the proposed claims, noticing, balloting, and solicitation agent for the debtors (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On November 4, 2010, at the direction of Berger Singerman, P.A. ("Berger Singerman"), proposed counsel for the Debtors, I caused a true and correct copy of the following documents to be served by e-mail on certain parties on the Master Service List, as set forth on the service list annexed hereto as Exhibit A:

- Voluntary Petition [Gulfstream International Group, Inc.] [Docket No. 1];

- Voluntary Petition [Gulfstream International Airlines, Inc.] [Docket No. 1];

- Voluntary Petition [Gulfstream Training Academy, Inc.] [Docket No. 1];

- Voluntary Petition [Gulfstream Connection, Inc.] [Docket No. 1];

- Voluntary Petition [GIA Holdings Corp., Inc.] [Docket No. 1];

[1] The address of each of the Debtors is 3201 Griffin Road, 4th Floor, Fort Lauderdale, FL 33312; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis:  (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

- List of Creditors Holding 20 Largest Unsecured Claims [Docket No. 2];

- Corporate Ownership Statement [Docket No. 3];

- Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically [Docket No. 4];

- Debtors' *Ex Parte* Motion for Joint Administration [Docket No. 5];

- Debtors' *Ex Parte* Motion for Authorization to File Consolidated Chapter 11 Case Management Summary [Docket No. 6].

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 8];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 8] [Docket No. 9];

- Debtors' Application for Approval, on an Interim and Final Basis, of Employment of Berger Singerman, P.A. as Counsel for Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 10];

- Debtors' Application for Approval of Employment of The Garden City Group, Inc., as Claims, Noticing, Balloting, and Solicitation Agent of the Bankruptcy Court under 28 U.S.C. § 156(c), *Nunc Pro Tunc* to the Petition Date [Docket No. 11];

- Debtors' Application for Approval, on an Interim and Final Basis, of Employment of Jetstream Aviation Capital, LLC and Jetstream Aviation Management, LLC, as Financial Advisors to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 12];

- Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, and (II) Continue to Pay Claims to the Extent They become Due and Payable [Docket No. 13];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 10] [Docket No. 14];

- Debtors' Emergency Motion for (A) Authority to (I) Maintain Bank Accounts and to Continue to Use Existing Business Forms and Checks, and (II) Continue to Use Existing Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines [Docket No. 15];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 11] [Docket No. 16];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 12] [Docket No. 17];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 13] [Docket No. 18];

- Debtors' Emergency Motion for Authority to Pay Pre-Petition Wages and Other Employment-Related Costs and Expenses and to Honor Vacation and Sick Leave Rights [Docket No. 19];

- Order Granting Debtors' *Ex Parte* Motion for Joint Administration [Docket No. 20];

- Debtors' Emergency Motion for Order Authorizing the Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts with, Outside Mechanics, Repairmen and Shippers [Docket No. 21];

- Debtors' Emergency Motion for Order Authorizing Gulfstream International Airlines, Inc. to Honor Obligations Related to Code Share Agreements, Interline Agreements, Clearinghouse Agreements, Alliance Agreements, Computer Reservation Systems Agreements, ATPCO Agreement, and Various Other Operating Agreements in the Ordinary Course of Business [Docket No. 22];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 15] [Docket No. 23];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 19] [Docket No. 24];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 21] [Docket No. 25];

- Debtors' Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 26];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 22] [Docket No. 27];

- Order Granting Debtors' *Ex Parte* Motion for Authorization to File Consolidated Chapter 11 Case Management Summary [Docket No. 28];

- Debtors' Emergency Motion for Order Authorizing (A) Application of Pre-Petition Payments for Post-Petition Fuel and Related Services; and (B) Debtors to Continue to Honor Obligations Under Fuel Supply Management Agreement [Docket No. 29];

- Debtors' Motion to Establish Certain Notice, Case Management and Administrative Procedures [Docket No. 30];

- Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Transportation, Property, and Other Taxes and Similar Obligations [Docket No. 31];

- Debtors' Emergency Motion for Authority to Pay Secured and Unsecured Domestic and Foreign Airport Landing Fees and Other Similar Obligations [Docket No. 32];

- Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors [Docket No. 33];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 26] [Docket No. 34];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 29] [Docket No. 35];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 30] [Docket No. 36];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 31] [Docket No. 37];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 32] [Docket No. 38];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 33] [Docket No. 39];

- Consolidated Chapter 11 Case Management Summary [Docket No. 40]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

3.      On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by facsimile on the additional parties as set forth on the service list annexed hereto as Exhibit B:

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 8] [Docket No. 9];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 10] [Docket No. 14];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 11] [Docket No. 16];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 12] [Docket No. 17];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 13] [Docket No. 18];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 15] [Docket No. 23];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 19] [Docket No. 24];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 21] [Docket No. 25];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 22] [Docket No. 27];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 26] [Docket No. 34];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 29] [Docket No. 35];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 30] [Docket No. 36];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 31] [Docket No. 37];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 32] [Docket No. 38];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 33] [Docket No. 39]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

4.    On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by first class mail, postage prepaid, on the additional parties as set forth on the service list annexed hereto as Exhibit C:

- Voluntary Petition [Gulfstream International Group, Inc.] [Docket No. 1];

- Voluntary Petition [Gulfstream International Airlines, Inc.] [Docket No. 1];

- Voluntary Petition [Gulfstream Training Academy, Inc.] [Docket No. 1];

- Voluntary Petition [Gulfstream Connection, Inc.] [Docket No. 1];

- Voluntary Petition [GIA Holdings Corp., Inc.] [Docket No. 1];

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

5.    On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by overnight delivery on a certain party on the Master Service List, as set forth on the service list annexed hereto as Exhibit D:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 8];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 8] [Docket No. 9];

- Debtors' Emergency Motion for Order Authorizing Gulfstream International Airlines, Inc. to Honor Obligations Related to Code Share Agreements, Interline Agreements, Clearinghouse Agreements, Alliance Agreements, Computer Reservation Systems Agreements, ATPCO Agreement, and Various Other Operating Agreements in the Ordinary Course of Business [Docket No. 22];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 22] [Docket No. 27];

- Debtors' Emergency Motion for Order Authorizing (A) Application of Pre-Petition Payments for Post-Petition Fuel and Related Services; and (B) Debtors to Continue to Honor Obligations Under Fuel Supply Management Agreement [Docket No. 29];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 29] [Docket No. 35]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

6.      On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by overnight delivery on a certain party on the Master Service List, as set forth on the service list annexed hereto as Exhibit E:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 8];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 8] [Docket No. 9];

- Debtors' Emergency Motion for Order Authorizing (A) Application of Pre-Petition Payments for Post-Petition Fuel and Related Services; and (B) Debtors to Continue to Honor Obligations Under Fuel Supply Management Agreement [Docket No. 29];

- Debtors' Emergency Motion for Authority to Pay Secured and Unsecured Domestic and Foreign Airport Landing Fees and Other Similar Obligations [Docket No. 32];

- Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors [Docket No. 33];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 29] [Docket No. 35];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 32] [Docket No. 38];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 33] [Docket No. 39]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

7.      On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by overnight delivery on the additional parties as set forth on the service list annexed hereto as Exhibit F:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, and (II) Continue to Pay Claims to the Extent They become Due and Payable [Docket No. 13];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 13] [Docket No. 18]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

8.      On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served overnight delivery on the additional party as set forth on the service list annexed hereto as Exhibit G:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for Authorization to (I) Continue to Administer Insurance Policies, and (II) Continue to Pay Claims to the Extent They become Due and Payable [Docket No. 13];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 13] [Docket No. 18];

- Debtors' Emergency Motion for Authority to Pay Pre-Petition Wages and Other Employment-Related Costs and Expenses and to Honor Vacation and Sick Leave Rights [Docket No. 19];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 19] [Docket No. 24]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

9.    On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by overnight delivery on the additional parties as set forth on the service list annexed hereto as Exhibit H:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for Order Authorizing the Payment of Certain Pre-Petition Claims of, and Honoring Certain Contracts with, Outside Mechanics, Repairmen and Shippers [Docket No. 21];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 21] [Docket No. 25]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

10.    On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by overnight delivery on the additional parties as set forth on the service list annexed hereto as Exhibit I:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for Order Authorizing Gulfstream International Airlines, Inc. to Honor Obligations Related to Code Share Agreements, Interline Agreements, Clearinghouse Agreements, Alliance Agreements, Computer Reservation Systems Agreements, ATPCO Agreement, and Various Other Operating Agreements in the Ordinary Course of Business [Docket No. 22];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 22] [Docket No. 27]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

11.     On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by overnight delivery on the additional parties as set forth on the service list annexed hereto as Exhibit J:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for Order Authorizing (A) Application of Pre-Petition Payments for Post-Petition Fuel and Related Services; and (B) Debtors to Continue to Honor Obligations Under Fuel Supply Management Agreement [Docket No. 29];

- Debtors' Emergency Motion for Authority to Pay Secured and Unsecured Domestic and Foreign Airport Landing Fees and Other Similar Obligations [Docket No. 32];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 29] [Docket No. 35];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 32] [Docket No. 38]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

12.     On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served overnight delivery on the additional parties as set forth on the service list annexed hereto as Exhibit K:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for Order Authorizing (A) Application of Pre-Petition Payments for Post-Petition Fuel and Related Services; and (B) Debtors to Continue to Honor Obligations Under Fuel Supply Management Agreement [Docket No. 29];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 29] [Docket No. 35]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

13.     On November 4, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by overnight delivery on the additional parties as set forth on the service list annexed hereto as Exhibit L:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for an Order Authorizing Payment of Prepetition Claims of Critical Vendors [Docket No. 33];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 33] [Docket No. 39]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

14.     On November 4-5, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by e-mail or overnight delivery on the parties on the Master Service list, as set forth on the service lists annexed hereto as Exhibits M and N, respectively:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 8];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 8] [Docket No. 9];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 10] [Docket No. 14];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 11] [Docket No. 16];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 12] [Docket No. 17];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 13] [Docket No. 18];

- Order Granting Debtors' *Ex Parte* Motion for Joint Administration [Docket No. 20];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 15] [Docket No. 23];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 19] [Docket No. 24];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 21] [Docket No. 25];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 22] [Docket No. 27];

- Order Granting Debtors' *Ex Parte* Motion for Authorization to File Consolidated Chapter 11 Case Management Summary [Docket No. 28];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 26] [Docket No. 34];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 29] [Docket No. 35];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 30] [Docket No. 36];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 31] [Docket No. 37];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 32] [Docket No. 38];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 33] [Docket No. 39];

- Consolidated Chapter 11 Case Management Summary [Docket No. 40]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

15.     On November 4-5, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served e-mail and overnight delivery on certain

parties on the Master Service List, as set forth on the service lists annexed hereto as Exhibits O

and P, respectively:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 8];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 8] [Docket No. 9];

- Debtors' Emergency Motion for Order Authorizing (A) Application of Pre-Petition Payments for Post-Petition Fuel and Related Services; and (B) Debtors to Continue to Honor Obligations Under Fuel Supply Management Agreement [Docket No. 29];

- Debtors' Emergency Motion for Authority to Pay Secured and Unsecured Domestic and Foreign Airport Landing Fees and Other Similar Obligations [Docket No. 32];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 29] [Docket No. 35];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 32] [Docket No. 38]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

16.    On November 4-5, 2010, also at the direction of Berger Singerman, I caused a true and

correct copy of the following documents to be served by e-mail or overnight delivery on certain

parties on the Master Service List, as set forth on the service lists annexed hereto as Exhibits Q

and R, respectively:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 8];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 8] [Docket No. 9];

- Debtors' Emergency Motion for Order Authorizing (A) Application of Pre-Petition Payments for Post-Petition Fuel and Related Services; and (B) Debtors to Continue to Honor Obligations Under Fuel Supply Management Agreement [Docket No. 29];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 29] [Docket No. 35]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

17.     On November 4-5, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by e-mail or overnight delivery on certain parties on the Master Service List, as set forth on the service lists annexed hereto as Exhibits S and T, respectively:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Schedule a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 8];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 8] [Docket No. 9];

- Debtors' Emergency Motion for Order Authorizing Debtors to Pay Prepetition Sales, Use, Trust Fund, Transportation, Property, and Other Taxes and Similar Obligations [Docket No. 31];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 31] [Docket No. 37]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

18.    On November 4-5, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served by e-mail or overnight delivery on the additional parties as set forth on the service lists annexed hereto as Exhibits U and V, respectively:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for (A) Authority to (I) Maintain Bank Accounts and to Continue to Use Existing Business Forms and Checks, and (II) Continue to Use Existing Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines [Docket No. 15];

- Debtors' Emergency Motion for Authority to Pay Pre-Petition Wages and Other Employment-Related Costs and Expenses and to Honor Vacation and Sick Leave Rights [Docket No. 19];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 15] [Docket No. 23];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 19] [Docket No. 24]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

19.    On November 4-5, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served e-mail or overnight delivery on the additional parties as set forth on the service lists annexed hereto as Exhibits W and X, respectively:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for Authority to Pay Pre-Petition Wages and Other Employment-Related Costs and Expenses and to Honor Vacation and Sick Leave Rights [Docket No. 19];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 19] [Docket No. 24]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

20.    On November 4-5, 2010, also at the direction of Berger Singerman, I caused a true and correct copy of the following documents to be served e-mail or overnight delivery on the additional parties as set forth on the service lists annexed hereto as Exhibits Y and Z, respectively:

- Declaration in Support of First Day Pleadings [Docket No. 7];

- Debtors' Emergency Motion for Authority to Pay Secured and Unsecured Domestic and Foreign Airport Landing Fees and Other Similar Obligations [Docket No. 32];

- Notice of Hearing [November 5, 2010 at 2:00 p.m. regarding Docket No. 32] [Docket No. 38]; and

- Insert regarding availability of pleadings online at https://ecf.flsb.uscourts.gov and http://www.GulfstreamReorg.com.

21.    I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated:    November 5, 2010                         /s/  Jessica L. Wasserstrom
          Melville, New York                     Jessica L. Wasserstrom
                                                 105 Maxess Road
                                                 Melville, New York 11747
                                                 (631)470-5000
                                                 Florida Bar No. 985820

# EXHIBIT A

SAH-VUL STRATEGIC PARTNERS I LLC
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
ATTN: S. BAENA, M. KRAMER
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI FL 33131-3456
email: SBAENA@BILZIN.COM, MKRAMER@BILZIN.COM

SHELTER ISLAND OPPORTUNITY FUND LLC
GREENBERG TRAURIG LLP
ATTN: PAUL J. KEENAN, JR
333 AVENUE OF THE AMERICAS
SUITE 4400
MIAMI FL 33131-3238
email: KEENANP@GTLAW.COM

VICTORY PARK CAPITAL ADVISORS, LLC
AKERMAN SENTERFITT
MICHAEL I. GOLDBERG, ESQ.,
350 E. LAS OLAS BOULEVARD
SUITE 1600
FORT LAUDERDALE FL 33301
email: MICHAEL.GOLDBERG@AKERMAN.COM

# EXHIBIT B

ACSTAR INSURANCE COMPANY
233 MAIN STREET
NEW BRITIAN, CT 06050-2350
FAX: 860-229-1111

ADMIRAL INSURANCE COMPANY
1255 CALDWELL RD.
CHERRY HILL, NJ 08034
FAX: 856-429-8611

AEK TECHNOLOGY, INC.
12922 PIERCE STREET
PACOIMA, CA 91331
FAX: 818-686-1448

AIRLINE TRANSPORT PROFESSIONALS
ATTN JUSTIN DENNIS
1555 THE GREENS WAY
JACKSONVILLE BEACH, FL 32250
FAX: 904-273-2164

BAHAMAS CUSTOMS NAS
C/O PUBLIC TREASURY
NASSAU, BAHAMAS
FAX: 242-322-6223

BAHAMAS IMMIGRATION FPO
C/O PUBLIC TREASURY
FREEPORT, GRAND BAHAMAS
FAX: 242-352-5275

BAHAMAS IMMIGRATION FPO
C/O PUBLIC TREASURY
ATTN DOROTHY ROLLE
FREEPORT, GRAND BAHAMAS
FAX: 242-352-5275

BAHAMAS LANDING FEES-TBI
C/O BAHAMAS CUSTOMS
NEW BIGHT, CAT ISLANDS, BAHAMAS
FAX: 242-342-2041

BAHAMAS NATIONAL INSURANCE
NORTH ELEUTHERA SUB-OFFICE
BAHAMAS
FAX: 305-592-1832

BAHAMAS OUT ISLAND PROMOTION BOARD
ATTN:  STEPHEN KAPPELER
NOTELS CENTER
CABLE BEACH, BAHAMAS
FAX: 242-502-4220

BEAZLEY GROUP
50 GLENLAKE PARKWAY, SUITE 250
ATLANTA, GA 30328
FAX: 770-551-9270

BERKLEY AVAITION LLC
1101 ANACAPA STREET, SUITE 200
SANTA BARBARA, CA 93101
FAX: 805-898-7690

BEST COMMISSION
MINISTRY OF THE ENVIROMENT
DOCKENDALE HOUSE, 2ND FLOOR
WEST BAY STREET, PO BOX N 7132
NASSAU, BAHAMAS
FAX: 242-326-3509

BROWARD COUNTY AVIATION DEPT
ATTN ALDA SMITH
100 AVIATION BLVD
FT. LAUDERDALE, FL 33315
FAX: 954-359-1293

BROWARD COUNTY BOARD OF
COUNTY COMMISSIONERS
RISK MANAGEMENT DIVISION
115 S. ANDREWS AVE., ROOM 210
FT. LAUDERDALE, FL 33301-1869
FAX: 954-357-6545

BROWARD COUNTY TAX COLLECTOR
GOVERNMENTAL CENTER ANNEX
115 S. ANDREWS AVE. A100
FT. LAUDERDALE, FL 33301
FAX: 954-357-5731

BRYAN CAVE LLP
ATTN DONALD FIGLIULO
PO BOX  503089
ST. LOUIS, MO 63150-3089
FAX: 312-602-5050

CHAUTAUQUA COUNTY AIRPORT
3163 AIRPORT DRIVE
JAMESTOWN, NY 14701
FAX: 716-487-1322

CITY OF DANIA BEACH
OCCUPATIONAL LICENSE DIVISION
P.O. BOX 1708
DANIA BEACH, FL 33004
FAX: 954-922-2687

CITY OF GAINESVILLE
306 NORTHEAST 6TH AVENUE
P.O. BOX 490, STATION 12
GAINESVILLE, FL 32602
FAX: 352-334-3259

CITY OF TALLAHASSEE
ACCOUNTING SERVICES-A/R SECTION
C/O BOX A-4, CITY HALL
TALLAHASSEE, FL 32301
FAX: 850-891-8109

CLEVELAND HOPKINS INT'L.  AIRPORT
TREASURER, CITY OF CLEVELAND
KEYBANK SERVICES, LOCKBOX #70275
2025 ONTARIO AVENUE
CLEVELAND, OH 44115-1028
FAX: 216-265-6069

CORNISH CAR RENTALS
P.O. BOX AB22268
TREASURE CAY, ABACO, BAHAMAS
FAX: 242-365-8623

COUNTY OF VOLUSIA
ACCTS. RECEIVABLE SECTION
123 W. INDIANA AVE.
DELAND, FL 32720-4602
FAX: 386-822-5042

DAYTONA BEACH INT'L AIRPORT
C/O COUNTY OF VOLUSIA
ATTN: FINANCE DEPT.
700 CATALINA DRIVE, SUITE 300
DAYTONA BEACH, FL 32114
FAX: 386-248-8038

DELAWARE SECRETARY OF STATE
401 FEDERAL ST # 3
DOVER, DE 19901-3639
FAX: 302-739-3812

DEPARTMENT OF CIVIL AVIATION
C/O THE TREASURY DEPARTMENT
P.O. BOX N-7524
NASSAU, N.P., THE BAHAMAS
FAX: 242-326-3592

EARCO ELITE
BOX 25159
GOVERNORS HARBOUR INT'L AIRPOR
ELEUTHERA, BAHAMAS
FAX: 242-332-3245

ENVIRONMENTAL PROTECTION AGENCY
REGION 3
1650 ARCH STREET
PHILADELPHIA, PA 19103-2029
FAX: 215-814-3005

ENVIRONMENTAL PROTECTION AGENCY
REGION 5
77 WEST JACKSON BLVD.
CHICAGO, IL 60604-3507
FAX: 312-353-4135

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866
FAX: 212-637-3526

ESCAMBIA COUNTY TAX COLLECTOR
213 PALAFOX PLACE, 1ST FLOOR
PENSACOLA, FL 32502
FAX: 850-434-2733

FEDERAL AVIATION ADMINISTRATION
ATTN TOM BROWN OR PAMELA PAK
ACCOUNTING OPERATIONS DIVISION, ABA-215
800 INDEPENDENCE AVE., SW
WASHINGTON, DC 20591
FAX: 202-267-3324

FLIGHT SAFETY INTERNATIONAL
ATTN TERRY HIBLER
MARINE AIR TERMINAL
LAGUARDIA AIRPORT
FLUSHING, NY 11371-1061
FAX: 718-565-4134

FLORIDA DEPARTMENT OF REVENUE
C/O AGENCY CLERK
501 S. CALHOUN ST
RM 201 CARLTON BLDG
TALLAHASSEE, FL 32399
FAX: 850-488-9482

FLORIDA DEPARTMENT OF REVENUE
PO BOX 6668
TALLAHASSEE, FL 32314-6668
FAX: 850-488-9482

GALAXY AVIATION
3800 SOUTHERN BOULEVARD
WEST PALM BEACH, FL 33406
FAX: 561-689-1849

GLOBAL AEROSPACE, INC.
ONE SYLVAN WAY
PARSIPPANY, NJ 07054
FAX: 973-490-5600

GREATER ORLANDO AVIATION AUTH.
P.O. BOX 864634
ORLANDO, FL 32886-4634
FAX: 407-825-2259

GREATER ORLANDO AVIATION AUTH.
P.O. BOX 917082
ORLANDO, FL 32891-7082
FAX: 407-825-2259

GREENBRIER COUNTY TAX OFFICE
200 COURT STREET NORTH
LEWISBURG, WV 24901
FAX: 304-647-5429

GULFSTREAM FUNDING II, LLC
C/O TAGLICH BROTHERS, INC. AS AGENT,
275 MADISON AVENUE
SUITE 1618
NEW YORK, NY 10016
FAX: 212-661-6824

HILLSBOROUGH COUNTY AVIATION A
P. O. BOX 22287
TAMPA, FL 33622
FAX: 813-875-6670

HILLSBOROUGH COUNTY TAX COLLECTOR
601 E. KENNEDY BLVD, 14TH FLR
TAMPA, FL 33602-4931
FAX: 813-612-6709

INTERNAL REVENUE SERVICE
290 BROADWAY
NEW YORK, NY 10007
FAX: 212-436-1900

INTERNAL REVENUE SERVICE
ATTN SPECIAL PROCEDURES – INSOLVENCY
7850 SW 6TH CT
PLANTATION, FL 33324
FAX: 954-423-7809

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY UNIT
7850 SW 6TH CT
PLANTATION, FL 33324
FAX: 954-423-7785

JAMESTOWN AVIATION COMPANY
3163 AIRPORT DRIVE -BOX 5
JAMESTOWN, NY 14701
FAX: 716-665-4512

JIM ROKAKIS CUYAHOGA COUNTY TREASURER
1219 ONTARIO STREET
CLEVELAND, OH 44113
FAX: 216-443-7463

JP MORGAN CHASE
ATTN: BOB SPREEN
P.O. BOX 659754
SAN ANTONIO, TX 78265-9754
FAX: 713-216-5965

KNIGHT, HARRY F.
TAX COLLECTOR, MONROE COUNTY
P. O. BOX 1129
1200 TRUMAN AVENUE, SUITE 101
KEY WEST, FL 33041-1129
FAX: 305- 29-5 50

LEON COUNTY TAX COLLECTOR
DORIS MALOY
P.O. BOX 1835
TALLAHASSEE, FL 32302-1835
FAX: 850- 41-0 25

MCKEAN COUNTY ASSESSMENT OFFICE
500 W. MAIN STREET
SMETHPORT, PA 16749
FAX: 814-887-2242

MILLION AIR TALLAHASSEE
3254 CAPITAL CIRCLE, SW
TALLAHASSEE, FL 32310
FAX: 850-576-8473

MINISTRY OF FOREIGN AFFAIRS
GOODMANS BAY CORPORATE CENTER
WEST BAY ST.
P. O. BOX N 3746
NASSAU, BAHAMAS
FAX: 242-328-8212

MINISTRY OF LABOR IMMIGRATION & TRAINING
POST OFFICE BUILDING
EAST HILL ST
P O BOX N 3008
NASSAU, BAHAMAS
FAX: 242-325-1920

MINISTRY OF TRADE AND INDUSTRY
MANX/DOCKENDALE CENTRE
P. O. BOX N 4849
NASSAU, BAHAMAS
FAX: 242-328-1324


MINISTRY OF WORKS
JOHN F. KENNEDY DRIVE
P. O. BOX N-8156
NASSAU, BAHAMAS
FAX: 242-326-7344


MONROE COUNTY FLORIDA
DANISE D. HENRIQUEZ,C.F.C.
TAX COLLECTOR
KEY WEST, FL 33041-1129
FAX: 305-295-5021


NASSAU AIRPORT DEVELOPMENT CO.
P.O. BOX AP 59229
NASSAU, BAHAMAS
FAX: 242-377-1329


NASSAU AIRPORT DEVELOPMENT CO. LTD.
PAULA RIGBY
NASSAU, BAHAMAS
FAX: 242-377-1329


NATIONAL INSURANCE BOARD
GERARD ELLIOTT
P.O. BOX N-7508
JUMBEY VILLAGE, BAILLOU HILL ROAD
NASSAU, BAHAMAS
FAX: 242-322-3048


NATIONAL INSURANCE BOARD OF BAHAMAS
CLIFFORD DARLING COMPLEX
PO BOX N-7508, JUMBEY VILLAGE
BAILLOU HILL ROAD
NASSAU, BAHAMAS
FAX: 242-322-3048


NY STATE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341
FAX: 212-416-8942


NYS DEPT. OF TAXATION AND FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
P.O. BOX 5300
ALBANY, NY 12205-0300
FAX: 518-457-0617


NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201
FAX: 518-457-8215


ODYSSEY AVIATION
P.O. BOX AP-59248
NASSAU, BAHAMAS
FAX: 242-362-0006


OFFICE OF THE ATTORNEY GENERAL
ATTN: CLAIRE HEPBURN
7TH FLOOR POST OFFICE BUILDING
EAST HILL STREET N-3007
NASSAU, N.P., THE BAHAMAS
FAX: 242-322-2255


OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL PL-01
TALLAHASSEE, FL 32399-1050
FAX: 850-410-1630


OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVE
ROOM 1204
MIAMI, FL 33130
FAX: 305-536-7360

OFFICE OF THE US ATTORNEY
ATTN THE HONORABLE WIFREDO A. FERRER
99 NE 4TH ST
MIAMI, FL 33132
FAX: 305-530-7139

ORANGE COUNTY TAX COLLECTOR
SUNTRUST CENTER
200 SOUTH ORANGE AVENUE
SUITE 1500
ORLANDO, FL 32801
FAX: 407-836-2730

PACIFIC INDEMNITY COMPANY
348 WEST O'BRIEN DRIVE
AGUANA, GUAM 96910-5046
FAX: 671-477-6290

PALM BEACH COUNTY
DEPT. OF AIRPORTS
846 PALM BEACH INT'L AIRPORT
WEST PALM BEACH, FL 33406-1470
FAX: 561-471-7427

PALM BEACH COUNTY TAX COLLECTOR
P.O BOX 3715
301 N OLIVE AVE., 3RD FLOOR
WEST PALM BEACH, FL 33402-3715
FAX: 561-355-4123

PENSACOLA GULF COAST REGIONAL AIRPORT
2430 AIRPORT BLVD., SUITE 225
PENSACOLA, FL 32504-8964
FAX: 850-436-5006

RAYTHEON AIRCRAFT CREDIT CORP
C/O BINGHAM MCCUTCHEN LLP
ATTN PETER D SCHELLIE, ESQ
2020 K ST NW
WASHINGTON, DC 20006-1806
FAX: 202-373-6390

RAYTHEON AIRCRAFT CREDIT CORP.
ATTN JOHN A KURZ
101 SOUTH WEBB ROAD, SUITE 300
WICHITA, KS 67207
FAX: 316-676-6976

ROGERS, MORRIS & ZIEGLER LLP
ATTN MARK F. BOOTH, ESQ.
VICTORIA PARK CENTRE SUITE 300
1401 E. BROWARD BLVD
FORT LAUDERDALE, FL 33301
FAX: 954-763-2692

SAH-VUL STRATEGIC PARTNERS I LLC
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
ATTN: S. BAENA, M. KRAMER
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI, FL 33131-3456
FAX: 305-374-7593

SECRETARY OF STATE
KURT S. BROWNING
RA GRAY BLDG
500 S. BRONOUGH
TALLAHASSEE, FL 32399-0250
FAX: 850-245-6125

SECURITIES & EXCHANGE COMMISSION
ATTN SUSAN R. SHERRILL-BEARD, ESQ.
3475 LENOZ RD NE, STE 100
ATLANTA, GA 30326-1232
FAX: 404-842-5755

SECURITIES EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK, NY 10281-1022
FAX: 212-336-1325

SHELTER ISLAND OPPORTUNITY FUND LLC
GREENBERG TRAURIG LLP
ATTN: PAUL J. KEENAN, JR
333 AVENUE OF THE AMERICAS
SUITE 4400
MIAMI, FL 33131-3238
FAX: 305-579-0717

STARR AVIATION
3353 PEACHTREE ROAD N.E. SUITE 1000
ATLANTA, GA 30326
FAX: 404-946-1495

STEARNS WEAVER MILLER WEISSLER ALHADEFF
ATTN ERIC GABRIELLE
NEW RIVER CENTER, STE 2100
200 EAST LAS OLAS BLVD.
FT. LAUDERDALE, FL 33301
FAX: 954-462-9567

THE BAHAMAS' MINISTRY OF TOURISM
GEORGE STREET
P.O. BOX N-3701
NASSAU, BAHAMAS
FAX: 242-302-2098

THE GARDEN CITY GROUP INC
BRIAN KARPUK
190 SOUTH LASALLE ST
CHICAGO, IL 60603
FAX: 312-499-6999

THE GARDEN CITY GROUP INC
JESSICA WASSERSTROM
105 MAXESS ROAD
MELVILLE, NY 11747
FAX: 631-498-0965

THE HARTFORD
BENEFIT MANAGEMENT SVC.
ATLANTA DISABILITY CLAIM OFFICE
P.O. BOX 14301
LEXINGTON, KY 40512-4301
FAX: 866-411-5613

THE HARTFORD
BENEFIT MANAGEMENT SVC.
MAITLAND CLAIM OFFICE
P.O. BOX 946790
MAITLAND, FL 32794-6790
FAX: 866-344-9747

THE SECURITIES COMMISSION OF THE BAHAMAS
3RD FLOOR, CHARLOTTE HOUSE
SHIRLEY & CHARLOTTE STS.
P.O. BOX N-8347
NASSAU, BAHAMAS
FAX: 242-356-7530

TREASURER CITY OF CLEVELAND
DIVISION OF TREASURY
601 LAKESIDE AVE., ROOM 115
CLEVELAND, OH 44114
FAX: 216-664-2247

U. S. CUSTOMS & BORDER PROTECTION
ATTN: USER FEE TEAM
REVENUE DIVISION
6650 TELECOM DRIVE, SUITE 100
INDIANAPOLIS, IN 46278
FAX: 317-298-1258

U. S. CUSTOMS & BORDER PROTECTION
REVENUE DIVISION
ATTN: USER FEE TEAM
6650 TELECOM DRIVE, SUITE 100
INDIANAPOLIS, IN 46278
FAX: 317-298-1258

UNEMPLOYMENT OFFICE - PA
2901 GRANT AVENUE
PHILADELPHIA, PA 19114-1069
FAX: 215-560-6981

UNITED STATES ATTORNEY
500 S AUSTRALIAN AVE.
STE 400
WEST PALM BEACH, FL 33401
FAX: 561-820-8777

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
ATTN: PREET BHARARA, USA
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
FAX: 212-637-2685

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF OHIO
ATTN:  CARTER M. STEWART, USA
303 MARCONI BOULEVARD, SUITE 200
COLUMBUS, OH 43215
FAX: 614-469-2200

US ATTORNEY - WV
TIMOTHY J. HEAPHY
310 FIRST STREET, S.W. ROOM 906
ROANOKE, VA 24011,
FAX: 540-857-2614

VENANGO COUNTY TREASURER
2ND FLOOR, COURTHOUSE ANNEX
1174 ELK STREET, P.O. BOX 708
FRANKLIN, PA 16323
FAX: 814-432-9522

VICTORY PARK CAPITAL ADVISORS, LLC
AKERMAN SENTERFITT
MICHAEL I. GOLDBERG, ESQ.,
350 E. LAS OLAS BOULEVARD
SUITE 1600
FORT LAUDERDALE, FL 33301
FAX: 954-463-2224

VICTORY PARK CAPITAL ADVISORS, LLC
CHARLES ASFOUR
227 W MONROE, SUITE 3900
CHICAGO, IL 60606
FAX: 312-701-0794

WHITE CROWN AVIATION
ATTN MITCHELL UNDERW
PO BOX EL27612
SPANISH WELLS, BAHAMAS
FAX: 242-335-1653

WHITE CROWN AVIATION
P.O. BOX EL27612
SPANISH WELLS, BAHAMAS
FAX: 242-335-1653

WOOD COUNTY AIRPORT AUTHORITY
P.O.BOX 4089
PARKERSBURG, WV 26104-4089
FAX: 304-464-5112

XL SPECIALTY INS. CO.
100 CONSTITUTION PLAZA, 17TH FLOOR
HARTFORD, CT 06103
FAX: 860-246-1921

ZURICH NA
1400 AMERICAN LANE
SCHAUMBURG, IL 60196
FAX: 877-962-2567

# EXHIBIT C

INTERNAL REVENUE SERVICE
600 ARCH ST.
PHILADELPHIA, PA 19106

INTERNAL REVENUE SERVICE
ATTN  INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA, PA 19114

SECURITIES & EXCHANGE COMMISSION
ERIC BUSTILLO
REGIONAL DIRECTOR
801 BRICKELL AVE., STE 1800
MIAMI, FL 33131

SECURITIES EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK, NY 10281-1022

# EXHIBIT D

CONTINENTAL AIRLINES
1600 SMITH STREET
HOUSTON, TX 77002

# EXHIBIT E

BRADFORD REGIONAL AIRPORT AUTHORITY
212 AIRPORT ROAD, SUITE E
LEWIS RUN, PA 16738

# EXHIBIT F

ALLIANZ INSURANCE COMPANY
1 LIBERTY PLZ.
NEW YORK, NY 10006

HARTFORD FIRE INSURANCE CO.
690 ASYLUM AVENUE
HARTFORD, CT 06115

NATIONAL UNION FIRE INSURANCE CO
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

TRAVELERS INDEMNITY COMPANY
1 TOWER SQUARE
HARTFORD, CT 06183-0001

TRAVELERS PROPERTY&CASUALTY COMPANY
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008

# EXHIBIT G

GREAT NORTHERN INSURANCE COMPANY
3614 W. 26TH ST
CHICAGO, IL 60623

# EXHIBIT H

ABACO FLIGHT SERVICES
ATTN: ANDREW KELLY
MARSH HARBOUR INT'L AIRPORT
P.O. BOX AB 20492
MARSH HARBOUR, ABACO BAHAMAS

AERO ASSOCIATES
ATTN: RICHARD LEDSON
TALLAHASSEE REGIONAL AIRPORT
3226 CAPITAL CIRCLE S.W.
TALLAHASSEE, FL 32310

AEROSPACE SPECIALITIES, INC
ATTN: BILL YOAK
P.O. BOX 128
GREENBRIER VALLEY AIRPORT HGR 3
MAXWELTON, WV 24957

AIRPORT COURIER
P.O. BOX 591076
SAN ANTONIO, TX 78259

BIG SKY AVIATION
ATTN: PEDRO BERMUDEZ
405 NORTH MILITARY TRAIL
WEST PALM BEACH, FL 33415-2121

CHAUTAUQUA AIRCRAFT SALES, INC.
ATTN: SUE KEHRLI
240 VALLEY ROAD
SOUTH BURLINGTON, VT 05403

COMMUTAIR
ATTN: ROBERT RADAWIEC
240 VALLEY ROAD
SOUTH BURLINGTON, VT 05403

HELIWORKS - PNS
ATTN: BILL SMATHERS
2400 AIRPORT BLVD
PENSACOLA, FL 32504

HILLTOP AVIATION
ATTN: LEE COLE OR HAZEN
8343 ROUTE 59
LEWIS RUN, PA 16738

ISLAND CITY FLYING SERVICES
ATTN: RON KITTER
3471 S. ROOSEVELT BLVD.
KEY WEST, FL 33040

JAMESTOWN AVIATION COMPANY, LLC
ATTN: JOHN VANHORN
3163 AIRPORT DRIVE -BOX 5
JAMESTOWN, NY 14701

MIDNIGHT AIR CORP
DEPT 8255
LOS ANGELES, CA 90084-8255

MORRISON ENTERPRISES
ATTN: BILL MORRISON
82 KIMES RD
CARLTON, PA 16311

UNITED PARCEL SERVICE
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UPS SUPPLY CHAIN SOLUTIONS
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

# EXHIBIT I

AIRTRAN
9955 AIRTRAN BLVD
ORLANDO, FL 32827

ALASKA AIR
19521 INTERNATIONAL BLVD
SEATTLE, WA 98188

ALASKA AIRLINES
P. O. BOX 68900
SEATTLE, WA 98168-0900

AMERICAN AIRLINES
P.O. BOX 619616
MD HDQ DFW AIRPORT
DALLAS, TX 75261-9616

AVIANCA AIRLINES
DEPARTMENTO CUENTAS POR RECIBIR
CENTR9 ADMINISTRATIVO
AVENIDA EDORADO NO 93-30 BOGOTO DE

CAPE AIR
660 BARNSTABLE ROAD
HYANNIS, MA 02601

COLGAN AIR
10677 AVIATION LANE
MANASSAS, VA 20110

COMMUT AIR
240 VALLEY ROAD
SOUTH BURLINGTON, VT 05403

FEDERAL EXPRESS
P.O. BOX 660481
DALLAS, TX 75266-0481

FRONTIER
7100 TOWER ROAD
DENVER, CO 80249

JET BLUE
CREW TRAVEL CENTER
6322 SOUTH 3000 EAST
SALT LAKE CITY, UT 84121

MARTINAIR
8750 NW 36TH STREET
SUITE 300
DORAL, FL 33178

MARTINAIR HOLLAND
P.O. BOX 7507
118 ZG SCHIPHOL AIRPORT
THE NETHERLANDS

SKY WEST
444 SOUTH RIVER ROAD
ST. GEORGE, UT 84790, UT 84790

SOUTH AFRICAN AIRWAYS
515 EAST LAS OLAS BLVD
FORT LAUDERDALE, FL 33301

SOUTHWEST
P.O.BOX 36611
2702 LOVE FIELD DRIVE
DALLAS, TX 75235-1611

SPIRIT AIRLINES
2800 EXECUTIVE WAY
MIRAMAR, FL 33025

U S AIRWAYS
5630 UNIVERSITY PARKWAY
WINSTON-SALEM, NC 27105

UNITED AIRLINES
P.O. BOX 66100
CHICAGO, IL 60666

UNITED EXPRESS (GREAT LAKES)
1022 AIRPORT PARKWAY
CHEYENNE, WY 82001

US AIR
4000 EAST SKY HARBOR BLVD.
PHOENIX, AZ 85034

VIRGIN AMERICA
555 AIRPORT BLVD
UNITE 450
BURLINGAME, CA 94010

VIRGIN AMERICA
P.O. BOX 4271
BURLINGAME, CA 94010

VIRGIN ATLANTIC
75 NORTH WATER STREET
NORWALK, CT 06854

VIRGIN ATLANTIC AIRWAYS
CRAWLEY BUSINESS QUARTER
MANOR ROYAL, CRAWLEY, WEST SUSSEX
RH10 2NU UNITED KINGDOM

# EXHIBIT J

GREENBRIER VALLEY AIRPORT
P.O. BOX 329
LEWISBURG, WV 24901

STRACHAN'S AVIATION SERVICES
EXUMA INTERNATIONAL AIRPORT
P.O. BOX EX29021
EXUMA, BAHAMAS

# EXHIBIT K

AIRLINE SERVICE INT'L, INC.
P.O. BOX 2278
CAROL STREAM, IL 60132-2278

DEFENSE FINANCE & ACCOUNTING SVC. COLUMB
ATTN: DFAS-ATOCC/CO FUEL
P.O. BOX 182204
COLUMBUS, OH 43218-2204

GREENBRIER VALLEY AIRPORT
P.O. BOX 329
LEWISBURG, WV 24901

INLAND CITY FLYING
3471 S. ROOSEVELT BLVD.
KEY WEST, FL 33040

LEWIS KEY
C/O ZIG ZAG  AIRWAYS, LTD.
P.O. BOX 422
MARSH HARBOUR, BAHAMAS

# EXHIBIT L

BRADFORD REGIONAL AIRPORT AUTHORITY
212 AIRPORT ROAD, SUITE E
LEWIS RUN PA 16738

TRIUMPH INSTRUMENTS & AVIONICS
JDC COMPANY
PO BOX 641868
PITTSBURGH PA 15264-1868

# EXHIBIT M

AIRCRAFT SERVICE INT'L, INC.
ATTN YVONNE HALL
PO BOX 2278
CAROL STREAM, IL 60132-2278
email: yvonne.hall@asig.com

AIRLINE TRANSPORT PROFESSIONALS
ATTN JUSTIN DENNIS
1555 THE GREENS WAY
JACKSONVILLE BEACH, FL 32250
email: justin@allatps.com

ARNOLDO NETTO
15 DAVIS ROAD #B7
ACTION, MA 01720
email: vichiett@hotmail.com

ASHLEY DAVIS-LASLEY
6331 MOCKINGBIRD LANE
MIDLOTHIAN, VA 23112
email: aed278@email.vccs.edu

BENJAMIN ALLEN
821 IRON RAIL CT.
WOODBINE, MD 21797
email: jeepmaster821@hotmail.com

BEST COMMISSION
MINISTRY OF THE ENVIROMENT
DOCKENDALE HOUSE, 2ND FLOOR
WEST BAY STREET, PO BOX N 7132
NASSAU, BAHAMAS
email: bestnbs@gmail.com

BROWARD COUNTY AVIATION DEPT
ATTN ALDA SMITH
100 AVIATION BLVD
FT. LAUDERDALE, FL 33315
email: aismith@broward.org

BRYAN CAVE LLP
ATTN DONALD FIGLIULO
PO BOX  503089
ST. LOUIS, MO 63150-3089
email: don.figliulo@bryancave.com

CAMERON MARTIN
35 OAKWOOD DRIVE
GRANBY, CT 06035-2820
email: ctsuites@yahoo.com

CIGNA
ATTN JENNIFER GREENBERG
CGLIC-CHATTANOOGA EASC
5089 COLLECTION CENTER DR
CHICAGO, IL 60693-0050
email: jennifer.greenberg@cigna.com

CITY OF HOLLYWOOD
2600 HOLLYWOOD BOULEVARD
HOLLYWOOD, FL 33020-4807
email: MAYOR-COMMISSIONERS@HOLLYWOODFL.ORG

CONTINENTAL AIRLINES,
ATTN KIM REPETOWSKI
PO BOX 0201970
HOUSTON, TX 77216-1970
email: krepet@coair.com

ELIZABETH FIGUEROA
621 NE 28TH STREET
APT. 3
FORT LAUDERDALE, FL 33334
email: lizcruiser@yahoo.com

ENVIRONMENTAL PROTECTION AGENCY
ATTN  SCOTT FULTON
ARIEL RIOS BLDG, RM 4000, MAIL 2310A
1200 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20460
email: fulton.scott@epa.gov

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866
email: schaaf.eric@epa.gov

EYW HOLDINGS INC.
ATTN THOMAS P COOPER
3201 GRIFFIN ROAD
4TH FLOOR
FORT LAUDERDALE, FL 33312
email: tpcooper@gulfstreamair.com

FEDERAL AVIATION ADMINISTRATION
ATTN TOM BROWN OR PAMELA PAK
ACCOUNTING OPERATIONS DIVISION, ABA-215
800 INDEPENDENCE AVE., SW
WASHINGTON, DC 20591
email: tom.brown@faa.gov, tsa-fees@dhs.gov

FLIGHT SAFETY INTERNATIONAL
ATTN TERRY HIBLER
MARINE AIR TERMINAL
LAGUARDIA AIRPORT
FLUSHING, NY 11371-1061
email: terry.hibler@flightsafety.com

JEAN PAUL MUMFORD
5901 OLD HICKORY BLVD. APT. 207
HERMITAGE, TN 37076
email: jpvmumford@hotmail.com

JEFFREY MAYS
485 HILLSDALE DRIVE
FAYETTEVILLE, GA 30214
email: dmays0315@bellsouth.net

JETSTREAM AVIATION CAPITAL, LLC
AND JETSTREAM AVIATION MANAGEMENT, LLC
ATTN STUART KLASKIN
2601 S BAYSHORE DR, STE 630
MIAMI, FL 33313
email: saklaskin@jetstreamintl.com

JONATHAN MORALES
17170 SW 36 CT.
MIRAMAR, FL 33027
email: delta1926@hotmail.com

JONES DAY
ATTN ANDREW B STEINBERG
51 LOUISANA AVENUE, N.W.
WASHINGTON, DC 20001-2113
email: absteinberg@jonesday.com

JUAN RAMIREZ
19935 DARLA COURT
SANTA CLARITA, CA 91350
email: juan_david009@hotmail.com

MARK OTTOSEN
PO BOX 7312
FORT LAUDERDALE, FL 33338
email: mark@aeroservice.com

MEET PATEL
28 LYNN DRIVE
CLIFTON, NJ 07013
email: meetpatel21@hotmail.com

MESA AIR GROUP, INC.
ATTN JENNIFER EFFIANDT
410 NO. 44TH STREET
SUITE 700
PHOENIX, AZ 85008
email: jennifer.efflandt@mesa-air.com

MINISTRY OF CONSUMER, WELFARE & AVIATION
DEPT OF ENVIRONMENTAL HEALTH SERVICES
P.O. BOX SS-19048
NASSAU, BAHAMAS
email: DCOOPER@DEHS.BS

MINISTRY OF FINANCE
CECIL WALLACE-WHITFIELD BLDG.
CABLE BEACH
P. O. BOX N3017
NASSAU, BAHAMAS
email: SERVICES@BAHAMAS.GOV.BS

MINISTRY OF WORKS
JOHN F. KENNEDY DRIVE
P. O. BOX N-8156
NASSAU, BAHAMAS
email: PUBLICWORKS@BAHAMAS.GOV.BS

MONICA NOWOS
1401 MERRRILL CREEK PARKWAY, APT. 4036
EVERETTE, WA 98203
email: monicanowos@hotmail.com

NASSAU AIRPORT DEVELOPMENT CO. LTD.
PAULA RIGBY
NASSAU, BAHAMAS
email: PAULA.RIGBY@NAS.BS

NY STATE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341
email: ServeAG@ag.ny.gov

NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201
email: nysdol@labor.ny.gov

OFFICE OF THE FOREIGN ASSETS CONTROL
U.S. DEPARTMENT OF TREASURY
TREASURY ANNEX
1500 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20220
email: OFAC_FEEDBACK@DO.TREAS.GOV

OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVE
ROOM 1204
MIAMI, FL 33130
email: USTPRegion21.MM.ECF@usdoj.gov

OFFICE OF THE US ATTORNEY
ATTN THE HONORABLE WIFREDO A. FERRER
99 NE 4TH ST
MIAMI, FL 33132
email: grisel.alonso@usdoj.gov

PIONEER CREDIT RECOVERY (PAST DUE TSA)
ATTN LORI MARTIN
PO BOX 70956
CHARLOTTE, NC 28272-0956
email: pca@pioneer-credit.com

PRATT & WHITNEY CANADA CORP.
ATTN BILLES VIVIER
PO BOX 730011
DALLAS, TX 75373
email: maria.bigras@pwc.ca, james.tempel@pwc.ca

PRATT & WHITNEY ENGINE SERVICES, INC.
ATTN THOMAS RHINE
PO BOX 360727
PITTSBURGH, PA 15251-6727
email: gilles.vivier@pwc.ca

RAYTHEON AIRCRAFT CREDIT CORP
C/O BINGHAM MCCUTCHEN LLP
ATTN PETER D SCHELLIE, ESQ
2020 K ST NW
WASHINGTON, DC 20006-1806
email: peter.schellie@bingham.com

ROBERT J PATERNO
ATTORNEY AT LAW
7330 SW 116TH STREET
MIAMI, FL 33156
email: rpaterno@paternolaw.com

SAH-VUL STRATEGIC PARTNERS I LLC
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
ATTN: S. BAENA, M. KRAMER
1450 BRICKELL AVENUE
23RD FLOOR
MIAMI, FL 33131-3456
email: SBAENA@BILZIN.COM, MKRAMER@BILZIN.COM

SECRETARY OF STATE
KURT S. BROWNING
RA GRAY BLDG
500 S. BRONOUGH
TALLAHASSEE, FL 32399-0250
email: secretaryofstate@dos.state.fl.us

SECURITIES & EXCHANGE COMMISSION
ERIC BUSTILLO
REGIONAL DIRECTOR
801 BRICKELL AVE., STE 1800
MIAMI, FL 33131
email: miami@sec.gov

SECURITIES EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK, NY 10281-1022
email: newyork@sec.gov

SHELTER ISLAND OPPORTUNITY FUND LLC
GREENBERG TRAURIG LLP
ATTN: PAUL J. KEENAN, JR
333 AVENUE OF THE AMERICAS
SUITE 4400
MIAMI, FL 33131-3238
email: KEENANP@GTLAW.COM

SIDDARTHA BRAVO
10527 56TH STREET
MIRA LOMA, CA 91752
email: uss_bravo@hotmail.com

STEARNS WEAVER MILLER WEISSLER ALHADEFF
ATTN ERIC GABRIELLE
NEW RIVER CENTER, STE 2100
200 EAST LAS OLAS BLVD.
FT. LAUDERDALE, FL 33301
email: egabrielle@swmwas.com

THE BAHAMAS' MINISTRY OF TOURISM
GEORGE STREET
P.O. BOX N-3701
NASSAU, BAHAMAS
email: TOURISM@BAHAMAS.COM

THE GARDEN CITY GROUP INC
BRIAN KARPUK
190 SOUTH LASALLE ST
CHICAGO, IL 60603
email: giateam@gardencitygroup.com

THE GARDEN CITY GROUP INC
JESSICA WASSERSTROM
105 MAXESS ROAD
MELVILLE, NY 11747
email: jessica.wasserstrom@gardencitygroup.com

THE SECURITIES COMMISSION OF THE BAHAMAS
3RD FLOOR, CHARLOTTE HOUSE
SHIRLEY & CHARLOTTE STS.
P.O. BOX N-8347
NASSAU, BAHAMAS
email: INFO@SCB.GOV.BS

UNEMPLOYMENT OFFICE - WV
P.O. BOX 2753
CHARLESTON, WV 25330-2753
email: UCTAXUNIT@WV.GOV

US DEPARTMENT OF JUSTICE
ATTN  TONY WEST, ASST ATTORNEY GENERAL
CIVIL DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001
email: AskDOJ@usdoj.gov

US DEPARTMENT OF JUSTICE
ATTN ERIC H HOLDER JR, ESQ
US ATTORNEY GENERAL
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530
email: AskDOJ@usdoj.gov

VICTORY PARK CAPITAL ADVISORS, LLC
AKERMAN SENTERFITT
MICHAEL I. GOLDBERG, ESQ.,
350 E. LAS OLAS BOULEVARD
SUITE 1600
FORT LAUDERDALE, FL 33301
email: MICHAEL.GOLDBERG@AKERMAN.COM

VICTORY PARK CAPITAL ADVISORS, LLC
CHARLES ASFOUR
227 W MONROE, SUITE 3900
CHICAGO, IL 60606
email: CASFOUR@VPCADVISORS.COM

# EXHIBIT N

AGENCY FOR WORKFORCE INNOVATION
107 E. MADISON STREET
CALDWELL BLDG
TALLAHASSEE, FL 32399

AIRCRAFT SERVICE INT'L, INC.
ATTN YVONNE HALL
PO BOX 2278
CAROL STREAM, IL 60132-2278

AIRLINE TRANSPORT PROFESSIONALS
ATTN JUSTIN DENNIS
1555 THE GREENS WAY
JACKSONVILLE BEACH, FL 32250

ARNOLDO NETTO
15 DAVIS ROAD #B7
ACTION, MA 01720

ASHLEY DAVIS-LASLEY
6331 MOCKINGBIRD LANE
MIDLOTHIAN, VA 23112

ASHLEY SULLIVAN
15405 NW 7TH AVE
MIAMI, FL 33169

ATLANTIC TURBINES
ATTN ROXANNE DELANEY
SUMMERSIDE PE C1N 4P6, CANADA

AUERBACH FAMILY TRUST
ATTN: LARRY AUERBACH, TRUSTEE
1040 COVE WAY
BEVERLY HILLS, CA 90210

BAHAMA INVESTMENTS FAMILY
ATTN RALPH ECKLER
190 SYKES LOOP DRIVE
MERRITT ISLAND, FL 32953

BAHAMAS CUSTOMS ELH
C/O PUBLIC TREASURY
ELEUTHERA, BAHAMAS

BAHAMAS CUSTOMS FPO
C/O PUBLIC TREASURY
FREEPORT, BAHAMAS

BAHAMAS CUSTOMS MHH
C/O PUBLIC TREASURY
MARSH HARBOUR, ABACO, BAHAMAS

BAHAMAS CUSTOMS TCB
C/O PUBLIC TREASURY
TREASURE CAY, BAHAMAS

BAHAMAS CUSTOMS-ASD
C/O PUBLIC TREASURY
ANDROS, BAHAMAS

BAHAMAS CUSTOMS-BIM
C/O PUBLIC TREASURY
BIMINI, BAHAMAS

BAHAMAS CUSTOMS-GGT
C/O PUBLIC TREASURY
GEORGETOWN, EXUMA, BAHAMAS

BAHAMAS CUSTOMS-GHB
GOVERNOR'S HARBOUR
ELEUTHERA, BAHAMAS

BAHAMAS CUSTOM-TBI
C/O PUBLIC TREASURY
CAT ISLAND, BAHAMAS

BAHAMAS ELECTRIC
BAHAMAS ELECTRICITY CORPORATION
PO BOX-N7509
NASSAU, BAHAMAS

BAHAMAS IMMIGRATION
C/O PUBLIC TREASURY
NASSAU, BAHAMAS

BAHAMAS IMMIGRATION ELH
C/O PUBLIC TREASURY
ELEUTHERA, BAHAMAS

BAHAMAS IMMIGRATION MHH
C/O PUBLIC TREASURY
MARSH HARBOUR, ABACO BAHAMAS

BAHAMAS IMMIGRATION NAS
C/O PUBLIC TREASURY
NASSAU, BAHAMAS

BAHAMAS IMMIGRATION TCB
C/O PUBLIC TREASURY
TREASURE CAY, BAHAMAS

BAHAMAS IMMIGRATION-BIM
C/O PUBLIC TREASURY
BIMINI, BAHAMAS

BAHAMAS IMMIGRATION-GGT
C/O PUBLIC TREASURY
GEORGETOWN, EXUMA, BAHAMAS

BAHAMAS IMMIGRATION-GHB
C/O PUBLIC TREASURY
GOVERNORS HARBOR, ELEUTHERA, BAHAMAS

BAHAMAS IMMIGRATIONS-ASD
C/O PUBLIC TREASURY
ANDROS, BAHAMAS

BAHAMAS OUT ISLAND PROMOTION BOARD
ATTN: STEPHEN KAPPELER
NOTELS CENTER
CABLE BEACH, BAHAMAS

BENJAMIN ALLEN
821 IRON RAIL CT.
WOODBINE, MD 21797

BEST COMMISSION
MINISTRY OF THE ENVIROMENT
DOCKENDALE HOUSE, 2ND FLOOR
WEST BAY STREET, PO BOX N 7132
NASSAU, BAHAMAS

BRIER, ANDREA LYNN R/O DCG&T
1364 UNION STREET, #B
SAN FRANCISCO, CA 94109

BROWARD COUNTY AVIATION DEPT
ATTN ALDA SMITH
100 AVIATION BLVD
FT. LAUDERDALE, FL 33315

BROWARD COUNTY ENVIRONMENTAL
OFFICE OF ENFIRONMENTAL SERV.
P.O. BOX 619002
POMPANO BEACH, FL 33061-9002

BROWARD COUNTY REVENUE COLLECTOR
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301-1818

BROWARD WATER CONSULTANTS INC.
DISTRIBUTOR OF RAINSOFT PROD.
1394 NE 48 STREET
POMPANO BEACH, FL 33064

BRYAN CAVE LLP
ATTN DONALD FIGLIULO
PO BOX  503089
ST. LOUIS, MO 63150-3089

BUREAU OF EMPLOYMENT PROGRAMS
112 CALIFORNIA AVE
BLDG 6 RM B749
CHARLESTON, WV 25305

BUSINESS LICENCE/VALUATION UNIT
FREDERICK HOUSE
FREDERICK ST.
NASSAU, BAHAMAS N 4849

CALIFORNIA FIRST LEASING CORP
180201 VON KARMAN AVEUNE
SUITE 800
IRVINE, CA 92612

CAMERON MARTIN
35 OAKWOOD DRIVE
GRANBY, CT 06035-2820

CHAUTAUQUA COUNTY DEPT. OF PROP TAX
GERACE OFFICE BUILDING
3 N. ERIE ST.
MAYVILLE, NY 14757

CIGNA
ATTN JENNIFER GREENBERG
CGLIC-CHATTANOOGA EASC
5089 COLLECTION CENTER DR
CHICAGO, IL 60693-0050

CITY OF ANNISTON
P. O. BOX 670
ANNISTON, AL 36202-0670

CITY OF ATLANTA
DEPARTMENT OF AVIATION
P.O. BOX 920500
ATLANTA, GA 30392

CITY OF HOLLYWOOD
2600 HOLLYWOOD BOULEVARD
HOLLYWOOD, FL 33020-4807

CITY OF MIAMI
444 SW 2ND AVENUE
ROOM 636-1
MIAMI, FL 33130

CLEARFIELD-JEFFERSON COUNTIES
REGIONAL AIRPORT AUTHORITY
377 AVIATION WAY
REYNOLDSVILLE, PA 15851

COLLIER COUNTY TAX COLLECTOR
COURTHOUSE COMPLEX - BUILDING
NAPLES, FL 34112-4997

COMMISSIONER OF TAXATION AND FINANCE
NYS TAX DEPARTMENT
P.O. BOX 1833
ALBANY, NY 12201-1833

COMMONWEALTH OF KENTUCKY
DEPARTMENT OF EMPLOYMENT SERVICES
275 EAST MAIN STREET
FRANFORT, KY 40621

CONTINENTAL AIRLINES,
ATTN KIM REPETOWSKI
PO BOX 0201970
HOUSTON, TX 77216-1970

CRAIG MACNAB
1860 SUMMERLAND AVE.
WINTER PARK, FL 32789

DEPARTMENT  OF CIVIL AVIATION
EXUMA INTERNATIONAL AIRPORT
SECURITY DEPARTMENT
GEORGETOWN, EXUMA, BAHAMAS

DEPARTMENT OF ENVIRONMENTAL PROTECTION
SOUTHEAST DISTRICT OFFICE
P. O. BOX 15425,
WEST PALM BEACH, FL 33416

DEPARTMENT OF LABOR AND INDUSTRY
7TH AND FORSTER STREETS
P.O. BOX 60130
HARRISBURG, PA 17106

DEPARTMENT OF LABOR STATE
OFFICE BUILDING CAMPUS
ROOM 500
ALBANY, NY 12240-0415

DEPARTMENT OF REVENUE
711 GIBSON BOULEVARD
HARRISBURG, PA 17104

DEPARTMENT OF SOCIAL SERVICES
CCU 5700 FLORIDA BLVD
14TH FLOOR
BATON ROUGE, LA 70806

DEPARTMENT OF TAX & REVENUE
TAXPAYER SERVICES DIVISION
P.O. DRAWER 3784
CHARLESTON, WV 25337-3784

DEPARTMENT OF TAXATION
P.O.BOX 530
COLUMBUS, OH 43216-0530

DEPARTMENT OF TAXATION AND
FINANCE TAXPAYER ASSISTANCE CENTER
W.A. HARRIMAN CAMPUS
ALBANY, NY 12227

DEPARTMENT OF THE TREASURY
U.S. CUSTOMS SERVICE
FINES, PENALTIES & FORFEITURE
P.O. BOX 52-2207
MIAMI, OH 33152-2207

DEPT OF BUSINESS & PROF REGUL
DIV. OF ALCOHOLIC BEVERAGES
AND TOBACCO
1940 NORTH MONROE STREET
TALLAHASSEE, FL 32399

DEPT OF JOB & FAMILY SERVICES
30 E. BROAD ST., 32ND FLOOR
COLUMBUS, OH 43266

DIRECTOR OF IMMIGRATION
IMMIGRATION DEPARTMENT
P.O. BOX N-831
HAWKINS HILL, NASSAU, BAHAMAS

ELIZABETH FIGUEROA
621 NE 28TH STREET
APT. 3
FORT LAUDERDALE, FL 33334

ENVIRONMENTAL PROTECTION AGENCY
ATTN  SCOTT FULTON
ARIEL RIOS BLDG RM 4000 MAIL 2310A
1200 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20460

ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

EYW HOLDINGS INC.
ATTN THOMAS P COOPER
3201 GRIFFIN ROAD
4TH FLOOR
FORT LAUDERDALE, FL 33312

FEDERAL AVIATION ADMINISTRATION
ATTN TOM BROWN OR PAMELA PAK
ACCT OPERATIONS DIVISION ABA-215
800 INDEPENDENCE AVE., SW
WASHINGTON, DC 20591

FLIGHT SAFETY INTERNATIONAL
ATTN TERRY HIBLER
MARINE AIR TERMINAL
LAGUARDIA AIRPORT
FLUSHING, NY 11371-1061

FLORIDA DEPARTMENT OF TREASURY
5050 WEST TENNESSEE ST
TALLAHASSEE, FL 32399-0100

FLORIDA UNEMPLOYMENT
COMPENSATION FUND
TALLAHASSEE, FL 32399-0212

GLENN RICHARD HICKS ROTH DCG & T
21 TANFIELD RD
TIBURON, CA 94920

GOVERNMENT INSURANCE FUND
DEPARTMENT  OF FINANCE
ST. THOMAS, USVI

GOV'T OF THE VIRGIN ISLANDS
DEPARTMENT OF CIVIL AVIATION
P.O. BOX 3013
ROAD TOWN, TORTOLA B.V.I.

GREGORY MCDANIEL SEP IRA
85 HOWES ROAD
MONTVILLE, ME 04941

GULFSTREAM FUNDING II, LLC
C/O DOUGLAS HAILEY ROBERT SCHROEDER
861 MAGGIES WAY
WATERBURY CENTER, VT 05677

GULFSTREAM INTERNATIONAL GROUP, INC
3201 GRIFFIN RD 4TH FL
FORT LAUDERDALE, FL 33312

HAWKER BEECHCRAFT CORP
ATTN SANDY HOLLINGSHEAD
PO BOX 102470
ATLANTA, GA 30368

HELIO MESTROVIC
4378 DOGWOOD CIRCLE
WESTON, FL 33331

IMMIGRATION DEPARTMENT
425 I STREET N.W.,
ROOM 6034
WASHINGTON, DC 20536

INTERNAL REVENUE SERVICE
1206 QUARRIER ST.
CHARLESTON, WV 25301

INTERNAL REVENUE SERVICE
200 N. HIGH ST.
COLUMBUS, OH 43215

INTERNAL REVENUE SERVICE
51 SW. 1ST. AVENUE- ROOM 700
MR. HERMAN HOOKER
MIAMI, FL 33130

INTERNAL REVENUE SERVICE
600 ARCH ST.
PHILADELPHIA, PA 19106

INTERNAL REVENUE SERVICE
ATTN HERMAN HOOKER
51 SW 1ST AVE RM 700
MIAMI, FL 33130

IRWIN UNION BANK AND TRUST CO
224 SOUTH 200 WEST
#100
SALT LAKE CITY, UT 84101

JACQUELINE PORTUONDO
7250 WEST LAGO DRIVE
MIAMI, FL 33143

JAMES TIAMPO MONEY PURCHASE PLAN
ATTN: JAMES J TIAMPO
435 MARTIN STREET
SUITE 3090
BLAINE, WA 98230

JEAN PAUL MUMFORD
5901 OLD HICKORY BLVD. APT. 207
HERMITAGE, TN 37076

JEFFERSON COUNTY TAX COLLECTOR
18 WESTERN AVE # J
BROOKVILLE, PA 15825

JEFFREY MAYS
485 HILLSDALE DRIVE
FAYETTEVILLE, GA 30214

JETSTREAM AVIATION CAPITAL, LLC
JETSTREAM AVIATION MANAGEMENT, LLC
ATTN STUART KLASKIN
2601 S BAYSHORE DR, STE 630
MIAMI, FL 33313

JIM BISHOP, JR.
ALACHUA COUNTY TAX COLLECTOR
12 SE 1ST STREET
GAINESVILLE, FL 32601-6882

JOHN F. CHAFIN
LEON COUNTY TAX COLLECTOR
P.O. BOX 1835
TALLAHASSEE, FL 32302-1835

JONATHAN MORALES
17170 SW 36 CT.
MIRAMAR, FL 33027

JONES DAY
ATTN ANDREW B STEINBERG
51 LOUISANA AVENUE, N.W.
WASHINGTON, DC 20001-2113

JUAN RAMIREZ
19935 DARLA COURT
SANTA CLARITA, CA 91350

JURGEN
VON SETE
99999

KENIN SPIVAK
702 NORTH HILLCREST ROAD
BEVERLY HILLS, CA 90210

KENTUCKY REVENUE CABINET
P.O. BOX 40602
FRANFORT, KY 40602

KNIGHT, HARRY F.
TAX COLLECTOR, MONROE COUNTY
P. O. BOX 1129
1200 TRUMAN AVENUE, SUITE 101
KEY WEST, FL 33041-1129

KURTZMAN, CHANA & ZVI KURTZMAN
CIPORA LAVUT
419 OAKMONT PL., N.W.
ATLANTA, GA 30327

LARRY AND BETTY MCNAMARA
111 BAYLOR DRIVE
OAK RIDGE, TN 37830

LEARY DUNN
1418 AVON LANE
NORTH LAUDERDALE, FL 33068

LEON COUNTY TAX COLLECTOR
DORIS MALOY
P.O. BOX 1835
TALLAHASSEE, FL 32302-1835

MACATHEL LP
ATTN: JAMES BOETTENER
946 PELTON DRIVE
MENLO PARK, CA 94025

MARGARET B. HEGLUND LIV. TRUST
ATTN: MARGARET B. HEGLUND, TRUSTEE
104 BROOKSBY VILLAGE DRIVE
#315
PEABODY, MA 01960

MARK OTTOSEN
PO BOX 7312
FORT LAUDERDALE, FL 33338

MEET PATEL
28 LYNN DRIVE
CLIFTON, NJ 07013

MESA AIR GROUP, INC.
ATTN JENNIFER EFFIANDT
410 NO. 44TH STREET
SUITE 700
PHOENIX, AZ 85008

METROPOLITAN DADE COUNTY, FL
MIAMI-DADE COUNTY
TAX COLLECTOR
140 W. FLAGLER STREET
MIAMI, FL 33130-1573

MIAMI-DADE COUNTY TAX COLLECTO
P.O. BOX 025218
MIAMI, FL 33102-5218

MICHAEL PORTUONDO
6630 SW 85TH STREET
MIAMI, FL 33143

MINISTRY OF CONSUMER, WELFARE & AVIATION
DEPT OF ENVIRONMENTAL HEALTH SERVICES
P.O. BOX SS-19048
NASSAU, BAHAMAS

MINISTRY OF FINANCE
CECIL WALLACE-WHITFIELD BLDG.
CABLE BEACH
P. O. BOX N3017
NASSAU, BAHAMAS

MINISTRY OF FOREIGN AFFAIRS
GOODMANS BAY CORPORATE CENTER
WEST BAY ST.
P. O. BOX N 3746
NASSAU, BAHAMAS

MINISTRY OF TOURISM
ATTN TYRONE SAWYER
GEORGE ST
PO BOX N-3701
NASSAU, BAHAMAS

MINISTRY OF TRANSPORT AND AVIATION
P. O. BOX N-1615
NASSAU, BAHAMAS

MINISTRY OF WORKS
JOHN F. KENNEDY DRIVE
P. O. BOX N-8156
NASSAU, BAHAMAS

MONICA NOWOS
1401 MERRRILL CREEK PARKWAY
APT 4036
EVERETTE, WA 98203

NANCY L BOYCE
84 6TH STREET
SHALIMAR, FL 32579

NASSAU AIRPORT DEVELOPMENT CO. LTD.
PAULA RIGBY
NASSAU, BAHAMAS

NELSON LUIS
2121 N BAYSHORE DR  APT 1416
MIAMI, FL 33137

NORMAN C. HEGLUND
CHEMIN DU MOULIN DELAY 6
1473 GLABAIS, BELGIUM

NY STATE ATTORNEY GENERAL
THE CAPITOL
ALBANY, NY 12224-0341

NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201

OFF OF THE ATTY GEN CLAIRE HEPBURN
7TH FLR POST OFFICE BUILDING
EAST HILL ST N-3007
NASSAU N.P. THE BAHAMAS

OFF OF THE FOREIGN ASSETS CONTROL
U.S. DEPARTMENT OF TREASURY
TREASURY ANNEX
1500 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20220

OFFICE OF THE ATTORNEY GENERAL
STATE OF OHIO
30 E. BROAD ST.
17TH FLOOR
COLUMBUS, OH 43215

OFFICE OF THE ATTORNEY GENERAL
STATE OF PENNSYLVANIA
STRAWBERRY SQUARE
16TH FLOOR
HARRISBURG, PA 17120

OFFICE OF THE ATTORNEY GENERAL
STATE OF WEST VIRGINIA
STATE CAPITOL BLDG., ROOM E-26
1900 KANAWHA BLDG
E. CHARLESTON, WV 25305-0220

OFFICE OF THE UNITED STATES TRUSTEE
51 SW FIRST AVE
ROOM 1204
MIAMI, FL 33130

OFFICE OF THE US ATTORNEY
ATTN HONORABLE WIFREDO A FERRER
99 NE 4TH ST
MIAMI, FL 33132

ORLANDO AIRPORT AUTHORITY
GREATER ORLANDO AVIATION AUTH GOAA
ORLANDO INTERNATIONAL AIRPORT
ONE AIRPORT BLVD
ORLANDO, FL 32827

PIONEER CREDIT RECOVERY (PAST DUE TSA)
ATTN LORI MARTIN
PO BOX 70956
CHARLOTTE, NC 28272-0956

PRATT & WHITNEY CANADA CORP.
ATTN BILLES VIVIER
PO BOX 730011
DALLAS, TX 75373

PRATT & WHITNEY ENGINE SERVICES, INC.
ATTN THOMAS RHINE
PO BOX 360727
PITTSBURGH, PA 15251-6727

PUBLIC TREASURY
PUBLIC TREASURY
NASSAU, BAHAMAS

RAM CAPITAL RESOURCES, LLC
ONE EAST 52ND STREET
SIXTH FLOOR
NEW YORK, NY 10022

RAYTHEON AIRCRAFT CREDIT CORP
101 S WEBB STREET
SUITE 300
WICHITA, KS 67207

RAYTHEON AIRCRAFT CREDIT CORP
8300 THORN DRIVE
SUITE 100
WICHITA, KS 67226

RAYTHEON AIRCRAFT CREDIT CORP
C/O BINGHAM MCCUTCHEN LLP
ATTN PETER D SCHELLIE, ESQ
2020 K ST NW
WASHINGTON, DC 20006-1806

RAYTHEON AIRCRAFT CREDIT CORP.
ATTN JOHN A KURZ
101 SOUTH WEBB ROAD, SUITE 300
WICHITA, KS 67207

REGINA C. LEMMER REVOC. TRUST
ATTN: REGINA C LEMMER, TRUSTEE
107 CLUBHOUSE LANE
#193
NAPLES, FL 34105

REVENUE DEPARTMENT
TAX DIVISION
STRAWBERRY SQUARE, 11TH FLOOR
HARRISBURG, PA 17128

ROBERT J PATERNO
ATTORNEY AT LAW
7330 SW 116TH STREET
MIAMI, FL 33156

ROGER BERKON
1715 N E 36 ST
OAKLAND PARK, FL 33334

ROYAL BANK OF CANADA
BAYSIDE EXECUTIVE PARK FL 2, BLD #3
BLAKE ROAD AND WEST BAY STREET
PO BOX N-3024
NASSAU, BAHAMAS

ROYAL BANK OF CANADA (RBC)
323 BAY STREET
PO BOX N-7549
NASSAU, BAHAMAS

RUBEN & ANN B KUEFFNER TRUST
ATTN: ANN B KUEFFNER, TRUSTEE
2270 MCEWAN STREET
SAGINAW, MI 48602

SAH-VUL STRATEGIC PARTNERS I LLC
1690 SOUTH CONGRESS AVENUE
SUITE 200
DELRAY BEACH, FL 33445

SAH-VUL STRATEGIC PARTNERS I LLC
BILZIN SUMBERG BAENA PRICE ET AL
ATTN: S. BAENA, M. KRAMER
1450 BRICKELL AVE 23RD FLR
MIAMI, FL 33131

SECRETARY OF STATE
KURT S. BROWNING
RA GRAY BLDG
500 S. BRONOUGH
TALLAHASSEE, FL 32399-0250

SECURITIES & EXCHANGE COMMISSION
ATTN SUSAN R. SHERRILL-BEARD, ESQ.
3475 LENOZ RD NE, STE 100
ATLANTA, GA 30326-1232

SECURITIES & EXCHANGE COMMISSION
ERIC BUSTILLO
REGIONAL DIRECTOR
801 BRICKELL AVE., STE 1800
MIAMI, FL 33131

SECURITIES EXCHANGE COMMISSION
3 WORLD FINANCIAL CENTER
STE 400
NEW YORK, NY 10281-1022

SHELTER ISLAND OPPORTUNITY FUND
ATTN MICHEAL E FEIN
ONE EAST 52ND STREET, SIXTH FLOOR
NEW YORK, NY 10022

SHELTER ISLAND OPPORTUNITY FUND LLC
1 EAST 52ND STREET
NEW YORK, NY 10022

SHELTER ISLAND OPPORTUNITY FUND LLC
GREENBERG TRAURIG LLP
ATTN: PAUL J. KEENAN, JR
333 AVE OF THE AMERICAS STE 4400
MIAMI, FL 33131

SHERIFF OF WOOD COUNTY
P.O. BOX 1985
PARKERSBURG, WV 26102

SIDDARTHA BRAVO
10527 56TH STREET
MIRA LOMA, CA 91752

SKY WEST INC
444 SOUTH RIVER ROAD ST
GEORGE, UT 84709-2086

SPECIAL ASST U.S. ATTORNEY
IRS DISTRICT COUNSEL
1000 S PINE ISLAND RD, STE 340
PLANTATION, FL 33324-3906

SPECIAL ASST U.S. ATTORNEY
PO BOX 9 STOP 8000
51 SW FIRST AVE #1114
MIAMI, FL 33130

STATE OF TEXAS COMPTROLLER
OF PUBLIC ACCOUNTS
111 E 17TH ST
AUSTIN, TX 78774-0001

STEARNS WEAVER MILLER ET AL
ATTN ERIC GABRIELLE
NEW RIVER CENTER, STE 2100
200 EAST LAS OLAS BLVD.
FT. LAUDERDALE, FL 33301

STEPHEN WILLIAMS
1041 NE 204 TERRACE
NORTH MIAMI, FL 33179

TALLAHASSEE REGIONAL AIRPORT
3300 CAPITAL CIRCLE SW, STE #1
TALLAHASSEE, FL 32310

TARA ARNOLD IRA DCG&T
4740 MURCOTT AVENUE
MERRITT ISLAND, FL 32953

TAX AND REVENUE DEPARTMENT
STATE CAPITOL BLDG., ROOM W-300
1900 KANAWHA BLVD. EAST
CHARLESTON, WV 25305

TAXATION DEPARTMENT
30 E. BROAD STREET, 22ND FLOOR
COLUMBUS, OH 43215

TENNESSEE DEPARTMENT OF SAFETY
P.O. BOX 945
NASHVILLE, TN 37202

TGAAP, LLC
32 GRIMES AVE
E. BOOTHBAY, ME 04544

THE BAHAMAS' MINISTRY OF TOURISM
GEORGE STREET
P.O. BOX N-3701
NASSAU, BAHAMAS

THE GARDEN CITY GROUP INC
BRIAN KARPUK
190 SOUTH LASALLE ST
CHICAGO, IL 60603

THE GARDEN CITY GROUP INC
JESSICA WASSERSTROM
105 MAXESS ROAD
MELVILLE, NY 11747

THE RICHARD S. FRIEDMAN
2008 REVOCABLE TRUST
730 INTRACOASTAL DRIVE
FT. LAUDERDALE, FL 33304

THE SECURITIES COMMISSION OF THE BAHAMAS
3RD FLOOR, CHARLOTTE HOUSE
SHIRLEY & CHARLOTTE STS.
P.O. BOX N-8347
NASSAU, BAHAMAS

U.S. DEPARTMENT OF JUSTICE
EASTERN REGIONAL OFFICE
70  KIMBALL AVE
SO BURLINGTON, VT 05403-6813

U.S. DEPARTMENT OF LABOR
DFVC PROGRAM - DOL
P.O. BOX 70933
CHARLOTTE, NC 28272-0933

U.S. DEPARTMENT OF STATE
ATTN:  SECRETARY OF STATE
2001 C STREET NW
WASHINGTON, DC 20520

UNEMPLOYMENT OFFICE - OH
THE OHIO DEPT OF JOB & FAMILY SERV
30 E. BROAD STREET, 32ND FLOOR
COLUMBUS, OH 43215

UNEMPLOYMENT OFFICE - WV
P.O. BOX 2753
CHARLESTON, WV 25330-2753

US DEPARTMENT OF JUSTICE
ATTN  TONY WEST, ASST ATTY GEN
CIVIL DIVISION
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530

US DEPARTMENT OF JUSTICE
ATTN ERIC H HOLDER JR, ESQ
US ATTORNEY GENERAL
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530

USDA, APHIS, AQI
PO BOX 979044
ST. LOUIS, MO 63197-9000

VICTORY PARK CAPITAL ADVISORS, LLC
AKERMAN SENTERFITT
MICHAEL I. GOLDBERG, ESQ.,
350 E LAS OLAS BLVD STE 1600
FORT LAUDERDALE, FL 33301

VICTORY PARK CAPITAL ADVISORS, LLC
CHARLES ASFOUR
227 W MONROE, SUITE 3900
CHICAGO, IL 60606

VON FRASER, CFC
ALACHUA COUNTY TAX COLLECTOR
12 SE 1ST STREET
GAINESVILLE, FL 32601-6882

WACHOVIA FINANCIAL SERVICES INC
ONE WACHOVIA CENTER
MAIL CODE NC 0738
CHARLOTTE, NC 28288-0738

WEST VIRGINIA SECRETARY OF STATES OFFICE
BUSINESS AND LICENSING DIVISION
P.O. BOX 40300
CHARLESTON, WV 25364

WEST VIRGINIA STATE TAX DEPARTMENT
REVENUE DIVISION
P.O. BOX 2745
CHARLESTON, WV 25330-2745

WILLOW A AL-SHAMMA
330 EAST BAY BLVD N
TRAVERSE CITY, MI 49686

WOLFE AXELROD WEINBERGER ASSOC.
ATTN: STEPHEN D. AXELROD
317 MADISON AVENUE
SUITE 515
NEW YORK, NY 10017

# EXHIBIT O

VENANGO REGIONAL AIRPORT
1560 AIRPORT ROAD
FRANKLIN, PA 16323
email: obell@co.venango.pa.us

# EXHIBIT P

BRADFORD REGIONAL AIRPORT AUTHORITY
212 AIRPORT ROAD, SUITE E
LEWIS RUN, PA 16738

CLEARFIELD-JEFFERSON COUNTIES
REGIONAL AIRPORT AUTHORITY
P.O. BOX 299
FALLS CREEK, PA 15840

VENANGO REGIONAL AIRPORT
1560 AIRPORT ROAD
FRANKLIN, PA 16323

# EXHIBIT Q

VENANGO REGIONAL AIRPORT
1560 AIRPORT ROAD
FRANKLIN, PA 16323
email: obell@co.venango.pa.us

WORLD FUEL SERVICES OF FLORIDA
ATTN ETHAN GARCIA/ROY PORTAL/A VIDALON
9800 NW 41ST STREET
SUITE 400
MIAMI, FL 33178
email: egarcia@wfscorp.com, avidalon@wfscorp.com

# EXHIBIT R

BRADFORD REGIONAL AIRPORT AUTHORITY
212 AIRPORT ROAD, SUITE E
LEWIS RUN, PA 16738

CLEARFIELD-JEFFERSON COUNTIES
REGIONAL AIRPORT AUTHORITY
P.O. BOX 299
FALLS CREEK, PA 15840

CONTINENTAL AIRLINES
1600 SMITH STREET
HOUSTON, TX 77002

VENANGO REGIONAL AIRPORT
1560 AIRPORT ROAD
FRANKLIN, PA 16323

WORLD FUEL SERVICES OF FLORIDA
ETHAN GARCIA/ROY PORTAL/A VIDALON
9800 NW 41ST STREET
SUITE 400
MIAMI, FL 33178

# EXHIBIT S

MIAMI-DADE AVIATION DEPT.
ATTN: JOAN NUNEZ
4200 NW 36TH STREET
BLDG. 5A, 3RD FLOOR
MIAMI, FL 33122
email: JANUNEZ@MIAMI-AIRPORT.COM

REVENUE COLLECTION DIVISION
GOVERNMENTAL CENTER ANNEX
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301
email: TSA-FEES@DHS.GOV

U.S. DEPARTMENT OF HOMELAND SECURITY
ATTN: TSA - ROSE KLINE
1 SOUTH 12TH STREET
WEST TOWER - TSA 14
ARLINGTON, VA 20598
email: TSA-FEES@DHS.GOV

# EXHIBIT T

ADP
P.O. BOX 9001007
LOUISVILLE, KY 40290-1007

CONTINENTAL AIRLINES, INC.
O/S SALES AND SERVICE
DEPT. 08 - 1054 - 44923423
P.O. BOX 0201970
HOUSTON, TX 77216-1970

INTERNAL REVENUE SERVICE
EXCISE TAX PROGRAM
SE: S: SP: EX MS C9-109
5000 ELLIN ROAD
LANHAM, MD 20706

MIAMI-DADE AVIATION DEPT.
ATTN: JOAN NUNEZ
4200 NW 36TH STREET
BLDG. 5A, 3RD FLOOR
MIAMI, FL 33122

REVENUE COLLECTION DIVISION
GOVERNMENTAL CENTER ANNEX
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

U.S. DEPARTMENT OF AGRICULTURE
USDA, APHIS, DEBT MGMT. TEAM
P.O. BOX 3334
MINNEAPOLIS, MN 55403

U.S. DEPT OF HOMELAND SECURITY
ATTN: TSA - ROSE KLINE
1 SOUTH 12TH STREET
WEST TOWER - TSA 14
ARLINGTON, VA 20598

# EXHIBIT U

BB&T
ATTN: SHERRYL BOWEIN
925 SOUTH FEDERAL HIGHWAY
SUITE 550
BOCA RATON, FL 33432
email: sbowein@bbandt.com

SUNTRUST
ATTN: ALAN MCKAY
515 E. LAS OLAS BOULEVARD
7TH FLOOR
FORT LAUDERDALE, FL 33301
email: alan.mckay@suntrust.com

# EXHIBIT V

BB&T
ATTN: SHERRYL BOWEIN
925 SOUTH FEDERAL HIGHWAY
SUITE 550
BOCA RATON, FL 33432


SUNTRUST
ATTN: ALAN MCKAY
515 E. LAS OLAS BOULEVARD
7TH FLOOR
FORT LAUDERDALE, FL 33301

FIRST CARIBBEAN INT BANK
ATTN: KAY CAPRON
P.O. BOX N-8350
NASSAU, NEW PROVIDENCE ISLAND, BAHAMAS

# EXHIBIT W

ADP BENEFIT SERVICES
ATTN MARLENE PRINCE/NADINE MENDS/
NICOLE MORRIS OR MELLINEE COLLINS
2575 WESTSIDE PKWY, STE 500
ALPHARETTA, GA 30004
email: MARLENE_PRINCE@ADP.COM, NADINE_MENDS@ADP.COM,
NICOLE_MORRIS@ADP.COM, MELLINEE_COLLINS@ADP.COM

ADP BENEFIT SERVICES
ATTN MARLENE PRINCE/NADINE MENDS/
NICOLE MORRIS OR MELLINEE COLLINS
P.O. BOX 2998
ALPHARETTA, GA 30023-2998
email: MARLENE_PRINCE@ADP.COM, NADINE_MENDS@ADP.COM,
NICOLE_MORRIS@ADP.COM, MELLINEE_COLLINS@ADP.COM

CHUBB SVC, INC.
ATTN ALBERT CULVER
6200 COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607
email: ACULVER@CHUBB.COM

CHUBB SVC, INC.
ATTN BILL BARRY
15 MOUNTAIN VIEW ROAD
WARREN, NJ 07059
email: WBARRY@CHUBB.COM

CHUBB SVC, INC.
ATTN BILL BARRY
5020 RICHARD LANE, SUITE 201
MECHANICSBURG, PA 17050-0740
email: WBARRY@CHUBB.COM

CHUBB SVC, INC.
ATTN REGGIE FRYE
6200 COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607
email: RFYE@CHUBB.COM

CHUBB SVC, INC.
ATTN SUSAN KONSIG
15 MOUNTAIN VIEW ROAD
WARREN, NJ 07059
email: SKONSIG@CHUBB.COM

CHUBB SVC, INC.
ATTN SUSAN KONSIG
5020 RICHARD LANE, SUITE 201
MECHANICSBURG, PA 17050-0740
email: SKONSIG@CHUBB.COM

CIGNA HEALTHCARE
ATTN ALICIA PHILLIPS
4616 S US HWY 75
DENISON, TX 75020
email: ALICIA.PHILLIPS@CIGNA.COM

CIGNA HEALTHCARE
ATTN GAYLENE SIMEON
1571 SAWGRASS CORPORATE PKWY
SUITE 140
SUNRISE, FL 33323
email: GAYLENE.SIMEON@CIGNA.COM

CIGNA HEALTHCARE
ATTN JENNIFER GREENBERG
1571 SAWGRASS CORPORATE PKWY
SUITE 140
SUNRISE, FL 33323
email: JENNIFER.GREENBERG@CIGNA.COM

CIGNA HEALTHCARE
ATTN KELLY SHAW
1111 MARKET STREET
CHATTANOOGA, TN 37402
email: KELLY.SHAW@CIGNA.COM

COLINA IMPERIAL INSURANCE LTD.
ATTN CHARLENE G. RODGERS, DIR
308 EAST BAY STREET
PO BOX N-4728
NASSAU, BAHAMAS
email: CHARLENE.RODGERS@COLINAIMPERIAL.COM

COLINA IMPERIAL INSURANCE LTD.
DARREN OBREGON
308 EAST BAY STREET
PO BOX N-4728
NASSAU, BAHAMAS
email: DARREN.OBREGON@COLINA.COM

COLONIAL LIFE
ATTN CHRIS SHEALY
5353 N. FEDERAL HWY, STE 402
FT. LAUDERDALE, FL 33308
email: CHRIS.SHEALY@COLONIALLIFE.COM

COLONIAL LIFE
ATTN CORY FANECA
5353 N. FEDERAL HWY, STE 402
FT. LAUDERDALE, FL 33308
email: CJFANECA@GMAIL.COM

COLONIAL LIFE
ATTN JIM MCGONIGAL
5353 N. FEDERAL HWY, STE 402
FT. LAUDERDALE, FL 33308
email: JIM.MCGONIGAL@COLONIALLIFE.COM

HARTFORD LIFE
ATTN DENISE CLAYTON
ONE URBAN CENTRE
4830 WEST KENNEDY BLVD, STE 270
TAMPA, FL 33609
email: DENISE.CLAYTON@HARTFORDLIFE.COM

HARTFORD LIFE
ATTN NANCY YOUNG
ONE URBAN CENTRE
4830 WEST KENNEDY BLVD, STE 270
TAMPA, FL 33609
email: NANCY.YOUNG@HARTFORDLIFE.COM

HARTFORD LIFE
ATTN SARAH TOMACRUZ
ONE URBAN CENTRE
4830 WEST KENNEDY BLVD, STE 270
TAMPA, FL 33609
email: SARAH.TOMACRUZ@HARTFORDLIFE.COM

JARDIN LLOYD THOMPSON AEROSPACE
ATTN KEVIN LIFE, MANAGING DIRECTOR
2300 DULLES STATION BOULEVARD
SUITE 230
HERNDON, VA 20171
email: KEVIN.LIFE@JLTAEROSPACE.COM

MERRILL LYNCH
ATTN: LLOYD D WALKER
5200 TOWN CENTER CIRCLE, SUITE 101
BOCA RATON, FL 33486
email: lloyd_walker1@ml.com

SAPOZNIK INSURANCE & ASSOCIATES
ATTN GRISELLE FARBISH
1100 NE 163RD ST SECOND FL
NORTH MIAMI BEACH, FL 33162
email: GRISELLEF@SAPOZNIK.COM

SAPOZNIK INSURANCE & ASSOCIATES
ATTN ROBIN BURGESS-ALI
1100 NE 163RD ST SECOND FL
NORTH MIAMI BEACH, FL 33162
email: ROBINB@SAPOZNIK.COM

THE HARTFORD
GROUP BENEFITS DIVISION
P.O. BOX 8500-3690
PHILADELPHIA, PA 19178-3690
email: LIST.BILL@HARTFORDLIFE.COM

# EXHIBIT X

ADP BENEFIT SERVICES
ATTN MARLENE PRINCE/NADINE MENDS/
NICOLE MORRIS OR MELLINEE COLLINS
2575 WESTSIDE PKWY, STE 500
ALPHARETTA, GA 30004

ADP BENEFIT SERVICES
ATTN MARLENE PRINCE/NADINE MENDS/
NICOLE MORRIS OR MELLINEE COLLINS
P.O. BOX 2998
ALPHARETTA, GA 30023-2998

CHUBB SVC, INC.
ATTN ALBERT CULVER
6200 COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607

CHUBB SVC, INC.
ATTN BILL BARRY
15 MOUNTAIN VIEW ROAD
WARREN, NJ 07059

CHUBB SVC, INC.
ATTN BILL BARRY
5020 RICHARD LANE, SUITE 201
MECHANICSBURG, PA 17050-0740

CHUBB SVC, INC.
ATTN REGGIE FRYE
6200 COURTNEY CAMPBELL CAUSEWAY
TAMPA, FL 33607

CHUBB SVC, INC.
ATTN SUSAN KONSIG
15 MOUNTAIN VIEW ROAD
WARREN, NJ 07059

CHUBB SVC, INC.
ATTN SUSAN KONSIG
5020 RICHARD LANE, SUITE 201
MECHANICSBURG, PA 17050-0740

CIGNA HEALTH SAVINGS ACCOUNT
PROCESSING CENTER
21305 NETWORK PLACE
CHICAGO, IL 60673-1213

CIGNA HEALTHCARE
ATTN ALICIA PHILLIPS
4616 S US HWY 75
DENISON, TX 75020

CIGNA HEALTHCARE
ATTN GAYLENE SIMEON
1571 SAWGRASS CORPORATE PKWY
SUITE 140
SUNRISE, FL 33323

CIGNA HEALTHCARE
ATTN JENNIFER GREENBERG
1571 SAWGRASS CORPORATE PKWY
SUITE 140
SUNRISE, FL 33323

CIGNA HEALTHCARE
ATTN KELLY SHAW
1111 MARKET STREET
CHATTANOOGA, TN 37402

COLINA IMPERIAL INSURANCE LTD.
ATTN CHARLENE G. RODGERS, DIR
308 EAST BAY STREET
PO BOX N-4728
NASSAU, BAHAMAS

COLINA IMPERIAL INSURANCE LTD.
DARREN OBREGON
308 EAST BAY STREET
PO BOX N-4728
NASSAU, BAHAMAS

COLINA IMPERIAL INSURANCE LTD.
TALMETA R FERGUSON-RUSSELL, SR GRP ADMIN
308 EAST BAY STREET
PO BOX N-4728
NASSAU, BAHAMAS

COLONIAL LIFE
ATTN CHRIS SHEALY
5353 N. FEDERAL HWY, STE 402
FT. LAUDERDALE, FL 33308

COLONIAL LIFE
ATTN CORY FANECA
5353 N. FEDERAL HWY, STE 402
FT. LAUDERDALE, FL 33308

COLONIAL LIFE
ATTN JIM MCGONIGAL
5353 N. FEDERAL HWY, STE 402
FT. LAUDERDALE, FL 33308

HARTFORD LIFE
ATTN DENISE CLAYTON
ONE URBAN CENTRE
4830 WEST KENNEDY BLVD, STE 270
TAMPA, FL 33609

HARTFORD LIFE
ATTN NANCY YOUNG
ONE URBAN CENTRE
4830 WEST KENNEDY BLVD, STE 270
TAMPA, FL 33609

HARTFORD LIFE
ATTN SARAH TOMACRUZ
ONE URBAN CENTRE
4830 WEST KENNEDY BLVD, STE 270
TAMPA, FL 33609

JARDIN LLOYD THOMPSON AEROSPACE
ATTN KEVIN LIFE, MANAGING DIRECTOR
2300 DULLES STATION BOULEVARD
SUITE 230
HERNDON, VA 20171

MERRILL LYNCH
ATTN: LLOYD D WALKER
5200 TOWN CENTER CIRCLE, SUITE 101
BOCA RATON, FL 33486

SAPOZNIK INSURANCE & ASSOCIATES
ATTN GRISELLE FARBISH
1100 NE 163RD ST SECOND FL
NORTH MIAMI BEACH, FL 33162

SAPOZNIK INSURANCE & ASSOCIATES
ATTN ROBIN BURGESS-ALI
1100 NE 163RD ST SECOND FL
NORTH MIAMI BEACH, FL 33162

THE HARTFORD
GROUP BENEFITS DIVISION
P.O. BOX 8500-3690
PHILADELPHIA, PA 19178-3690

THE HARTFORD
LOCKBOX 3690
101 N INDEPENDENCE MALL E
PHILADELPHIA, PA 19106

# EXHIBIT Y

G & G SHIPPING
1300 ELLER DR.
FT. LAUDERDALE, FL 33316
email: nmartinez@gandgshipping.c

# EXHIBIT Z

AERO MAG 2000 CLE, LLC.
P.O. BOX 81256
CLEVELAND, OH 44181

ELCO PROPERTIES LTD.
LOYALIST PLAZA
DON MACKAY BLVD.
P.O. BOX AB-20377
MARSH HARBOUR, ABACO, BAHAMAS

FEDERAL AVIATION ADMINISTRATION
U.S. DEPARTMENT OF TRANSPORTATION
ATTN J RANDOLPH BABBIT, ADMIN
800 INDEPENDENCE AVENUE, SW
WASHINGTON, DC 20591

G & G SHIPPING
1300 ELLER DR.
FT. LAUDERDALE, FL 33316

GRAND BAHAMAS AIRPORT CO LTD
PO BOX  F916
FREEPORT, BAHAMAS

GREENBRIER VALLEY AIRPORT, WV
GREENBRIER, WV

MID OHIO VALLEY REGIONAL AIRPORT
PO BOX 4089
PARKERSBURG, WV 26104