UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          CHAPTER 11 CASES

GULFSTREAM INTERNATIONAL                   CASE NO.: 10-44131-JKO
GROUP, INC., *et al.*,                                  Jointly Administered

_____Debtor._____/

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
JOINT [1]COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit "A". Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 19th day of November, 2010.

                              Donald F. Walton
                              United States Trustee
                              Region 21

By:    /s/
Zana M. Scarlett
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
Tele: (305) 536-7285
Fax: (305) 536-7360
zana.m.scarlett@usdoj.gov

---

[1]. For clarification purposes, the committee is a joint committee in the Jointly Administered cases.

**EXHIBIT A**

\*F. Scott Wilson, Esq., Associate General Counsel
Pratt & Whitney Canada Corp.
M/S 133-54, 400 Main Street
East Hartford, CT 06108
Tele:  860-565-7364
Fax:  860-557-9946                    EMAIL - f.scott.wilson@pw.utc.com

Robert Schroeder, Managing Member
Gulfstream Funding II, LLC
275 Madison Avenue, Suite 1618
New York, NY 10016
Tele:  212-661-6886 X 309
Fax:  212-661-6824                    EMAIL - schroeder@taglichbrothers.com

G. Richard Hicks
21 Tanfield Road
Tiburon, CA 94920
Tele:  415-435-3000
Fax:  415-435-1603                    EMAIL - grh101@yahoo.com

Joseph Andrew Johnson, Center Manager Orlando Learning Center
Flight Safety International, Inc.
4105 Bear Road
Orlando, FL 32827-5001
Tele:  321-281-3200
Fax:  321-281-3299                    EMAIL - andy.johnson@flightsafety.com

Perdo J. Mercado, Asst. County Attorney
Monroe County Board of County Commissioners
1111 12th Street, Suite 408
Key West, FL 33040
Tele:  305-292-3470
Fax:  305-292-3516                    EMAIL - mercado-pedro@monroecounty-fl.gov

Jeffrey William Mays
485 Hillsdale Drive
Fayetteville, GA 30214
Tele:  404-925-7248
Fax:  678-817-0315                    EMAIL - dmays0315@bellsouth.net

R. Kenneth Lindell
Gregory McDaniel SEP IRA
96 Otis Street
Bangor, ME 04401
Tele:  207-446-0966
Fax:  207-433-7726                    EMAIL - ken@rklindell.com

\* Indicates the temporary chairperson of the committee.

**SERVICE LIST**

| | |
|---|---|
| Jeffrey Bast | jbast@bastamron.com; jdepina@bastamron.com;dquick@bastamron.com |
| Eyal Berger | eyal.berger@akerman.com; jeanette.martinez@akerman.com |
| Brian K Gart | bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com |
| Emily S Gottlieb | jessica.wasserstrom@gcginc.com, paul.kinealy@gardencitygroup.com;PACERteam@gardencitygroup.com; Matt.Corwin@gardencitygroup.com;Marcy.Uhrig@gardencitygroup.com; Brian.Karpuk@gardencitygroup.com;Ira.Nikelsberg@gardencitygroup.com;Karen.Gaffney@gardencitygroup.com |
| Andrea Horowitz Handel | andrea.handel@usdoj.gov |
| Paul J. Keenan, Jr. | keenanp@gtlaw.com, reisinoa@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com |
| Mark J Wolfson | mwolfson@foley.com; btanner@foley.com;jhayes@foley.com |

.