UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                Chapter 11 Cases

GULFSTREAM INTERNATIONAL                              Case No.: 10-44131-JKO
GROUP, INC., et al.,[1]                               Jointly Administered

_____Debtors._____/

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Robert A. Schatzman of the firm of GrayRobinson, P.A., 1221 Brickell Avenue, Suite 1600, Miami, FL 33131, files this Notice of Appearance as counsel of record in this case for the Official Committee of Unsecured Creditors.

Pursuant to Federal Rules of Bankruptcy Procedure 2002(a), (b), (c), and (i) and 3017(a), the undersigned hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further request that the Clerk add them to the matrix in this case.

By filing this Notice of Appearance, the Official Committee of Unsecured Creditors, individually, neither consents to nor waives (as applicable) any of the following: (i) any

---

[1] The address of each of the Debtors is 3201 Griffin Road, 4th Floor, Fort Lauderdale, FL 33312; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis: (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

objection it may have as to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter; (ii) any objection it may have concerning whether any specific adversary proceeding or contested matter is a core proceeding within the meaning of 28 U.S.C. § 157; (iii) any objection it may have concerning whether the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to a jury trial to which it may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) any objection it may have concerning whether the Bankruptcy Court may conduct any jury trial to which the Official Committee of Unsecured Creditors may otherwise be entitled.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to all parties on the Court's CM/ECF list maintained by the Court and via U.S. Mail on all parties on the attached service list on November 23, 2010.

> Respectfully submitted,
> GRAYROBINSON, P.A.
> 1221 Brickell Avenue, Suite 1650
> Miami, FL 33131
> Telephone:   (305) 416-6880
> Facsimile:    (305) 416-6887
>
> By: ___/s/ Robert A. Schatzman____
>       Robert A. Schatzman
>       Florida Bar No.: 0139008
>       *Counsel for the Official Committee of Unsecured Creditors*

\7\325 - MRIVERA - # 378180 v1

| | | |
|---|---|---|
| Gulfstream International Airlines, Inc. 3201 Griffin Road<br>4th Floor<br>Fort Lauderdale, FL 33312-6971 | Raytheon Aircraft Credit Corporation c/o Mark J Wolfson<br>100 N Tampa St #2700 Tampa, FL 33602-5810 | Gulfstream Connection, Inc.<br>3201 Griffin Road<br>4th Floor<br>Fort Lauderdale, FL 33312-6971 |
| Gulfstream International Group, Inc.<br>3201 Griffin Rd 4 Fl<br>Fort Lauderdale, FL 33312-6971 | GIA Holdings Corp., Inc.<br>3201 Griffin Road<br>4th Floor<br>Fort Lauderdale, FL 33312-6971 | Gulfstream Training Academy, Inc.<br>3201 Griffin Road<br>4th Floor<br>Fort Lauderdale, FL 33312-6971 |
| Sprint Nextel Distribution<br>Attn: Bankruptcy Dept<br>P.O. Box 3326<br>Englewood, CO 80155-3326 | Shelter Island Opportunity Fund, LLC<br>c/o Paul J Keenan, Jr<br>333 Avenue of the Americas<br>Miami, FL 33131-2176 | The Garden City Group, Inc<br>105 Maxess Road<br>Melville, NY 11747-3848 |
| United States America<br>c/o Andrea Horowitz Handel POB 875 Ben Franklin Station Washington, DC 20044-0875 | Victory Park Capital Advisors, LLC<br>Akerman Senterfitt<br>c/o Eyal Berger<br>350 E Las Olas Blvd #1600<br>Fort Lauderdale, FL 33301-4247 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Sprint Nextel Correspondence Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Douglas A Bates Esq<br>200 S Biscayne Blvd #1000<br>Miami, FL 33131-5344 | Brian K Gart Esq.<br>350 E Las Olas Blvd #1000<br>Ft Lauderdale, FL 33301-4215 |