

**ORDERED in the Southern District of Florida on December 02, 2010.**

*/s/ John K. Olson*
**John K. Olson, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GULFSTREAM INTERNATIONAL GROUP, INC., *et al.*,[1] | Case No. 10-44131-BKC-JKO<br>Jointly Administered |
| Debtors._____/ | |

**ORDER CONTINUING DECEMBER 1, 2010 HEARING ON**
**D.E. NOS. 8, 12, 15, 26, 82, 98, 103, 139 AND 140**

**THIS MATTER** having come before the Court on the 1st day of December, 2010 at 1:30 p.m. in Fort Lauderdale, Florida, upon the hearing to consider D.E. Nos. 8, 12, 15, 26, 82, 98, 103, 139 and 140.  The Court, having considered the matter, and being otherwise fully advised in the premises, does thereupon

---

[1] The address of each of the Debtors is 3201 Griffin Road, 4th Floor, Fort Lauderdale, FL 33312; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis:  (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

3269333-2

**ORDER** that the hearing to consider the matters listed below is continued to <u>**December 3, 2010 at 1:30 p.m., United States Courthouse, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**</u>:

(a) *Debtors' Motion for Interim and Final Orders (A) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 362(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C)* (D.E. 8);

(b) *Debtors' Application for Approval, on an Interim and Final Basis, of Employment of Jetstream Aviation Capital, LLC and Jetstream Aviation Management, LLC as Financial Advisors to the Debtors, Nunc Pro Tunc to the Petition Date* (D.E. 12);

(c) *Debtors' Motion to Expand the Scope of the Employment of Jetstream Aviation Capital, LLC and Jetstream Aviation Management, LLC, as Financial Advisors to the Debtors Nunc Pro Tunc to the Petition Date* (D.E. 82);

(d) *Debtors' Emergency Motion for Order Pursuant to 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014(A) Approving (I) Bidding Procedures, (II) Form and Manner of Sale Notices, and (III) Sale Hearing Date and (B) Authorizing and Approving (I) Sale of a Portion of or Substantially All of the Debtors' Assets Free and Clear of Certain Liens, Claims, and Encumbrances, and (II) Assumption and Assignment of Executory Contracts and Unexpired Leases* (D.E. 98);

(e) *Amended Motion of Shelter Island Opportunity Fund, LLC to Compel Production of Documents From Debtors* (D.E. 103);

(f) *Debtors' Emergency Motion for (A) Authority to (I) Maintain Bank Accounts and to Continue to Use Existing Business Forms and Checks, and (II) Continue to Use Existing Cash Management System, and (B) Waiver of Certain Investment and Deposit Guidelines* (D.E. 15);

(g) *Debtors' Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals* (D.E. 26);

(h) *Debtors' Motion for an Order Authorizing (I) Payment of Prepetition Claims of Critical Vendors; (II) Payment of Deposits to Certain Critical Vendors; and (III) Debtors to Make Prepayments to Certain Critical Vendors* (D.E. 139); and

(i) *Debtors' Motion to (I) Prohibit Utilities From Altering or Discontinuing Services on Account of Prepetition Invoices; (II) Establish Procedures to Determine Requests for Adequate Assurance of Payment; and (III) Approve Deposits as Adequate Assurance Payment for Utility Services* (D.E. 140).

# # #

Submitted by:
Brian K. Gart, Esq.
Douglas A. Bates, Esq.
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Tel. (954) 525-9900
Fax (954) 523-2872
bgart@bergersingerman.com
dbates@bergersingerman.com

Copy furnished to:
Brian K. Gart, Esq.
*(Attorney Gart is directed to serve a conformed copy of this Order upon all interested parties, and to file a Certificate of Service with the Court).*