

**ORDERED in the Southern District of Florida on December 14, 2010.**

                                                                           John K. Olson, Judge
                                                                           United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GULFSTREAM INTERNATIONAL GROUP, INC., *et al.*,[1] | Case No. 10-44131-BKC-JKO<br>Jointly Administered |
| Debtors._____/ | |

**SECOND INTERIM ORDER AUTHORIZING DEBTORS' CONTINUED USE OF CASH COLLATERAL, AND SCHEDULING FINAL HEARING TO CONSIDER DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING (A) SECURED POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(C)(1), (C)(2), (C)(3), AND (D); (B) GRANTING SECURITY INTERESTS, SUPERPRIORITY LIENS AND CLAIMS AND ADEQUATE PROTECTION; AND (C) USE OF CASH COLLATERAL AND (II) SCHEDULING A FINAL HEARING PURSUANT TO <u>BANKRUPTCY RULE 4001(C)</u>**

___

[1] The address of each of the Debtors is 3201 Griffin Road, 4th Floor, Fort Lauderdale, FL 33312; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis: (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. ("GIA") (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

3286066-1

2

**THIS MATTER** came before the Court on the 7th day of December, 2010 at 2:00 p.m. in Fort Lauderdale, Florida, upon a further interim hearing to consider *Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C)* (the "Motion") (D.E. 8) filed by the debtors and debtors-in-possession, Gulfstream International Group Inc. ("Gulfstream"), and its co-debtors, Gulfstream International Group, Inc., Gulfstream International Airlines, Inc. ("GIA"), Gulfstream Training Academy, Inc., GIA Holdings Corp., Inc., and Gulfstream Connection, Inc., (collectively the "Debtors").  The Court, having considered the Motion, which requests, *inter alia*, authorization to use Victory Park's and the Junior Lenders' (as defined in the Motion) cash collateral within the meaning of Bankruptcy Code § 363(a) (the "Cash Collateral"), pursuant to Bankruptcy Code § 363(c) and to provide adequate protection, pursuant to Bankruptcy Code §§ 361, 363(e) and 364(d), and due and sufficient notice of the Motion under the circumstances having been given; and the preliminary hearings on the Motion having been held before this Court on November 5, 2010 at 2:00 p.m. (EDT), December 1, 2010 at 1:30 p.m. (EDT), and December 3, 2010 at 2:00 p.m. (EDT) (the "Preliminary Hearings"), and upon the entire record made at the Preliminary Hearings; the objection of Victory Park being overruled, and being advised of the agreement and consent of the Junior Lenders and the Committee, and this Court having found good and sufficient cause appearing therefore

**ORDERS** that:

1. The Debtors are authorized to continue use of Cash Collateral, on an interim basis, through and including December 17, 2010.

2. The Court shall conduct a final hearing to consider the Motion on **December 17, 2010 at 2:00 p.m., United States Bankruptcy Court, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

# # #

Submitted by:
Brian K. Gart, Esq.
Douglas A. Bates, Esq.
BERGER SINGERMAN, P.A.
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872
bgart@bergersingerman.com
dbates@bergersingerman.com

Copy furnished to:
Brian K. Gart, Esq.
*(Attorney Gart is directed to serve a conformed copy of this Order and to file a Certificate of Service with the Court).*