

**ORDERED in the Southern District of Florida on December 22, 2010.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GULFSTREAM INTERNATIONAL GROUP, INC., et al.,[1] | Case No. 10-44131-BKC-JKO Jointly Administered |
| Debtors. / | |

**THIRD INTERIM ORDER AUTHORIZING DEBTORS' CONTINUED USE OF CASH COLLATERAL, AND SCHEDULING FURTHER PRELIMINARY HEARING TO CONSIDER DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING (A) SECURED POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(C)(1), (C)(2), (C)(3), AND (D); (B) GRANTING SECURITY INTERESTS, SUPERPRIORITY LIENS AND CLAIMS AND ADEQUATE PROTECTION; AND (C) USE OF CASH COLLATERAL AND (II) SCHEDULING A FURTHER PRELIMINARY HEARING PURSUANT TO BANKRUPTCY RULE 4001(B)**

---

[1] The address of each of the Debtors is 3201 Griffin Road, 4th Floor, Fort Lauderdale, FL 33312; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis: (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. ("GIA") (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

**THIS MATTER** came before the Court on the 17th day of December, 2010 at 2:00 p.m. in Fort Lauderdale, Florida, upon the *Second Interim Order Authorizing Debtors' Continued Use Of Cash Collateral, And Scheduling Final Hearing To Consider Debtors' Motion For Interim And Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant To 11 U.S.C. §§ 105, 361, 362, 364(C)(1), (C)(2), (C)(3), And (D); (B) Granting Security Interests, Superpriority Liens And Claims And Adequate Protection; And (C) Use Of Cash Collateral And (II) Scheduling A Final Hearing Pursuant To Bankruptcy Rule 4001(C)* ("Second Interim Order") [DE #208] to consider further and continued use of cash collateral in connection with *Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1), (c)(2), (c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C)* (the "Motion") [D.E. 8] filed by the debtors and debtors-in-possession, Gulfstream International Group Inc. ("Gulfstream"), and its co-debtors, Gulfstream International Group, Inc., Gulfstream International Airlines, Inc. ("GIA"), Gulfstream Training Academy, Inc., GIA Holdings Corp., Inc., and Gulfstream Connection, Inc., (collectively the "Debtors").  The Court, having considered the Motion, the Second Interim Order, and the Debtors' request, *inter alia*, for authority to continue to use Victory Park's and the Junior Lenders' (as defined in the Motion) cash collateral within the meaning of Bankruptcy Code § 363(a) (the "Cash Collateral"), pursuant to Bankruptcy Code § 363(c), and to provide adequate protection pursuant to Bankruptcy Code §§ 361 and 363(e), and due and sufficient notice of the December 17, 2010 Preliminary Hearing having been given pursuant to the Second Interim Order; and preliminary hearings on the Motion having been held before this Court on November 5, 2010 at 2:00 p.m. (EDT), December 1, 2010 at 1:30 p.m. (EDT), December 3, 2010 at 2:00 p.m. (EDT) December

7, 2010 at 2:00 p.m. (EDT), and December 17, 2010 at 2:00 p.m. (EDT) (the "Preliminary Hearings"), and upon the entire record made at the Preliminary Hearings; the consent of Victory Park being provided on the record at the continued Preliminary Hearing on December 17, 2010, and being advised of the agreement and consent of the Junior Lenders and the Committee, and this Court having found good and sufficient cause appearing therefore

**ORDERS** that:

1. The Debtors are authorized to continue use of Cash Collateral, on an interim basis, through and including December 27, 2010, in accordance with the revised budget attached hereto as **Exhibit "A" ( the "Modified Budget")**.

2. A further hearing to consider the Motion and continued use of Cash Collateral is continued to **December 27, 2010 at 2:00 p.m., United States Bankruptcy Court, 299 E. Broward Boulevard, Courtroom 301, Fort Lauderdale, FL 33301**.

3. The Debtors are hereby authorized to pay those professional fees and expenses contemplated by the Modified Budget on December 27, 2010, and thereafter, also pursuant to the Modified Budget, into the Professional Fee Escrow established pursuant to the terms of the *Final Order Granting Debtors' Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals* [D.E. 196] (the "Interim Compensation Order"), provided, however, the Debtors shall not pay any fees and expenses to Garden City Group ("GCG"), as contemplated by the Modified Budget or otherwise, until GCG complies with the Interim Compensation Order and the Debtors, Victory Park, the Junior Lenders and the Committee consent to any payments earmarked in the Modified Budget for GCG, or the Court resolves objections, if any, to payments to GCG in accordance with the Interim Compensation Order.

4. Further, the Debtors' professionals are hereby authorized to immediately apply their pre-petition retainers in accordance with the agreements reached with respect to the amount and payment of fees and expenses allowed pursuant to the Modified Budget.

###

Submitted by:
Brian K. Gart, Esq.
Douglas A. Bates, Esq.
BERGER SINGERMAN, P.A.
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872
bgart@bergersingerman.com
dbates@bergersingerman.com

Copy furnished to:
Brian K. Gart, Esq.
*(Attorney Gart is directed to serve a conformed copy of this Order and to file a Certificate of Service with the Court).*

4

GULFSTREAM INTERNATIONAL AIRLINES
December

| | 29-Nov | 30-Nov | 1-Dec | 2-Dec | 3-Dec | WEEK TOTAL 3-Dec | 6-Dec | Actual Thru 7-Dec | 8-Dec | 9-Dec | 10-Dec | WEEK TOTAL 10-Dec | 13-Dec | 14-Dec | 15-Dec | 16-Dec | 17-Dec | WEEK TOTAL 17-Dec | 20-Dec | 21-Dec | 22-Dec | 23-Dec | 24-Dec | WEEK TOTAL 24-Dec | 27-Dec | 28-Dec | 29-Dec | 30-Dec | 31-Dec | WEEK TOTAL 31-Dec | MONTH TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 1,602 | 1,749 | 1,712 | 1,623 | 1,379 | 1,602 | 1,209 | 771 | 680 | 530 | 1,044 | 1,209 | 794 | 694 | 726 | 477 | 959 | 794 | 597 | 506 | 366 | 257 | 903 | 597 | 759 | 606 | 401 | 390 | 483 | 759 | 1,712 |
| **SOURCES-OPERATING** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Continental Weekly Revenue Advance | - | - | - | 504 | - | 504 | | | 518 | | | 518 | | | | 553 | | 553 | | | | 500 | | 500 | | | | 500 | | 500 | 2,575 |
| Airline Clearing House - Revenue | - | - | - | - | - | - | | | | | | - | | 1,943 | | | | 1,943 | | | | | | - | | | | | | - | 1,943 |
| Airline Clearing House - Expense | - | - | - | - | - | - | | | | | | - | | (1,398) | | | | (1,398) | | | | | | - | | | | | | - | (1,398) |
| Essential Air Service - DOT | - | - | - | - | - | - | | | | | | - | | | | 650 | | 650 | | | | | | - | | | | | | - | 650 |
| Airline Clearing House - IATA | - | - | - | - | - | - | | | | | | - | | | | 55 | | 55 | | | | | | - | | | | | | - | 55 |
| Cuba Charter | 175 | 12 | - | - | 100 | 287 | | 7 | | | | 7 | 100 | | | 150 | | 250 | | | | | 150 | 150 | | | | 150 | | 150 | 657 |
| Charter | - | - | - | - | - | - | | | | | | - | - | | | - | | - | | | | | | - | | | | | | - | - |
| Sunpac & Other | 5 | 3 | 6 | 10 | 7 | 31 | 7 | | 3 | 1 | 12 | 23 | 5 | 5 | 5 | 5 | 5 | 25 | | | | | | - | | | | | | - | 71 |
| Ministry of Tourism - Bahamas | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Autec Contract | - | - | - | - | - | - | | | | | 249 | 249 | | | | | | - | | | | | 240 | 240 | | | | | | - | 489 |
| Other | - | - | 2 | - | - | 2 | | | | | | - | | | | | | - | | 10 | | | | 10 | | | | | | - | 12 |
| Other | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | - | - | | | | | | - | - |
| **TOTAL RECEIPTS** | 180 | 15 | 8 | 514 | 107 | 824 | 7 | - | 10 | 519 | 261 | 797 | 105 | 550 | 5 | 1,413 | 5 | 2,078 | - | 10 | - | 650 | 240 | 900 | - | - | - | 650 | - | 650 | 6,452 |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Payroll** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net | - | - | 39 | 367 | - | 406 | | | | | | - | | 196 | | 400 | | 596 | | | | | | - | | | | 519 | 30 | 549 | 1,551 |
| Taxes | - | - | - | 133 | - | 133 | | | | | | - | | 80 | | 124 | | 204 | | | | | | - | | | | 171 | | 171 | 508 |
| Headcount Reductions | - | - | (70) | - | - | - | | | | | | - | | | | (20) | | (20) | | | | | | - | | | | (65) | (5) | (70) | (90) |
| Salary Reductions | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | | - | | | | (50) | (5) | (55) | (55) |
| Union Contract Savings | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | | - | | | | (25) | | (25) | (25) |
| | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| **Flight Operations** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fuel & Oil | - | 45 | 3 | 1 | 83 | 132 | | 1 | 74 | | 50 | 125 | 75 | 60 | 105 | 75 | 60 | 375 | 50 | 60 | | | 60 | 170 | | 60 | | | 60 | 120 | 877 |
| Food & Lodging | 1 | 1 | - | - | - | 2 | | | | | | - | | | | | | - | | | | | 10 | 10 | | | | | | - | 10 |
| Aircraft Rental | - | - | - | - | - | - | 441 | | | | | 441 | | | | | | - | | | | | | - | | | | | | - | 441 |
| All Other ( Flight Safety incl.) | 1 | - | - | - | 11 | 12 | | 1 | 1 | | | 2 | 5 | | | | | 5 | 5 | 10 | | | 5 | 20 | 5 | | | | | 5 | 43 |
| **Aircraft Maintenance** | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Vendor O'hauls | 12 | - | - | 20 | - | 32 | | | 18 | | 20 | 38 | 20 | | | | 20 | 40 | | | | | 40 | 40 | | | | | 40 | 40 | 178 |
| Rotable Parts-1900 | - | - | 24 | - | 2 | 26 | | 36 | | 1 | | 37 | | 40 | | | | 40 | | | | | | - | | | | | | - | 103 |
| Consumable Parts-1900 | 3 | - | 10 | 17 | 3 | 33 | | 2 | 6 | | 15 | 23 | | 25 | | | 20 | 45 | | | | | 10 | 10 | | | | 5 | | 5 | 113 |
| Engine Reserve | - | - | - | - | 144 | 144 | | | | | | - | | | | | 144 | 144 | | | | | 144 | 144 | | | | | 144 | 144 | 720 |
| All Other | - | - | 2 | 21 | - | 23 | | 2 | 18 | | | 20 | 5 | 30 | 8 | | 20 | 63 | | 5 | | | 10 | 15 | | | | | 20 | 20 | 141 |
| Critical Vendor Payments | - | - | - | 5 | - | 5 | | | | | 12 | 12 | 10 | | | | | 10 | | | | | | - | | | | | | - | 27 |
| **Stations** | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Landing Fees | - | - | - | - | - | - | | | | | - | - | | | 85 | | | 85 | | | | | | - | | | | | | - | 85 |
| Other Airport Fees | - | - | - | - | - | - | | | | | 25 | 25 | | 25 | | 50 | | 75 | | | | 75 | | 75 | | 50 | | | | 50 | 225 |
| Ground Handling | - | - | - | 20 | 2 | 22 | | 20 | | | - | 20 | | | | | | - | | | | | | - | | | | | | - | 42 |
| All Other (TSA incl.) | - | 4 | - | 15 | 3 | 22 | | 8 | 13 | | | 21 | | | 25 | | 62 | 87 | 36 | | 25 | | | 61 | | 25 | | | | 25 | 212 |
| **Sales and Reservations** | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| All Other | - | - | 5 | 49 | 25 | 79 | | 11 | | | 6 | 17 | 2 | 50 | 2 | | 3 | 57 | | | | | | - | | | | | | - | 153 |
| **General & Administrative / Other** | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Insurance (Hull & Pax Liab) | - | - | - | 108 | - | 108 | | | | | 17 | 17 | | | | | | - | | | | | | - | | | | | | - | 125 |
| Insurance - Other(W/C,Health,etc…) | 13 | - | - | - | - | 13 | | | | | | - | 73 | | | 176 | | 249 | | | | | 7 | 7 | | | | | | - | 256 |
| ACH / IATA | - | - | - | - | - | - | 4 | | | | | 4 | | | | | 22 | 22 | | | | | | - | | | | | 22 | 22 | 48 |
| Excise taxes | - | - | - | - | - | - | | | | | | - | 11 | | 20 | 87 | | 118 | | | | | | - | | 70 | | | | 70 | 188 |
| Other | 1 | 2 | 14 | 2 | 4 | 23 | | 25 | 10 | 4 | 15 | 54 | 4 | 12 | 3 | 6 | 16 | 41 | | | 3 | | 6 | 9 | | 3 | 3 | | 6 | 12 | 136 |
| Legal & Acctg | 2 | - | - | - | - | 2 | | 5 | | | 4 | 9 | | | | 4 | | 4 | | | | 4 | | 4 | | | | | | - | 21 |
| Critical Vendors | - | - | - | - | - | - | | | | | 3 | 3 | | | | | | - | | | | | | - | | | | | | - | 3 |
| Utilities, Rent & Other | - | - | 70 | - | - | - | | | | | | - | | | 6 | 29 | | 35 | | 75 | | 6 | | 21 | 27 | | | | | - | 70 |
| Cassel - Salpeter Retention | - | | | | | - | | | | | | - | | | | | | - | | 75 | | | | 75 | | | | | 8 | 8 | 75 |
| DIP Payments | - | - | - | - | - | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Payments to Professionals | - | - | - | - | - | - | | | | | 200 | 200 | | | | | | - | | | | | 71 | 71 | 148 | | | | 71 | 219 | 490 |
| **TOTAL DISBURSEMENTS** | 33 | 52 | 97 | 758 | 277 | 1,217 | 445 | 91 | 160 | 5 | 511 | 1,212 | 205 | 518 | 254 | 931 | 367 | 2,275 | 91 | 150 | 109 | 4 | 384 | 738 | 153 | 205 | 11 | 557 | 388 | 1,314 | 8,069 |
| **CONSOLIDATED CASH** | 1,749 | 1,712 | 1,623 | 1,379 | 1,209 | 1,209 | 771 | 680 | 530 | 1,044 | 794 | 794 | 694 | 726 | 477 | 959 | 597 | 597 | 506 | 366 | 257 | 903 | 759 | 759 | 606 | 401 | 390 | 483 | 95 | 95 | 95 |



EXHIBIT A

**GULFSTREAM INTERNATIONAL AIRLINES**
**January**

| | 3-Jan | 4-Jan | 5-Jan | 6-Jan | 7-Jan | WEEK TOTAL 7-Jan | 10-Jan | 11-Jan | 12-Jan | 13-Jan | 14-Jan | WEEK TOTAL 14-Jan | 17-Jan | 18-Jan | 19-Jan | 20-Jan | 21-Jan | WEEK TOTAL 21-Jan | 24-Jan | 25-Jan | 26-Jan | 27-Jan | 28-Jan | WEEK TOTAL 28-Jan | 31-Jan | 1-Feb | 2-Feb | 3-Feb | 4-Feb | WEEK TOTAL 4-Feb | MONTH TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 95 | 95 | 45 | 39 | 427 | 95 | 211 | 209 | 181 | 50 | (281) | 211 | (516) | (284) | (374) | (460) | (373) | (516) | (396) | (406) | (466) | (506) | (482) | (396) | (486) | (501) | (551) | (551) | (487) | (486) | 95 |
| **SOURCES-OPERATING** | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | |
| Continental Weekly Revenue Advance | | | | 400 | | 400 | | | (100) | 300 | | 200 | | | | | | - | | | | | | - | | | | | | - | 600 |
| Airline Clearing House - Revenue | | | | | | - | | | | | | - | 1,800 | | | | | 1,800 | | | | | | - | | | | | | - | 1,800 |
| Airline Clearing House - Expense | | | | | | - | | | | | | - | (1,200) | | | | | (1,200) | | | | | | - | | | | | | - | (1,200) |
| Essential Air Service - DOT | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Airline Clearing House - IATA | | | | | | - | | | | | | - | | | 20 | | | 20 | | | | | | - | | | | | | - | 20 |
| Cuba Charter | | | | 100 | | 100 | | | | 100 | | 100 | | | 100 | | | 100 | | | | 100 | | 100 | | | | | 70 | 70 | 400 |
| Charter | | | | | | - | | | | | | - | - | | | - | | - | | | | | | - | | | | | | - | - |
| Sunpac & Other | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Ministry of Tourism - Bahamas | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Autec Contract | | 240 | | | | - | | | | | | - | | | | | | - | | | | | 240 | 240 | | | | | | - | 240 |
| Other | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Other | | | | | | - | | | | | | - | | | | | | - | | | | | - | - | | | | | | - | - |
| **TOTAL RECEIPTS** | - | - | - | 500 | - | 500 | - | - | (100) | 400 | - | 300 | 600 | - | 20 | 100 | - | 720 | - | - | - | 100 | 240 | 340 | - | - | - | 70 | - | 70 | 3,060 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Payroll** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Net | | | | | | - | | | | 556 | 30 | 586 | | | | | | - | | | | 50 | 14 | 64 | | | | | | - | 650 |
| Taxes | | | | | | - | | | | 204 | | 204 | | | | | | - | | | | 10 | 4 | 14 | | | | | | - | 218 |
| Headcount Reductions | | | | | | - | | | | (100) | (5) | (105) | | | | | | - | | | | | | - | | | | | | - | (105) |
| Salary Reductions | | | | | | - | | | | (50) | (5) | (55) | | | | | | - | | | | | | - | | | | | | - | (55) |
| Union Contract Savings | | | | | | - | | | | (25) | | (25) | | | | | | - | | | | | | - | | | | | | - | (25) |
| | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| **Flight Operations** | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Fuel & Oil | | 50 | | | 40 | 90 | | 20 | | 40 | | 60 | | 50 | | | | 50 | | 10 | 40 | | 50 | 100 | | 50 | | | | 50 | 300 |
| Food & Lodging | | | | | | - | | | | | | - | | | | 5 | | 5 | | | | | | - | | | | | | - | 5 |
| Aircraft Rental | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| All Other ( Flight Safety incl.) | | | | | | - | | | | 5 | | 5 | | | | | | - | | | | | 2 | 2 | | | | | | - | 7 |
| **Aircraft Maintenance** | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Vendor O'hauls | | | | | 20 | 20 | | | | | 40 | 40 | 20 | | | | 10 | 30 | | | | | | - | | | | | | - | 90 |
| Rotable Parts-1900 | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Consumable Parts-1900 | | | | | 20 | 20 | | | | | 40 | 40 | | | | | 10 | 10 | | | | | 10 | 10 | | | | | | - | 80 |
| Engine Reserve | | | | | | - | | | | | - | - | 91 | | | | - | 91 | | | | | - | - | | | | | | - | 91 |
| All Other | | | | | 20 | 20 | | | | | 30 | 30 | | | | | | - | | | | | | - | | | | | 20 | 20 | 50 |
| Critical Vendor Payments | | | | | | - | | | | | | - | | | | | | - | | 10 | | | | 10 | | | | | | - | 10 |
| **Stations** | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Landing Fees | | | | | | - | | | | | | - | 85 | | | | | 85 | | | | | | - | | | | | | - | 85 |
| Other Airport Fees | | | | | | - | | | | 50 | | 50 | | | 75 | | | 75 | | | | | | - | | | | | | - | 125 |
| Ground Handling | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| All Other (TSA incl.) | | | | | 16 | 16 | | | 4 | 25 | | 29 | 62 | | 25 | | | 87 | | | | | | - | | | | | | - | 132 |
| **Sales and Reservations** | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| All Other | | | | | | - | 2 | 4 | | | | 6 | 60 | | 6 | | 3 | 69 | | | | | | - | | | | | | - | 75 |
| **General & Administrative / Other** | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Insurance (Hull & Pax Liab) | | | | 108 | | 108 | | | | | | - | | | | | | - | | | | | | - | 15 | | | | | 15 | 123 |
| Insurance - Other(W/C,Health,etc…) | 7 | | | | 7 | 7 | | | | 17 | | 17 | | | | | | - | | | | | 7 | 7 | | | | | 7 | 7 | 31 |
| ACH / IATA | | | | | 22 | 22 | | | | | 22 | 22 | | | | | | - | | | | | | - | | | | | | - | 44 |
| Excise taxes | | | | | | - | | | | 17 | | 17 | 50 | 11 | | | | 61 | | 50 | | | 154 | 204 | | | | | | - | 282 |
| Other | | | | | | - | | | | 9 | 12 | 21 | | | | | | - | | | | | 3 | 3 | | | | | | - | 24 |
| Legal & Acctg | | | | 4 | | 4 | | | | 4 | | 4 | | | | 4 | | 4 | | | | 6 | | 6 | | | | | | - | 18 |
| Critical Vendors | | | | | | - | | | | 4 | | 4 | | | | 4 | | 4 | | | | 4 | | 4 | | | | | | - | 12 |
| Utilities, Rent & Other | | | 6 | | | 6 | | | 6 | | | 6 | | 29 | | | | 29 | | | | 6 | | 6 | | | | 6 | | 6 | 47 |
| Cassel - Salpeter Retention | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| DIP Payments | | | | | | - | | | | | | - | | | | | | - | | | | | | - | | | | | | - | - |
| Payments to Professionals | | | | | 71 | 71 | | | | | 71 | 71 | | | | | | - | | | | | - | - | - | | | | | - | 142 |
| **TOTAL DISBURSEMENTS** | - | 50 | 6 | 112 | 216 | 384 | 2 | 28 | 31 | 731 | 235 | 1,027 | 368 | 90 | 106 | 13 | 23 | 600 | 10 | 60 | 40 | 76 | 244 | 430 | 15 | 50 | - | 6 | 27 | 98 | 3,656 |
| **CONSOLIDATED CASH** | 95 | 45 | 39 | 427 | 211 | 211 | 209 | 181 | 50 | (281) | (516) | (516) | (284) | (374) | (460) | (373) | (396) | (396) | (406) | (466) | (506) | (482) | (486) | (486) | (501) | (551) | (551) | (487) | (514) | (514) | (501) |



EXHIBIT 13

## GULFSTREAM INTERNATIONAL AIRLINES
Professional Fees Analysis
($ in thousands)

| Professionals | | Nov | Dec to Mid-Jan | Total | By Firm |
|---|---|---:|---:|---:|---:|
| **Berger Singerman** | | | | | |
| Fees | | $ 190.0 | $ 140.0 | $ 330.0 | $ 330.0 |
| Retainer | | (125.0) | - | (125.0) | |
| Deferred | | (20.4) | 20.4 | - | |
| | Net Fees Due | 44.6 | 160.4 | 205.0 | |
| **Jetstream** | | | | | |
| Fees | | 50.0 | - | 50.0 | |
| Addt Fees | | 40.0 | - | 40.0 | |
| Total Fees | | 90.0 | - | 90.0 | 90.0 |
| Retainer | | (50.0) | - | (50.0) | |
| | Net Fees Due | 40.0 | - | 40.0 | |
| **Gray Robinson Fees** | | 33.6 | 93.0 | 126.6 | **126.6** |
| **Garden City Fees** | | 30.0 | 30.0 | 60.0 | **60.0** |
| **Cassel Salpeter** | | - | 75.0 | 75.0 | **75.0** |
| **Total Net Fees Due** | | 148.2 | 358.4 | 506.6 | $ **681.6** |
| Dec Payments | | 148.2 | 75.0 | 223.2 | |
| | Estimated Total Balance Due | $ - | $ 283.4 | $ 283.4 | |
| | To fund if allocated over 4 weeks | | | $ 70.9 | |
| Total Fees | | $ 343.6 | $ 338.0 | $ 681.6 | |

**Recap**
| | | |
|---|---|---:|
| Retainers | | $ 175.0 |
| December Estimated Payments | | 223.2 |
| Estimated Dec & Jan (to mid month) | | 283.4 |
| | Payments to be made in Dec & Jan. | 506.6 |
| | Total Fees | $ 681.6 |

Note: Excludes $200.0 funding into escrow on Dec 10, 2010.