

## ORDERED in the Southern District of Florida on January 03, 2011.

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GULFSTREAM INTERNATIONAL GROUP, INC., et al., | Case No.: 10-44131-JKO<br>Jointly Administered |
| _____Debtors._____ / | |

### ORDER CONTINUING HEARINGS ON MOTIONS [D.E. NOS. 8, 253 AND 260]

THIS MATTER came before the Court on December 30, 2010 at 9:30 a.m. upon the *Debtors' Motion for Interim and Final Orders (I) Authorizing (A) Secured Post-Petition Financing Pursuant to 11 U.S.C. §§ 105,361, 362, 364(c)(1), (c)(2),(c)(3), and (d); (B) Granting Security Interests, Superpriority Liens and Claims and Adequate Protection; and (C) Use of Cash Collateral and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(C)* [D.E. No. 8], *Emergency Motion of the Official Committee of Unsecured Creditors to Convert Cases to Chapter 7* [D.E. No. 253], and the *Emergency Motion of the Official Committee of Unsecured Creditors to Reconsider*

*Amended Order (I) Establishing Competitive Sale and Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (II) Approving Form and Manner of Notices; (III) Scheduling Hearing Dates to Conduct Auction and to Consider Final Approval of Sale Including Treatment of Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [D.E. No. 260] (collectively, the "Motions"). For the reasons stated on the record, it is

ORDERED as follows:

The hearing on each of the Motions is CONTINUED to **Tuesday, January 4, 2010 at 1:30 p.m. at the United States Courthouse, 299 East Broward Boulevard, Room 301, Fort Lauderdale, Florida 33301**.

###

**Submitted by:**
Steven J. Solomon, Esq.
GrayRobinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, Florida 33131
(305) 416-6880
(305) 416-6887


The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).


\303467\1 - # 391986 v1