**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                    Chapter 11 Cases

GULFSTREAM INTERNATIONAL                        Case No. 10-44131-BKC-JKO
GROUP, INC., *et al.*                                              Jointly Administered

                    Debtors.
_____/

**OBJECTION OF SAH-VUL STRATEGIC PARTNERS I, LLC TO THE SALE OF THE**
**DEBTORS' ASSETS TO VICTORY PARK CAPITAL ADVISORS**

        SAH-VUL Strategic Partners I, LLC ("SVSP"), by and through undersigned counsel,
respectfully submits its objection (the "Objection") to the Sale (the "Sale") of the Debtors' Assets
to Victory Park Capital Advisors (the "Victory Park") in accordance with the Amended Bidding
Procedures Order [ECF No. 213].  In support of its Objection, SVSP represents as follows:

        At Wednesday's auction, the Debtors and the Official Creditors Committee deemed the
bid by Victory Park to be the highest and best offer for the Debtors' assets over a competing bid
by Gulfstream Group Acquisition Co., LLC, an affiliate of FSI ("FSI").  SVSP objects to the Sale
to Victory Park because it now appears that Victory Park's successful bid was materially
misleading and was designed to chill bidding by FSI, which it accomplished.  Moreover, it now
appears that Victory Park and Shelter Island intentionally concealed the agreement they reached
with one another, which furthered Victory Park's *sub rosa* plan to thwart FSI and thereby
undermine the Sale process.  For these reasons, the Court should not approve the Sale to Victory
Park.

Additionally, approval of the Sale would transgress the absolute priority rule by earmarking Sale proceeds to unsecured creditors before SVSP, a secured creditor, is paid in full.[1] The Sale would similarly violate section 363(f) of the Bankruptcy Code because the Debtors seek to sell SVSP's collateral free and clear of liens without meeting any of the requirements set forth in section 363(f).

SVSP further objects to the Sale because SVSP has not been afforded an opportunity to review a proposed Sale order or asset purchase agreement. As the Debtors and Victory Park are apparently in disagreement over the terms of these documents, SVSP can only surmise that it too will take issue with the terms contained therein.

WHEREFORE, SVSP respectfully requests that (a) the Court deny approval of the Sale to Victory Park and (b) grant such other and further relief as the Court may deem appropriate.

Dated: January 7, 2010

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE & AXELROD, LLP
*Counsel for SAH-VUL Strategic Partners I, LLC*
1450 Brickell Avenue
Suite 2300
Miami, FL 33131
Tel. (305) 350-2403
Fax (305) 350-2403

By: */s/ Scott L. Baena*
Scott L. Baena, Esq.,
Florida Bar No. 186445
sbaena@bilzin.com
Matthew I. Kramer, Esq.
Florida Bar No. 0937231
mkramer@bilzin.com

---

[1] SVSP has filed proofs of claim in each of these jointly administered cases.

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served this 7th day of January, 2011 on all parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Scott L. Baena
Scott L. Baena

## <u>CM/ECF ELECTRONIC MAIL SERVICE LIST</u>

Thomas P Abbott on behalf of Creditor Miami-Dade Aviation Department
tabbott@miami-airport.com

Joaquin J Alemany on behalf of Creditor CIGNA Dental Health of Florida, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Scott L. Baena on behalf of Creditor SAH-VUL Strategic Partners I, LLC
sbaena@bilzin.com, eservice@bilzin.com;abeck@bilzin.com;lflores@bilzin.com

Jeffrey P. Bast on behalf of Creditor Taglich Brothers, Inc.
jbast@bastamron.com, jdepina@bastamron.com;dquick@bastamron.com

Douglas A Bates on behalf of Debtor Gulfstream International Group, Inc.
dbates@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Eyal Berger on behalf of Creditor Victory Park Capital Advisors, LLC
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Daniel F Blanks on behalf of Interested Party US Airways, Inc.
dblanks@mcquirewoods.com, aabbott@mcguirewoods.com

Mark F Booth on behalf of Creditor Cooper Trading Corporation
mfbooth@rmzlaw.com

Steven R Braten on behalf of Creditor BroadbandOne, Inc. d/b/a Host.Net
sbraten@bankruptcy-creditors.com, sndlawfirm@yahoo.com

Brett A. Elam on behalf of Creditor QC Laboratories, Inc.
belam@brettelamlaw.com, erajh@brettelamlaw.com

Brian K Gart on behalf of Debtor GIA Holdings Corp., Inc.
bgart@bergersingerman.com, clamb@bergersingerman.com;efile@bergersingerman.com

Emily S Gottlieb on behalf of Noticing / Claims Agent The Garden City Group, Inc
jessica.wasserstrom@gcginc.com,
paul.kinealy@gardencitygroup.com;PACERteam@gardencitygroup.com;Matt.Corwin@gardenc
itygroup.com;Marcy.Uhrig@gardencitygroup.com;Brian.Karpuk@gardencitygroup.com;Ira.Nik
elsberg@gardencitygroup.com;Karen.Gaffney@gardencitygroup.com

Scott M. Grossman on behalf of Creditor Shelter Island Opportunity Fund, LLC
grossmansm@gtlaw.com,
jacksont@gtlaw.com;MiaLitDock@gtlaw.com;FTLLitDock@GTLaw.com;miaecfbky@gtlaw.c
om

Aaron L Hammer on behalf of Creditor CAVOK, a division of Oliver Wyman, Inc.
ahammer@freebornpeters.com, bkdocketing@freebornpeters.com

Andrea Horowitz Handel on behalf of Creditor United States America
andrea.handel@usdoj.gov

Hollie N Hawn on behalf of Creditor Broward County Records,Taxes & Treasury
hhawn@broward.org

Benjamin A Kahn on behalf of Creditor FlightSafety International, Inc.
bkahn@nexsenpruet.com

Paul J. Keenan, Jr. on behalf of Creditor Shelter Island Opportunity Fund, LLC
keenanp@gtlaw.com, reisinoa@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Roy S Kobert on behalf of Attorney Broad and Cassel
orlandobankruptcy@broadandcassel.com

Matthew I. Kramer on behalf of Creditor SAH-VUL Strategic Partners I, LLC
mkramer@bilzin.com, eservice@bilzin.com;abeck@bilzin.com;lflores@bilzin.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Reggie David Sanger on behalf of Creditor Richard Bulow
ecfmail@reggiedsangerpa.com, rdsoffice@gmail.com

Robert A. Schatzman on behalf of Creditor Committee Creditor Committee
robert.schatzman@gray-robinson.com, marilyn.rivera@gray-robinson.com;lisa.negron@gray-robinson.com

Steven J. Solomon on behalf of Creditor Committee Creditor Committee
steven.solomon@gray-robinson.com, lnegron@gray-robinson.com;marilyn.rivera@gray-robinson.com

Frank Terzo on behalf of Creditor Committee Creditor Committee
frank.terzo@gray-robinson.com, lnegron@gray-robinson.com;jennifer.phillips@gray-robinson.com

Mark J Wolfson on behalf of Creditor Raytheon Aircraft Credit Corporation
mwolfson@foley.com, btanner@foley.com;jhayes@foley.com

## U.S. FIRST CLASS MAIL SERVICE LIST

United States Attorney
500 SW Australian Ave.
Ste 400
West Palm Beach, FL 33401

Usda, Aphis, Aqi
PO Box 979044
St. Louis, MO 63197

Wood County Airport Authority
P.O. Box 4089
Parkersburg, WV 26104

Willow A Al-Shamma
330 East Bay Blvd N
Traverse City, MI 49686

Wolfe Axelrod
Weinberg Assoc.
Attention: Stephen D. Axelrod
317 Madison Ave, Suite 515
New York, NY 10017

Bahamas Out Island
Promotion Board
Attn: Stephen Kappeler
Notels Center
Cable Beach, Bahamas

Nelson Luis
2121 N Bayshore Dr Apt 1416
Miami, FL 33137

Norman C. Heglund
Chemin Du Moulin Delay 6
1473 Glabais, Belgium

Raytheon Aircraft Credit Corp
101 S Webb Street
Suite 300
Wichita, KS 67207

Orlando Airport Authority
Greater Orlando Aviation
Authority GOAA
Orlando International Airport
One Airport Blvd
Orlando, FL 32827

Palm Beach County
Dept. of Airports
846 Palm Beach Int'l Airport
West Palm Beach, FL 33406

Regina C. Lemmer Revoc. Trust
Attn: Regina C Lemmer, Trustee
107 Clubhouse Lane, #193
Naples, FL 34105

Raytheon Aircraft Credit Corp
8300 Thorn Drive
Suite 100
Wichita, KS 67226

Raytheon Aircraft Credit Corp
Attn. John A Kurz
101 South Webb Road, Suite 300
Wichita, KS 67207

Ruben & Ann Kueffner Trust
Attn: Ann B. Kueffner, Trustee
2270 Mcewan Street
Saginaw, MI 48602

Roger Berkon
1715 NE 36 St
Oakland Park, FL 33334

Beth Hansen, Esq.
Goodrich Corporation
Four Coliseum Centre
2730 West Tyvola Road
Charlotte, NC 28317-4578

Shelter Island
Opportunity Fund, LLC
Attn Michael E. Fein
One East 52nd Street, Sixth Floor
New York, NY 10022

Sah-Vul Strategic Partners I LLC
1690 South Congress Ave
Suite 200
Delray Beach, FL 33445

Shelter Island
Opportunity Fund LLC
1 East 52nd Street
New York, NY 10022

Special Asst US Attorney
IRS District Counsel
1000 S Pine Island Rd, Ste 340
Plantation, FL 33324

Sky West Inc
444 South River Road St
George, UT 84709

Special Asst US Attorney
PO Box 9 Stop 8000
51 SW First Ave #1114
Miami, FL 33130

TGAAP, LLC
32 Grimes Ave
East Boothbay, ME 04544

Stephen Williams
1041 NE 204 Terrace
North Miami, FL 33179

Tara Arnold IRA DCG & T
4740 Murcott Ave
Merritt Island, FL 32953

US Department of Justice
Eastern Regional Office
70 Kimball Ave
So Burlington, VT 05403

MIAMI 2354679.1 7930434908

The Richard S. Friedman
2008 Revocable Trust
730 Intracoastal Drive
Ft. Lauderdale, FL 33304

U.S. Customs & Border Protection
Attn: User Fee Team
Revenue Division
6650 Telecom Drive, Suite 100
Indianapolis, IN 46278

Wachovia Financial Services Inc.
One Wachovia Center
Mail Code NC 0738
Charlotte, NC 28288

American Express
PO Box 360001
Ft. Lauderdale, FL 33336

Ashley Sullivan
15405 NW 7th Ave
Miami, FL 33169

Auerbach Family Trust
Attn: Larry Auerbach, Trustee
1040 Cove Way
Beverly Hills, CA 90210

Bahama Investments Family
Attn Ralph Eckler
190 Sykes Loop Drive
Merritt Island, FL 32953

Bahamas Immigration FPO
Attn Dorothy Rolle
C/o Public Treasury
Freeport, Grand Bahamas

Brier, Andrea Lynn R/O DCG&T
1364 Union Street, #B
San Francisco, CA 94109

Rachel Ehrlich Albanese, Esq.
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

Bonnier Active Media Inc.
PO Box 406480
Atlanta, GA 30384

Cavok
Attn Peter Feldman
PO Box 3800-28
Boston, MA 02241

Broward County Revenue Collector
Governmental Center Annex
115 South Andrews Avenue
Fort Lauderdale, FL 33301

California First Leasing Corporation
180201 Von Karman Ave
Suite 800
Irvine, CA 92612

Continental Airlines
1600 Smith Street
Houston, TX 77002

City of Atlanta
Department of Aviation
PO Box 920500
Atlanta, GA 30392

Cleveland Hopkins Int'l Airport
Treasurer City of Cleveland
Keybank Services, Lockbox # 70275
2025 Ontario Avenue
Cleveland, OH 44115

Daytona Beach Int'l Airport
Attn: Finance Dept.
C/O County Of Volusia
700 Catalina Drive, Suite 300
Daytona Beach, FL

Gulfstream International Group, Inc., et al
Attn: David F. Hackett, Chief Executive
Officer and President
3201 Griffin Road, 4th Floor
Fort Lauderdale, FL 33312

Craig Macnab
1860 Summerland Ave.
Winter Park, FL 32789

Federal Aviation Administration
Attn J R Babbit, Administrator
U.S. Department Of Transportation
800 Independence Avenue, SW
Washington DC 20591

Department of Civil Aviation
Exuma International Airport
Security Department
Georgetown, Exuma, Bahamas

Department of Civil Aviation
C/O The Treasury Department
P.O. Box N-7524
Nassau, N.P., The Bahamas BS

Florida Department Of Treasury
5050 West Tennessee St
Tallahassee, FL 32399

Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314

Florida Department Of Revenue
C/O Agency Clerk
501 S. Calhoun St
Rm 201 Carlton Bldg
Tallahassee, FL 32399

Gov't of the Virgin Islands
Department of Civil Aviation
PO Box 3013
Road Town, Tortola B.V.I.

Florida Department of Treasury
200 East Gaines St
 Tallahassee, FL 32399

Glenn Richard Hicks
Roth DCG & T
21 Tanfield Rd
 Tiburon, CA 94920

Gregory Mcdaniel SEP IRA
85 Howes Road
 Montville, ME 04941

Grand Bahamas Airport
Company
PO Box F-40916
 Freeport, Bahamas

Greater Orlando Aviation Auth.
P.O. Box 864634
 Orlando, FL 32886

Hawker Beechcraft Corp
Attn Sandy Hollingshead
PO Box 102470
 Atlanta, GA 30368

Gulfstream Funding Ii, LC
C/O Douglas E. Hailey
Robert Schroeder
861 Maggies Way
Waterbury Center, VT 05677

Gulfstream Funding Ii, LLC
C/O Taglich Brothers, Inc.
as Agent
275 Madison Avenue, Suite 1618
New York, NY 10016

Internal Revenue Service
Attn Insolvency Section
PO Box 21126
Philadelphia, PA 19114

Helio Mestrovic
4378 Dogwood Circle
Weston, FL 33331

Hillsborough County Aviation
Authority
PO Box 22287
Tampa, FL 33622

Irwin Union Bank And Trust Co
224 South 200 West, #100
Salt Lake City, UT 84101

Internal Revenue Service
Attn Herman Hooker
51 SW 1st Ave Rm 700
Miami, FL 33130

Internal Revenue Service
Attn Jacqueline Kelly
Insolvency Unit
7850 SW 6th Ct
Plantation, FL 33324

Jacqueline Portuondo
7250 West Lago Drive
Miami, FL 33143

James Tiampo Money
Purchase Plan
Attn: James J Tiampo
435 Martin Street, Suite 3090
Blaine, WA 98230

Larry And Betty Mcnamara
111 Baylor Drive
Oak Ridge, TN 37830

Kenin Spivak
702 North Hillcrest Road
Beverly Hills, CA 90210

Kurtzman, Chana & Zvi
Kurtzman
Cipora Lavut
419 Oakmont Pl., N.W.
Atlanta, GA 30327

Margaret B. Heglund Liv. Trust
Attn: M. B. Heglund, Trustee
104 Brooksby Village Dr, #315
Peabody, MA 01960

Leary Dunn
1418 Avon Lane
North Lauderdale, FL 33068

Macathel Lp
Attn: James Boettener
946 Pelton Drive
Menlo Park, CA 94025

Nancy L Boyce
84 6th Street
Shalimar, FL 32579

Mark Ottosen
PO Box 7312
Fort Lauderdale, FL 33338

Michael Portuondo
6630 SW 85th Street
Miami, FL 33143

Office of the Attorney General
The Capitol Pl-01
Tallahassee, FL 32399

Mark F. Booth
Roger, Morris, Ziegler LLP
1401 East Broward Blvd., Suite 300
Fort Lauderdale, FL 33301

MIAMI 2354679.1 7930434908

Peter D. Schellie
Bingham McCutchen LLP
2020 K Street NW
Washington DC 20006-1806

Jeffrey M. Rosenthal, Esq.
Greenberg Traurig, LLP
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932-0677

Carren B. Shulman, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112