**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                    Chapter 11

GULFSTREAM INTERNATIONAL                Case No. 10-44131-BKC-JKO
GROUP INC., ET AL.,                             Jointly Administered

      Debtor.
_____/

**JOINDER OF TAGLICH BROTHERS, INC. TO SAH-VUL STRATEGIC**
**PARTNERS I, LLC'S OBJECTION TO THE SALE OF THE DEBTORS'**
**ASSETS TO VICTORY PARK CAPITAL ADVISORS [ECF No. 292]**

Taglich Brothers, Inc. ("Taglich") hereby joins, incorporates and adopts the arguments raised in the Objection to the sale of the Debtors' Assets to Victory Park Capital Advisors (the "Objection") [ECF No. 292] filed by SAH-VUL Strategic Partners I, LLC.

WHEREFORE, Taglich Brothers, Inc. joins, incorporates and adopts herein the arguments raised in the Objection and respectfully requests that the Court enter an Order denying the sale of the Debtors' Assets to Victory Park Capital Advisors and for such other and further relief as is just and proper.

Dated:  January 7, 2011.

Respectfully submitted,

**BAST AMRON LLP**
*Attorneys for Taglich Brothers, Inc.*
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: 305-379-7904
Facsimile: 305-379-7905
E-mail:  jbast@bastamron.com
       bamron@bastamron.com
       jeder@bastamron.com

By: */s/ Jeffrey P. Bast*
       Jeffrey P. Bast, Esq. (FBN 96343)
       Brett M. Amron, Esq. (FBN 148342)
       John R. Eder. Esq. (FBN 046720)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system where available, upon the parties listed below this 7th day of January, 2011.

/s/ *John R. Eder*
John R. Eder

## SERVICE LIST

- Scott L. Baena    sbaena@bilzin.com,
  eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com
- Jeffrey Bast    jbast@bastamron.com, jdepina@bastamron.com;dquick@bastamron.com
- Douglas A Bates    dbates@bergersingerman.com,
  fsellers@bergersingerman.com;efile@bergersingerman.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinez@akerman.com
- Mark F Booth    mfbooth@rmzlaw.com
- Steven R Braten    sbraten@bankruptcy-creditors.com, sndlawfirm@yahoo.com
- Brian K Gart    bgart@bergersingerman.com,
  clamb@bergersingerman.com;efile@bergersingerman.com
- Emily S Gottlieb    jessica.wasserstrom@gcginc.com,
  paul.kinealy@gardencitygroup.com;PACERteam@gardencitygroup.com;Matt.Corwin@
  gardencitygroup.com;Marcy.Uhrig@gardencitygroup.com;Brian.Karpuk@gardencitygro
  up.com;Ira.Nikelsberg@gardencitygroup.com;Karen.Gaffney@gardencitygroup.com
- Andrea Horowitz Handel    andrea.handel@usdoj.gov
- Hollie N Hawn    hhawn@broward.org
- Paul J. Keenan, Jr.    keenanp@gtlaw.com,
  reisinoa@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Matthew I. Kramer    mkramer@bilzin.com,
  eservice@bilzin.com;lflores@bilzin.com;abeck@bilzin.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robert A. Schatzman    robert.schatzman@gray-robinson.com, marilyn.rivera@gray-
  robinson.com
- Steven J. Solomon    steven.solomon@gray-robinson.com, lnegron@gray-
  robinson.com;marilyn.rivera@gray-robinson.com
- Frank Terzo    frank.terzo@gray-robinson.com, lnegron@gray-
  robinson.com;jennifer.phillips@gray-robinson.com
- Mark J Wolfson    mwolfson@foley.com, btanner@foley.com;jhayes@foley.com