ORDERED in the Southern District of Florida on Mar 1, 2011



John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GULFSTREAM INTERNATIONAL GROUP, INC., *et al.*,[1] | Case No.: 10-44131-JKO<br>Jointly Administered |
| Debtors._____/ | |

## ORDER GRANTING DEBTORS' EXPEDITED MOTION FOR ORDER EXTENDING THE DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES

**THIS MATTER** came before the Court on the 1st day of March, 2011 at 2:30 p.m. in Fort Lauderdale, Florida to consider the *Debtors' Expedited Motion for Order Extending the Deadline to Assume or Reject Unexpired Leases* (D.E. 377) (the "Motion"). The Court, having

---

[1] The address of each of the Debtors is 3201 Griffin Road, 4th Floor, Fort Lauderdale, FL 33312; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis: (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

3498135-1

considered the Motion, having heard the presentation of counsel, and being otherwise fully advised in the premises, it is

**ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The time within which the Debtors must assume or reject unexpired leases is extended for a period of ninety (90) days, through and including June 2, 2011, without prejudice to the right of the Debtors to seek further extensions as necessary.

# # #

Submitted by:
Douglas A. Bates, Esq.
Berger Singerman, P.A.
200 S. Biscayne Boulevard
Suite 1000
Miami, FL 33131
Tel. (305) 755-9500
Fax. (305) 714-4340
E-mail: dbates@bergersingerman.com

Copy to:
Douglas A. Bates, Esq.
*(Attorney Bates is directed to mail a conformed copy of this order upon all interested parties and to file a certificate of service).*

3498135-1                                         2