**EXHIBIT B**

In re: Gulfstream International Group, Inc., *et al* ("Debtors")[1]
Case No. 10-44131-BKC-JKO (Jointly Administered)
Schedule of Potential Litigation Targets

**Debtors**

| Target | Gulfstream International Group, Inc. | Gulfstream International Airlines, Inc. | Gulfstream Training Academy, Inc. | Gulfstream Connection, Inc. | GIA Holdings Corp., Inc. |
|---|---|---|---|---|---|
| AEK Technology, Inc. |  | X |  |  |  |
| Aero Mag 2000 CLE, LLC |  | X |  |  |  |
| Aero-Mach Labs, Inc. |  | X |  |  |  |
| Aerospace Products International |  | X |  |  |  |
| Airline Services International, Inc. |  | X |  |  |  |
| American Express |  | X |  |  |  |
| AT&T |  | X |  |  |  |
| AT&T Mobility |  | X |  |  |  |
| Automatic Data Processing, Inc. |  | X |  |  |  |
| Aviall Services, Inc. |  | X |  |  |  |
| Aviation Flight Control Services |  | X |  |  |  |
| Aviation International Corp. |  | X |  |  |  |
| B/E Aerospace, Inc. |  | X |  |  |  |
| Bahamas Telecommunications Co. |  | X |  |  |  |
| Barry's Hess Station |  | X |  |  |  |
| Big Bear Tire, Inc. |  | X |  |  |  |
| Blount Realty Partners, LTD. |  | X |  |  |  |
| Bradford Regional Airport Authority |  | X |  |  |  |
| Broward County Aviation Dept. |  | X |  |  |  |

---

[1] The Committee reserves the absolute right to amend or include additional litigation targets as well as to conduct further litigation analysis regarding the above listed targets. The Committee is still conducting its potential litigation analysis and reiterates that the above list is simply a list of "potential" targets.

| Target | Gulfstream International Group, Inc. | Gulfstream International Airlines, Inc. | Gulfstream Training Academy, Inc. | Gulfstream Connection, Inc. | GIA Holdings Corp., Inc. |
|---|---|---|---|---|---|
| CIGNA | | X | | | |
| Clearfield-Jefferson Counties | | X | | | |
| City of Tallahassee | | X | | | |
| Clearfield-Jefferson Counties | | X | | | |
| Cleveland Hopkins Int'l Airport | | X | | | |
| CMG Contracting Inc. | | X | | | |
| Colina Insurance LTD | | X | | | |
| Cooper Trading Corporation | | X | | | |
| CT Corporation System | | X | | | |
| Defense Finance & Accounting Service | | X | | | |
| Desser Tire & Rubber Co. Inc | | X | | | |
| Dukes, Inc. | | X | | | |
| Edwards Angell Palmer & Dodge LLP | | X | | | |
| Elavon | | X | | | |
| EYW Holding, Inc. | | X | | | |
| F.P.L. | | X | | | |
| Federal Express | | X | | | |
| First Express Funding Corp. | | X | | | |
| Firstlab | | X | | | |
| FLL-Air, Inc. | | X | | | |
| Ford & Harrison LLP | | X | | | |
| Frank Crystal & Company, Inc. | | X | | | |
| Freeport Flight Service | | X | | | |
| Fusion Uniforms & Linens Inc. | | X | | | |
| Future Aviation, Inc. | | X | | | |
| Global Parts, Inc. | | X | | | |
| Greater Orlando | | X | | | |

| Target | Gulfstream International Group, Inc. | Gulfstream International Airlines, Inc. | Gulfstream Training Academy, Inc. | Gulfstream Connection, Inc. | GIA Holdings Corp., Inc. |
|---|---|---|---|---|---|
| Aviation Auth. | | | | | |
| Greenberg Traurig, LLP | | X | | | |
| Hartzell Propeller, | | X | | | |
| Hawker Beechcraft Corporation | | X | | | |
| Hillsborough County Aviation | | X | | | |
| Hilton Garden Inn | | X | | | |
| Hodgson Russ LLP | | X | | | |
| Honeywell Aerospatiale Inc. | | X | | | |
| Host.Net | | X | | | |
| Israel Roldan | | X | | | |
| Jeffries & Company, Inc. | | X | | | |
| Jetstream Aviation Management, LLC | | X | | | |
| JP Morgan Chase Bank | | X | | | |
| KAJ Financial Services | | X | | | |
| Kansas Aviation of Independence | | X | | | |
| Kenneth Tobin | | X | | | |
| La Noche Se Mueve LLC | | X | | | |
| Lewis Key | | X | | | |
| LTC Partners | | X | | | |
| Maritza Machado | | X | | | |
| Mesa Air Group, Inc. | | X | | | |
| MIA Airlines Services | | X | | | |
| Miami Dade Aviation Department | | X | | | |
| Million Air Tallahassee | | X | | | |
| Multi Service Aviation | | X | | | |
| Napa Reliable Parts & Services | | X | | | |
| Nassau Airport | | X | | | |

| Target | Gulfstream International Group, Inc. | Gulfstream International Airlines, Inc. | Gulfstream Training Academy, Inc. | Gulfstream Connection, Inc. | GIA Holdings Corp., Inc. |
|---|---|---|---|---|---|
| Development Co. | | | | | |
| Netevidence, Inc. | | X | | | |
| Odyssey Aviation | | | | | |
| Okeechobee Painting Center, LLC | | X | | | |
| Palm Beach County | | X | | | |
| Paradise Credit Union | | X | | | |
| Pensacola Gulf Coast Regional Airport | | X | | | |
| Pension Financial Services | | X | | | |
| Piedmont Hawthorne Aviation, LLC | | X | | | |
| Professional Aircraft Accessories, Inc. | | X | | | |
| QC Laboratories, Inc. | | X | | | |
| R&R Global Partners | | X | | | |
| Richard Bulow | | X | | | |
| Rockwell Collins | | X | | | |
| Ronald D. Landers | | X | | | |
| Ronald K. Fuller | | X | | | |
| Skytrack | | X | | | |
| Standard Aero Limited | | X | | | |
| Staples Business Advantage | | X | | | |
| Strachan's Aviation | | X | | | |
| Surfers Manor | | X | | | |
| Teamsters Local 1224 | | X | | | |
| TEI Analytical Services, Inc. | | X | | | |
| The Alliant Group | | X | | | |
| The Conch Inn Hotel & Marina | | X | | | |

| Target | Gulfstream International Group, Inc. | Gulfstream International Airlines, Inc. | Gulfstream Training Academy, Inc. | Gulfstream Connection, Inc. | GIA Holdings Corp., Inc. |
|---|---|---|---|---|---|
| Toshiba Business Solutions | | X | | | |
| Triumph Instruments & Avonics | | X | | | |
| UPS Supply Chain Solutions | | X | | | |
| USDA, APHIS, AQI | | X | | | |
| Vision Aerospace International, Inc. | | X | | | |
| Weather Services International | | X | | | |
| Wellfleet Partners, Inc. | | X | | | |
| White Crown Aviation | | X | | | |
| William Leonard, Esq. | | X | | | |
| World Fuel Services of Florida | | X | | | |
| Barry S. Lutin | | X | | | |
| Gary P. Arnold | | X | | | |
| Gary L. Fishman | | X | | | |
| Peter Taggart | | X | | | |
| Richard R. Schreiber | | X | | | |
| Robert M. Brown | | X | | | |
| Thomas A. McFall | | X | | | |
| Thomas Cooper | | X | | | |
| ADP Payroll | | | X | | |
| CGLIC-Chattanooga EASC | | | X | | |
| EYW Holding, Inc. | | | X | | |
| PNC Bank | | | X | | |
| Stanley Medow | | | X | | |