**ORDERED in the Southern District of Florida on** July 19, 2011



John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GULFSTREAM INTERNATIONAL GROUP, INC., et al., | Case No.: 10-44131-JKO Jointly Administered |
| _____Debtors._____ / | |

**ORDER GRANTING COMMITTEE'S MOTION FOR ORDER
(I) CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT &
CHAPTER 11 LIQUIDATING PLAN, (II) CONSOLIDATING HEARINGS, (III)
REQUESTING AN EXPEDITED HEARING, (IV) SHORTENING TIME
PERIODS FOR NOTICE OF THE CONFIRMATION HEARING, AND OTHER
CERTAIN REQUESTED RELIEF REGRADING PLAN CONFIRMATION**

THIS CAUSE came before the Court for hearing on July 19, 2011 at 9:30 a.m. (the "Hearing"), upon the Committee's Motion for Order (I) Conditionally Approving the Disclosure Statement & Chapter 11 Liquidating Plan, (II) Consolidating Hearings, (III) Requesting an Expedited Hearing, (IV) Shortening Time Periods For Notice of the Hearing, and other Certain Requested Relief Regarding Plan Confirmation. (the "Motion") (Doc. No. 531), filed by the Official Committee of Unsecured Creditors of Gulfstream International Group, Inc. (the "Committee"). The Court having reviewed the

1

Motion, having heard argument of counsel, and being otherwise fully advised on the requested relief, it is:

**ORDERED AND ADJUGED** THAT:

1. The Motion is **GRANTED** in its entirety.

2. This Court has jurisdiction over this matter and the parties affected thereby pursuant to 28 U.S.C. §§ 157 and 1334.

3. This is a core proceeding within the meaning of 28 U.S.C. 157(b)(2)(A).

4. Pursuant to the Motion and this Order, this Court, for good cause, hereby conditionally approves the Disclosure Statement and Plan, allows for consolidation of the hearings for approval of the Disclosure Statement and confirmation of the Plan, shall hold **an expedited confirmation hearing on August 16, 2011** *at 2:30pm JLO*, allows for the shortening of the time periods for notice of the confirmation hearing, allows for a one (1) page summary of the Disclosure Statement and Plan with a ballot on the back page (which will include a website link to the full Disclosure Statement and Plan) be mailed out for solicitation purposes, **requires that the ballots be sent out no later than July 22, 2011, sets the deadline to file ballots voting on the Plan** *and any objections to confirmation of the Plan* **to be no later than August 10, 2011**, *(JLO)* waives certain Local Rule requirements regarding Plan confirmation, shall consider and grant substantive consolidation of the Debtors' Estates (as further detailed in the Plan) at the Confirmation Hearing of the Plan, and granting further relief as the Court deems just and proper.

5. The Court reserves jurisdiction regarding the interpretation, effectuation, and enforcement of the Motion and this Order.

###

**Submitted by:**
Robert A. Schatzman, Esq.
GrayRobinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, Florida 33131
(305) 416-6880

# 517737 v1