ORDERED in the Southern District of Florida on Feb 8, 2012



John K. Olson, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

In re:
GULFSTREAM INTERNATIONAL
AIRLINES, INC., et al.,[2]

Debtors.
_____/

Case No.:   0:10-bk-44131-JKO
*Jointly Administered*
Chapter:   11

## ORDER ON MOTION TO OBTAIN LEAVE TO CONDUCT A RULE 2004 EXAMINATION AND COMPELLING THE EXAM

THIS CAUSE having come on for consideration upon the motion of creditor ELANA ANDERSON (hereinafter referred to as Ms. Anderson) to Obtain Leave to Conduct a Rule 2004 Examination and Compelling the Exam and the Court having reviewed the motion and being otherwise fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that Ms. Anderson's Motion to Obtain Leave to Conduct a Rule 2004 Examination and Compelling the Exam is hereby GRANTED.

---

[2]The jointly administered Debtors and the last four digits of their respective taxpayer identification number s are as follows: (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

Order submitted by:
Ronald D. Rodman, Esq.
FRIEDMAN, RODMAN & FRANK, P.A.
3636 West Flagler Street
Miami, Florida 33135
ronrod36@aol.com

Copies Furnished to:

Ronald D. Rodman, Esq.
Attorney Rodman is directed to serve a conformed copy of this Order on all parties in interest.