

**ORDERED in the Southern District of Florida on June 13, 2013.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GULFSTREAM INTERNATIONAL GROUP, INC., *et al.*,[1] | Case No. 10-44131-JKO
Jointly Administered |
| Debtors._____/ | |

**ORDER AWARDING THIRD INTERIM APPLICATION FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF GRAYROBINSON, P.A. AS
<u>COUNSEL TO THE LIQUIDATING TRUSTEE</u>**

**THIS MATTER** came before the Court on Tuesday, June 11, 2013 at 10:30 a.m., upon the Third Interim Application for Compensation and Reimbursement of Expenses for GrayRobinson, P.A. as Counsel to the Liquidating Trustee [D.E. # 878] (the "Application"). The compensation and reimbursement of costs sought by GrayRobinson,

---

[1] The address of each of the Debtors is 3201 Griffin Road, 4th Floor, Fort Lauderdale, FL 33312; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis: (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

P.A. (the "Applicant") is as follows:

**GrayRobinson, P.A.,** Counsel to the Liquidating Trustee:

**Third Interim Fee Application:**
| | |
|---|---|
| Requested fees: | $188,586.50[2] |
| Requested costs: | $   4,716.44 |
| Total Requested: | $193,302.94 |

The Court, having reviewed the Application, having heard from all parties in interest who had an opportunity to be heard, and having taken into consideration 11 U.S.C. § 330 and each of the factors that govern the reasonableness of fees as set forth in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), and *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), having heard the representations of counsel, and being otherwise fully advised, does **ORDER** that:

1. The Application is approved in its entirety, and the award of fees and costs for services rendered by GrayRobinson, P.A. is as follows:

| | |
|---|---|
| Requested Interim fees: | $188,586.50 |
| **Awarded fees:** | **$188,586.50** |
| Less Amounts Received under the Confirmation Order | $150,869.20 |
| Net Award: | **$ 37,717.30** |
| Requested Interim costs: | $  4,716.44 |
| **Awarded costs:** | **$  4,716.88** |
| Less Amounts Received under the Confirmation Order | $  4,716.88 |
| **Net Cost Award:** | **$        0.00** |

---

[2] For the period May 1, 2012 through and including March 31, 2013.

###

Submitted by:

Robert A. Schatzman, Esq.
GrayRobinson, P.A.
1221 Brickell Ave, Suite 1650
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

Copies furnished to:

Robert A. Schatzman, Esq.

*[Attorney Schatzman is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and shall file a certificate of service with the Clerk].*
\303467\2 - LNEGRON - # 1025416 v1