UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:
Gulfstream International
Group, Inc., et al.,1

Debtor(s).

Case No.10-44131-JKO

Jointly Administered
Liquidating Trust

_____/

### AFFIDAVIT OF RECEIPTS AND DISBURSEMENTS
### FOR PERIOD APRIL 1, 2013 THROUGH JUNE 30, 2013

1.  I, Kenneth A. Welt, was appointed as the Liquidating Trustee for Gulfstream International Group, Inc. on August 30, 2011.

2.  According to the books and records of the debtor, disbursements for the period from April 1, 2013 through June 30, 2013 are $89,124.71. The detail for these disbursements is attached as Exhibit "A".

3.  According to the books and records of the debtor, receipts for the period from April 1, 2013 through June 30, 2013 were $217,207.97. The detail for these receipts is attached as "Exhibit B".

4.  I certify under penalty of perjury, that to the best of my knowledge, the above information is true and correct.

FURTHER AFFIANT SAYETH NAUGHT

Kenneth A. Welt, Liquidating Trustee

Dated this 16th day of July, 2013

1

Printed: 07/16/13 12:08 PM                                                                                    Page: 1

# Disbursements

Case:    Gulfstream International Group, Inc (10-44131)                          Submitted: 07/16/13
Trustee: Kenneth A Welt (290961)                                                  Period: 04/01/13 - 06/30/13

## Disbursements

### 6001-000  US Trustee Fees

| Date | Ref | Num | Payee / Description | Amount |
|---|---|---|---|---:|
| 04/19/13 Check: 149 | 50026666 | | U.S. Trustee's Payment Center<br>UST Fees for 1st quarter 2013 - Gulfstream International Group, Inc- Acct #310-10-44131 | 650.00 |

### 6002-000  Trustee Fees & Expenses

| 06/21/13 Check: 151 | 50026666 | | Kenneth A. Welt<br>Per Doc #893 dated 6/17/13.  Third Interim Fees for Liquidating Trustee. | 26,552.50 |

### 6007-000  Professional Fees & Expenses

#### 6007-001  Attorney for Trustee Fees

| 04/04/13 Disb. Memo: 148 | 50026666 | | 80% Attorney Fees<br>Check: GrayRobinson, P.A.<br>80% Attorney Fees and 100% Expenses<br>Check amount is 10,640.41 | 10,628.80 |
| 05/06/13 Disb. Memo: 150 | 50026666 | | 80% Attorney Fees<br>Check: GrayRobinson, P.A.<br>80% Attorney Fees and 100% Expenses<br>Check amount is 13,564.50 | 13,497.20 |
| 06/21/13 Check: 152 | 50026666 | | GrayRobinson, P.A.<br>Per Doc #892 dated 6/17/13.  Third Interim for Attorney for Liquidating Trustee (releasing 20% holdback on fees) | 37,717.30 |

**Subtotal for 6007-001  Attorney for Trustee Fees**  61,843.30

#### 6007-002  Attorney for Trustee Expenses

| 04/04/13 Disb. Memo: 148 | 50026666 | | 100% Expenses<br>Check: GrayRobinson, P.A.<br>80% Attorney Fees and 100% Expenses<br>Check amount is 10,640.41 | 11.61 |
| 05/06/13 Disb. Memo: 150 | 50026666 | | 100% Attorney Expenses<br>Check: GrayRobinson, P.A.<br>80% Attorney Fees and 100% Expenses<br>Check amount is 13,564.50 | 67.30 |

**Subtotal for 6007-002  Attorney for Trustee Expenses**  78.91

**Total for 6007-000  Professional Fees & Expenses**  61,922.21

**Total Disbursements**  89,124.71

# Exhibit A

Printed: 07/16/13 12:08 PM  
Page: 1

# Receipts

Case: **Gulfstream International Group, Inc (10-44131)**  
Trustee: **Kenneth A Welt (290961)**

Submitted: 07/16/13  
Period: 04/01/13 - 06/30/13

## Receipts

### 4009-000 Litigation and Settlements

| Date | Memo | Ref | Description | Amount |
|---|---|---|---|---:|
| 06/21/13 | Dep. Memo: 100003-1 | 50026666 | Ford & Harrison LLP Settlement<br>Deposit: Gray Robinson<br>Settlements for several adversary matters, see split for description.<br>Deposit amount is 92,200.00 | 6,100.00 |
| 06/21/13 | Dep. Memo: 100003-1 | 50026666 | Hodgson Russ Settlement<br>Deposit: Gray Robinson<br>Settlements for several adversary matters, see split for description.<br>Deposit amount is 92,200.00 | 67,500.00 |
| 06/21/13 | Dep. Memo: 100003-1 | 50026666 | Multi-Service Corp. Settlement<br>Deposit: Gray Robinson<br>Settlements for several adversary matters, see split for description.<br>Deposit amount is 92,200.00 | 15,000.00 |
| 06/21/13 | Dep. Memo: 100003-1 | 50026666 | The Alliant Group Settlement<br>Deposit: Gray Robinson<br>Settlements for several adversary matters, see split for description.<br>Deposit amount is 92,200.00 | 1,300.00 |
| 06/21/13 | Dep. Memo: 100003-1 | 50026666 | United Business Forms & Supplies Settlement<br>Deposit: Gray Robinson<br>Settlements for several adversary matters, see split for description.<br>Deposit amount is 92,200.00 | 2,300.00 |
| 06/24/13 | Deposit: 100004-1 | 50026666 | Cherry Bekaert LLP Settlement | 125,000.00 |
| | | | **Total for 4009-000 Litigation and Settlements** | **217,200.00** |

### 4090-000 Interest Income

| Date | Memo | Ref | Description | Amount |
|---|---|---|---|---:|
| 04/30/13 | Interest: 23 | 50027247 | Gibraltar Private Bank & Trust<br>Interest Earned | 4.80 |
| 05/31/13 | Interest: 24 | 50027247 | Gibraltar Private Bank & Trust<br>Interest Earned | 2.27 |
| 06/28/13 | Interest: 25 | 50027247 | Gibraltar Private Bank & Trust<br>Interest Earned | 0.90 |
| | | | **Total for 4090-000 Interest Income** | **7.97** |

| **Total Receipts** | **217,207.97** |
|---|---:|

# Exhibit B